IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA SHUCK | : | CIVIL ACTION |
| v. | : | |
| TOYS "R" US, et al. | : | NO. 06-487 |

| | | |
|---|---|---|
| EVELIA Y. RAGSDALE | : | CIVIL ACTION |
| v. | : | |
| TOYS "R" US, et al. | : | NO. 06-280 |

| | | |
|---|---|---|
| BABYAGE.COM, INC. | : | CIVIL ACTION |
| v. | : | |
| TOYS "R" US, INC., et al. | : | NO. 05-6792 |

| | | |
|---|---|---|
| JAMES L. MCDONOUGH, SR. | : | CIVIL ACTION |
| v. | : | |
| TOYS 'R' US, et al. | : | NO. 06-242 |

### O R D E R

**AND NOW**, this 14TH  day of  February , 2006, **IT IS ORDERED** that the CONFERENCE scheduled for Wednesday, February 15, 2006 at 3:00 p.m. is canceled and rescheduled for Thursday, **February 23, 2006** at **2:00 p.m.**.  The conference will be held in chambers, room 7613 on the 7th floor of the U.S.

Courthouse, 601 Market St., Philadelphia, PA.

ATTEST:                             or      BY THE COURT

         s/Marie O'Donnell

BY:_____       _____
    Deputy Clerk                   Anita B. Brody, J.

Civ 12 (9/83)

Copies via ECF on _____ to:  Copies MAILED on _____ to: