## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TOYS "R" US** | : | **No.  06-242** |
| **dba Babies "R" Us, et al.** | | |

| | | |
|---|---|---|
| **ARIEL ELLIOTT, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TOYS "R" US, INC.** | : | **No. 09-6151** |
| **dba Babies "R" Us, et al.** | | |

## O R D E R

      **AND NOW, this**   17th   day of  December , 2010,  **IT IS ORDERED** that

the **HEARING** regarding preliminary approvement of settlement scheduled for **Tuesday,**

**December 21, 2010** at **10:00 a.m.**  is canceled and rescheduled for **Wednesday, December**

**22, 2010** at **11:00a.m**., in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601

Market St., Philadelphia, PA before the Honorable Anita B. Brody.

      Counsel are required to submit two courtesy copies of the parties submissions to

Chambers by Monday, December 20, 2010 at twelve noon.


ATTEST
BY:                            or         BY THE COURT

      s/Marie O'Donnell

_____       _____
Civil Deputy/Secretary                    Anita B. Brody,     J.


COPIES VIA ECF ON      TO:     COPIES MAILED ON    TO: