IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US** dba Babies "R" Us, et al. | : | **No. 06-242** |

| | | |
|---|---|---|
| **ARIEL ELLIOTT, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC.** dba Babies "R" Us, et al. | : | **No. 09-6151** |

### O R D E R

**AND NOW, this** 22nd day of December, 2010, **IT IS ORDERED** that the **HEARING** regarding preliminary approvement of settlement scheduled for **December 22, 2010 at 11:00 a.m.** is canceled and rescheduled for **Tuesday, January 18, 2011** at **11:30 a.m.**. The hearing will be held in Courtroom 7-B on the 7th Floor of the U.S. Courthouse, 601 Market St., Philadelphia, PA before the Honorable Anita B. Brody.

The parties submissions are due one week in advance of the hearing.

ATTEST
BY:                                                    or            BY THE COURT


          s/Marie O'Donnell
_____            _____
Civil Deputy/Secretary                                    Anita B. Brody,     J.


COPIES VIA ECF ON        TO:       COPIES MAILED ON       TO: