IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROL M. MC DONOUGH, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US** dba Babies "R" Us, et al. | : | No. 06-242 |

| | | |
|---|---|---|
| **ARIEL ELLIOTT, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TOYS "R" US, INC.** dba Babies "R" Us, et al. | : | No. 09-6151 |

**O R D E R**

AND NOW, this 13th day of January, 2011, **IT IS ORDERED** that the **HEARING** regarding preliminary approvement of settlement scheduled for **Tuesday, January 18, 2011** at **11:30 a.m** will now be a **STATUS CONFERENCE** in Chambers, Room 7613, U.S. Courthouse, 601 Market St., Philadelphia, PA before the Honorable Anita B. Brody. All counsel are required to attend.

ATTEST
BY:                                              or              BY THE COURT

  s/Marie O'Donnell
_____                    _____
Civil Deputy/Secretary                                    Anita B. Brody,        J.

COPIES VIA ECF ON        TO:        COPIES MAILED ON        TO: