## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Classes and for Permission to Disseminate Class Notice has been duly served on all counsel *via* ECF as well as serving Exhibit H to the Settlement, filed under seal, *via* Electronic Mail on January 21, 2011.

                                                /s/ Eugene A Spector
                                                Eugene A. Spector