IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>　　　　Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>　　　　Defendants. | No. 2:09-cv-06151-AB |

**NOTICE OF AMENDED EXHIBIT 1 TO PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, FOR CERTIFICATION OF SETTLEMENT CLASSES AND <u>FOR PERMISSION TO DISSEMINATE CLASS NOTICE</u>**

In Plaintiffs' Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Classes and for Permission to Disseminate Class Notice (the "Motion"), Plaintiffs notified the Court that Medela's counsel had informed the parties that Medela would not be able to authorize the execution of the Settlement Agreement (the "Agreement") on January 21st, 2011, but that he anticipated that Medela would authorize him to sign the Agreement by today, January 24th, 2011. *See* Motion (Dkt. # 698), at 1, n.1. As expected, Medela's counsel has been authorized to execute the Agreement and has forwarded the authorized signature page to Plaintiffs' counsel for

filing. Attached as Amended Exhibit 1 to Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Classes and for Permission to Disseminate Class Notice, please find a copy of the fully executed Agreement. The only amendment to the original Exhibit 1 is the addition of the authorized signature on behalf of Medela.

Dated: January 24, 2011                                 Respectfully submitted,

                                                       s/ Eugene A. Spector
Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF &
WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

Elizabeth A. Fegan
HAGENS BERMAN SOBOL
SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Tel.: (708) 628-4949
Fax: (708) 628-4950

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
Ivy Arai Tabbara
HAGENS BERMAN SOBOL
SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel.: (312) 984-0000
Fax: (312) 984-0001

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

CLASS COUNSEL FOR THE
SUBCLASSES