## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Notice of Amended Exhibit 1 to Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Class Settlement, for Certification of Settlement Classes and for Permission to Disseminate Class Notice has been duly served on all counsel *via* ECF on January 24, 2011.

        /s/ Eugene A Spector
        Eugene A. Spector