**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>       Plaintiffs,<br><br>     v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>       Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.,*<br><br>       Plaintiffs,<br><br>     v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>       Defendants. | No. 2:09-cv-06151-AB |

## ORDER

**AND NOW**, this _16th__ day of March 2011, it is **ORDERED** that Plaintiffs' Expedited

Motion to Amend the Publication Notice (Docs. 711, 56) is **DENIED** without prejudice.


              s/Anita B. Brody


              _____
              Judge Anita Brody


Copies **VIA ECF** on _____ to:
        Copies **MAILED** on _____ to: