## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br> Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br> Defendants. | No. 2:09-cv-06151-AB |

## **ORDER**

**AND NOW**, this _28th__ day of March 2011, it is **ORDERED** that Plaintiffs' Motion to Amend the Notice (Docs. 713, 58) is **GRANTED**.  I **APPROVE** the form, substance, and requirements of the Notice, attached to the Motion as Exhibit A, and the Email Notice, attached to the Motion as Exhibit B.

                                                             s/Anita B. Brody

                                         _____
                                         Anita B. Brody,           J.

COPIES VIA ECF  on  _____to:   COPIES MAILED on _____ to: