CIVIL ACTION NO. 06-0242

## **CERTIFICATE OF SERVICE**

I hereby certify this 31th day of March, 2011, that I am electronically serving the "DEFENDANT REGAL LAGER, INC.'S MOTION FOR SUMMARY JUDGMENT" via ECF on attorneys of record.

Dated: March 31, 2011.

/s/ David R. Martin
David R. Martin