## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, et al AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | No. 2:06-cv-00242-AB |
| Plaintiffs, | |
| v. | |
| TOYS "R" US, INC. et al, | |
| Defendants. | |

## NOTICE OF FILING UNDER SEAL

Defendant Regal Lager, Inc. files the following documents under seal:

1)   **Declaration of Bengt Lager dated March 29, 2011,**
2)   **Declaration of David Martin dated March 30, 2011,**
3)   **Appendix in Support of Regal Lager, Inc.'s Motion for Summary Judgment – Vol. 1 of 2.**
4)   **Appendix in Support of Regal Lager, Inc.'s Motion for Summary Judgment – Vol. 2 of 2.**

Respectfully submitted this 31st day of March 2011.

**D. R.  MARTIN, LLC**

By: /s/_____
David Martin
5200 Peachtree Road
Suite 3116
Atlanta, Georgia 30341
Tel. (770) 454-1999
Fax (770) 458-5709
Email: dmartin@abogar.com
Admitted *pro hac vice*

COUNSEL FOR DEFENDANT
REGAL LAGER, INC.

**MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.**

Isaac J. Mitrani
301 Arthur Godfrey Road
Penthouse
Miami Beach, Fl. 33140
Tel. (305) 358-0050
Fax (305) 358-0550
Email: imtirani@mitrani.com
Admitted pro hac vice

COUNSEL FOR DEFENDANT
REGAL LAGER, INC.