IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES L. McDONOUGH, ET. AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOYS "R" US, ET. AL. | | |

**AND**

ARIEL ELLIOTT, ET. AL.

vs.

| | | |
|---|---|---|
| TOYS "R" US, INC., ET. AL. | : | NO. 2006-242 & 2009-6151 |

O R D E R

AND NOW, this 20 day of March, 2011, it is **Ordered** that the attached publication costs documents are made a part of the record as stated on the record of the 03-18-2011 telephone conference.

ATTEST:                                          or        BY THE COURT

BY:_____                              _____
   Deputy Clerk                                          Judge

Civ 12 (9/83)

**Copies ECMF on** _____ **to:**        **Copies mailed on** _____ **to:**

## Legal Notice
## If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.

*Para ver este aviso en español, llame el 1-888-292-8492*

**WHAT IS THIS LAWSUIT ABOUT?**

Two class action lawsuits are currently pending in the U.S. District Court for the Eastern District of Pennsylvania. The lawsuits allege that Babies "R" Us conspired with each of the defendant manufacturers in violation of federal antitrust laws. As a result, customers allegedly paid higher prices for those products. The Defendants deny they did anything wrong. The Court has not decided who is right and who is wrong.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**

Under the terms of the proposed settlement, each class member who submits a valid claim may be entitled to money. The Defendants have agreed to make payments totaling $35,500,000.00 to settle the claims made in these lawsuits. For more details, write to the address or visit the website below.

**ARE YOU AFFECTED?**

If you purchased one or more of the listed Baby Products directly from Babies "R" Us or Toys "R" Us in the U.S. within the specific time stated, then you are a member of a Settlement Subclass. Be sure to visit the website for complete class member definitions.

| Product: | Purchased between: |
|---|---|
| BabyBjörn baby carrier | 2/2/00 - 4/30/05 |
| Britax car seat | 1/1/99 - 1/31/11 |
| Kids Line products | 1/1/99 - 12/31/06 |
| Maclaren stroller | 10/1/99 - 1/31/11 |
| Medela Pump In Style breast pump | 7/1/99 - 1/31/11 |
| Peg Perego car seat | 7/1/99 - 1/31/11 |
| Peg Perego high chair | 7/1/99 - 1/31/11 |
| Peg Perego stroller | 7/1/99 - 1/31/11 |

**WHAT ARE MY LEGAL RIGHTS?**

You have a choice of whether to stay in any Settlement Subclass or not, and you must decide now. **Stay In:** you will be legally bound by the terms of the settlement, and you won't be able to sue Defendants—as part of any other lawsuit—for any overcharges relating to any of the listed products during the specified time frames. **To receive benefits from the settlement, you must submit a valid, sworn Claim Form.** The Claim Form must be postmarked, faxed, or submitted online by August 1, 2011. Any member of any Settlement Subclass that does not timely submit a valid, sworn Claim Form will not be entitled to settlement benefits. To file a Claim Form, visit www.babyproductsantitrustsettlement.com. **Get Out:** If you get out, you will not receive benefits from the proposed settlement, but you will keep rights to sue Defendants for these claims, and will not be bound by the terms of the settlement. To be excluded from the Settlement Subclasses, you must act by June 6, 2011. **Object:** If you stay in the Settlement Subclasses, you can object to the settlement by June 6, 2011. For more information, visit www.babyproductsantitrustsettlement.com.

**WHO REPRESENTS ME?**

The Court has appointed Hagens Berman Sobol Shapiro LLP, Spector Roseman Kodroff & Willis PC, and Wolf Haldenstein Adler Freeman & Herz LLC to represent the Settlement Subclasses. You may hire your own attorney, if you wish, at your own expense.

**THE PROPOSED SETTLEMENT:**

The Court will hold a Fairness Hearing on July 6, 2011 at 10:00 a.m., to determine whether the proposed settlement is fair, reasonable, and adequate and to approve attorney fees and costs. The Hearing is at the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. If you are a member of a Settlement Subclass who did not seek to be excluded, you may write to the Court to object to the proposed settlement, and you may ask to speak at the hearing about the fairness of the proposed settlement.

**HOW CAN I GET MORE INFORMATION?**

Visit www.babyproductsantitrustsettlement.com, call 1-888-292-8492, or write to Baby Products Antitrust Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9679, Dublin, Ohio 43017-4979.

*Text BBY to 247365 for more information; standard carrier message and data rates may apply.*
*Text STOP to end/HELP for help*

**www.babyproductsantitrustsettlement.com     1-888-292-8492**

## MECHANICAL SPECIFICATIONS

| File Name: BRU_Master_Digest | Body Copy Font Size/Leading: 8/8.5 |
|---|---|
| Publication: USA Weekend | Total Word Count: 633 |
| Ad Unit: Digest (5" x 6.625") | Create Date/Time: 12/10/10 @ 4:45 PM PT |
| Headline Font: Calibri Bold | Operator: TOC |
| Headline Font Size/Leading: 11.5/12.5 | Last Edit Time: 2/16/11 @ 2:52 PM PT |
| Body Copy: Times LT Std | Operator: TOC |



**FW:**

Bill G. Caldes   to: Kathryn Hunt-Muse (kathryn_hunt_muse@paed.uscourts.gov)   03/18/2011 09:36 AM
Cc: "Eugene A. Spector", "Jeff L. Spector"

Kathy,

Attached please find the invoice for the publication of our notice in Parade, USA Weekend, People en Espanol and Parents, and the short form notice sent out. Also, below is our quote for the errata from our notice expert.

Regards,
Bill Caldes


William G. Caldes, Esq.
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
215-496-0300 or 888-844-5862
fax: 215-496-6611
email: bcaldes@srkw-law.com
www.srkw-law.com ( http://www.srkw-law.com/ )

Notice: This message is for addressee only and may contain privileged and/or confidential information. Any dissemination by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please delete immediately.


```
-----Original Message-----
From: Jeanne Finegan [mailto:Jeanne.Finegan@gardencitygroup.com]
Sent: Tuesday, March 15, 2011 1:57 PM
To: Jeff L. Spector; Stephen Cirami; Deonarine Sooknauth; Eugene A. Spector;
Bill G. Caldes
Cc: Jason Zuena; GCGBuyers
Subject: BRU Correction Notice Costs
Importance: High


Jeff -

We have spoken to all the titles concerning a possible correction notice.
While they do reserve a space for "editorial" corrections, ad corrections
are a little different matter.  We will have to buy space for ad content
corrections.  Below, I am assuming the smallest possible units to conserve
budget.  I'm also including deadlines by which we have to give the titles
final copy.  The ads will assume a word count of no more than 350 words.
```

Although there is significant cost in this, there is some good news. The reach of the overall program will increase to about 82%.

Let me know if you want to move forward on this.

The first deadline is this Friday 3/18. Word count not to exceed 350 words. We need to accommodate Spanish language expansion (of about 25%) for one of the ads.

Parade - 3/10 Page
4/17 Issue - deadline to reserve space: 3/21 11am PT
Client Cost: $185,640

USA Weekend - Quarter Page
4/17 Issue - deadline to reserve space: 3/21 11am PT
Client Cost: $122,605

People en Espanol - 1/3 Page (this could change depending on English word count)
June Issue, on sale 4/29 - deadline to reserve space: 4/1
Client Cost: $26,991

Parents - 1/3 Page
June Issue, on sale 5/17 - deadline to reserve space: Friday 3/18
Client cost: $25,168

Total for Correction Ad: $360,404


Jeanne C. Finegan, APR
Senior Vice President, Communications
The Garden City Group, Inc.
5335 SW Meadows Road, Ste. 365
Lake Oswego, Oregon 97035

Direct: 503.906.5301
Cell: 503.830.3017

=========================================================
This communication (including any attachments) is intended for the use of the intended recipient(s) only and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

William G. Caldes, Esq.
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
215-496-0300 or 888-844-5862
fax: 215-496-6611
email: bcaldes@srkw-law.com
www.srkw-law.com ( http://www.srkw-law.com/ )

Notice: This message is for addressee only and may contain privileged and/or confidential information. Any dissemination by anyone other than the intended recipient is strictly prohibited. If you have received this message in error, please delete immediately.



BBA Invoice for Publication 3-7-11.pdf   BBA Short Form Notice (GCG FORMATTED & FINALIZED) 2-17-11.pdf

# INVOICE

**GCG**

| | |
|---|---|
| **INVOICE DATE** | |
| 02/09/2011 | |
| **Media Advance** | |

Eugene A. Spector, Esq.
Jeffrey L. Spector, Esq.
William G. Caldes, Esq.
Spector, Roseman, Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA   19103

Elizabeth A. Fegan, Esq.
Hagens Berman Sobol Shapiro LLP
1144 W. Lake Street, Suite 400
Oak Park, IL   60301

Thomas H. Burt, Esq.
Fred Taylor Isquith, Esq.
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Avenue
New York, NY   10016

| Project Name: Baby Products Antitrust Litigation Settlement | | | |
|---|---|---|---|
| Description | Quantity | Rate | Amount |
| **Professional Fees** | | | |
| **Magazines** | | | |
| *Parade* | | | $327,360.00 |
| *USA Weekend* | | | $232,328.00 |
| *People en Espanol* | | | $49,837.20 |
| *Parents* | | | $34,584.00 |
| **Total Magazines** | | | **$644,109.20** |
| **Internet** | | | |
| 24/7 Network | | | $117,647.06 |
| MSN Hotmail | | | $182,352.94 |
| Univision | | | $23,529.41 |
| **Total Internet** | | | **$323,529.41** |
| **Texting and Mobile website** | | | $17,647.06 |
| **Press Release** | | | $1,375.00 |
| **Grand Total** | | | **$986,660.67** |

**Please Remit To :**

The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747 - 3836

-Or-

The Garden City Group, Inc.
Operating A/C
Signature Bank
1225 Franklin Avenue
Garden City, NY 11530