# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al*.,<br><br>        Plaintiffs,<br><br>    v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al*.,<br><br>        Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.,*<br><br>        Plaintiffs,<br><br>    v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al*.,<br><br>        Defendants. | No. 2:09-cv-06151-AB<br><br>DECLARATION OF JEANNE C. FINEGAN, APR CONCERNING IMPLEMENTATION  AND ADEQUACY OF NOTICE PROGRAM |

I, JEANNE C. FINEGAN declare as follows:

## INTRODUCTION

1.      I am a Senior Vice President of The Garden City Group, Inc. ("GCG"), and of GCG Communications, a division of GCG.   This Declaration is based upon my personal knowledge, as well as on information provided to me by Class Counsel, my associates and staff and including information reasonably relied upon in the fields of advertising, media and communications.

2.      GCG was engaged by Class Counsel as the Notice and Settlement Administrator to develop and implement a legal notice program (the "Notice Program") to inform class members of the proposed class action settlement between plaintiffs and Defendants Toys "R" Us, Inc., Babies "R" Us, Inc ., Toy "R" Us-Delaware, Inc. (collectively, "BRU" or "Babies "R" Us"), BabyBjörn AB ("BabyBjörn"), Britax Child Safety, Inc. ("Britax"), Kids Line, LLC ("Kids

Line"), Maclaren USA, Inc. ("Maclaren"), Medela, Inc. ("Medela"), and Peg Perego U.S.A., Inc. ("Peg Perego") (collectively "Defendants").  As described in the *Proposed Order Preliminarily Approving the Class Action Settlement, and Providing for Notice* ("Order"), p. 3 and 4, the Court certified eight Settlement Subclasses in the combined litigation as follows:

> (i)    All persons who directly purchased any BabyBjörn baby carrier from Babies "R" Us within the U.S. during the period February 2, 2000, to April 30, 2005.
>
> (ii)   All persons who directly purchased any Britax car seat from Babies "R" Us within the U.S. during the period January 1, 1999 to January 31, 2011.
>
> (iii)  All persons who directly purchased any Kids Line product from Babies "R" Us within the U.S. during the period January 1, 1999 to December 31, 2006.
>
> (iv)   All persons who directly purchased any Maclaren stroller from Babies "R" Us within the U.S. during the period October 1, 1999, to January 31, 2011.
>
> (v)    All persons who directly purchased any Medela Pump In Style breast pump from Babies "R" Us within the U.S. during the period July 1, 1999, to January 31, 2011.
>
> (vi)   All persons who directly purchased any Peg Perego stroller from Babies "R" Us within the U.S. during the period July 1, 1999, to January 31, 2011.
>
> (vii)  All persons who directly purchased any Peg Perego high chair from Babies "R" Us within the U.S. during the period July 1, 1999 to January 31, 2011.
>
> (viii) All persons who directly purchased any Peg Perego car seat from Babies "R" Us within the U.S. during the period July 1, 1999 to January 31, 2011.

3.    The purpose of this Declaration is to report to the Court, that in compliance with the Court's Order dated January 31, 2011 all elements of the Notice Program ("Program") have been successfully implemented.  The Program commenced on April 1, 2011 and was substantially completed on May 15, 2011. The texting component will be completed on May 30, 2011. This Declaration also describes and details why this Program provided the most appropriate notice under the circumstances of this case, and how it was reasonably calculated, combining direct mail, email and paid media, to reach approximately 77 percent of class members in this case.

## QUALIFICATIONS

4.     A comprehensive description of my credentials and experience that qualify me to provide expert opinions on the adequacy of class action notice programs was previously filed with this Court.   In summary, I have served as an expert, directly responsible for the design and implementation of over 350 class action notice programs, some of which are the largest and most complex programs ever filed in both the United States and in Canada. GCG's legal notices have appeared in more than 40 languages in approximately 170 countries.

5.     I have more than 20 years of communications and advertising experience and I am the only Notice Expert accredited in Public Relations (APR) by the Universal Accreditation Board, a program administered by the Public Relations Society of America. Further, I have provided testimony before Congress on issues of notice.   Also, I have lectured, published and been cited extensively on various aspects of legal noticing, product recall and crisis communications and have served the Consumer Product Safety Commission ("CPSC") as an expert to determine ways in which the CPSC can increase the effectiveness of its product recall campaigns.

6.     In evaluating the adequacy and effectiveness of my notice programs, courts have repeatedly recognized my work as an expert.   For example, in ***DeHoyos, et al. v. Allstate Ins. Co***., No. SA-01-CA-1010 (W.D.Tx.), in the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

> *[T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. ... This program was vigorous and specifically structured to reach the African-American and Hispanic class members.   Additionally, the program was based on a scientific methodology which is used throughout the advertising industry and which has been routinely embraced routinely [sic] by the Courts.*

And recently in ***Stern v. AT&T Mobility Wireless***, No. 09-cv-1112 CAS-AGR (C.D.Cal.), in the Final Approval Order, the Honorable Christina A. Snyder stated:

*[T]he Court finds that the Parties have fully and adequately effectuated the Notice Plan, as required by the Preliminary Approval Order, and, in fact, have achieved better results than anticipated or required by the Preliminary Approval Order.*

Further, in **Stefanyshyn v. Consolidated Industries**, No. 79 D 01-9712-CT-59 (Tippecanoe County Sup. Ct., Ind.), in the Order Granting Final Approval of Settlement, Judge Randy Williams stated:

*The notices provided a neutral, informative, and clear explanation of the Settlement. … The proposed notice program was properly designed, recommended, and implemented … and constitutes the "best practicable" notice of the proposed Settlement.*

A more comprehensive list of my class action and bankruptcy noticing experience, along with other judicial comments, is attached to this Declaration as Exhibit A.

## NOTICE PLAN SUMMARY

7.    As discussed below, and in compliance with the Order, the Notice Program was designed to reach 77 percent potential class members through a combination of direct mail notice to known Class members, a paid media program, as well as the creation of a settlement website where class members could obtain information about the proposed settlement, obtain important Court documents and the settlement notice and claim form, and a toll-free hot-line where class members could obtain basic information about the settlement, request that a claim packet  be mailed to them, or seek other assistance.  Specifically, the proposed Notice Program included the following components:

- Direct mail to over 1,281,636 known class members from Defendants' databases;
- Publication of a short-form notice ("Summary Notice") in nationally circulated consumer magazines;
- Banner advertising on highly trafficked web sites;
- An informational website (www.babyproductsantitrustsettlement.com) on which the notices and other important Court documents are posted; and
- A toll-free information line **1-888-292-8492**, where class members could call 24/7 for more information, and request copies of the claim packet, among other things.

**DIRECT MAIL/EMAIL NOTICE:**

8.     On or about November 3, 2010, GCG received a CD from Spector Roseman Kodroff & Willis, P.C., containing the names and contact information of 1,037,444 purchasers that purchased certain BabyBjörn, Britax, Kids Line, Maclaren, Medela and Peg Perego baby products from Babies "R" Us or Toys "R" Us.

9.     Subsequently, on or about January 10, 2011, GCG received supplemental names and contact information for additional persons who purchased certain Kids Line baby products. GCG then reviewed these files and determined that there were 1,285,450 unique records of potential Class Members that purchased the relevant baby products from Babies "R" Us or Toys "R" Us during the relevant time periods. Of these unique Class Member records, GCG identified 859,405 records that had an email address and 422,231 records did not have email address but had a mailing address. GCG then entered these 1,281,636 records containing an email or mailing address into a database created specifically for this Settlement. 3,814 records had a name but neither an email address nor a mailing address.

**EMAIL NOTIFICATION**

10.     GCG formatted the Email Notice for electronic distribution.  Email notification began on April 1, 2011, and over the next few business days GCG sent the Email Notice to the 859,405 potential Class Members whose records appeared to contain a working email address. GCG closely monitored email delivery throughout the Email Notice distribution process. Of the 859,405 emails that were sent, 660,459 emails were delivered and 198,946 were returned as undeliverable because the email address no longer existed, the email account was closed, or the email address had a bad domain name or address error (collectively, "Hard Bounces").

11.     On April 1, 2011, GCG distributed the Notice Packet to 422,231 potential class members that did not have email address but appeared to have a complete mailing address.

12.     Additionally, on April 14, 2011, GCG distributed 198,942 Notice Packets by U.S. Mail to those potential Class Members whose email notification bounced back, if they had a mailing address.

13.     GCG closely monitored all mail returned. As of May 15, 2011 there were a total of 2,823 Notice Packets that had been returned with a new address provided by the United States Postal Service. These new addresses were updated into this case specific database and these

Notice Packets were re-mailed promptly. GCG instituted procedures to track any copy of the Notice Packets that were returned as undeliverable because of an old or incomplete address, but without a forwarding address.

14.     As of May 15, 2011, a total of 74,953 Notice Packets had been returned to GCG marked as undeliverable. GCG then performed a better address search (NCOA), for each of these potential Class Members whose Notice Packets had been returned as undeliverable through the United States Postal Service's National Change of Address ("NCOA") database. Where GCG was able to obtain new addresses as a result of this search, our records were updated and a copy of the Notice Packets was promptly mailed to these class members.

15.     As a result of this, GCG was able to remail a total of 191 Notice Packets.

16.     In the aggregate, GCG has mailed a total of 624,187 Notice Packets to Class Members by first-class mail.

17.     As of May 15, 2011, GCG has received 3,142 claims online, 12,223 claims by mail, and 128 claims by fax for a total of approximately 15,493 claims.    The claim filing deadline is August 1, 2011.


## PAID MEDIA NOTICE: TARGET AUDIENCE DEFINITION AND REACH ANALYSIS

18.     In order to provide the most broad-reaching Notice program, my staff and I analyzed media definitions provided by MRI and comScore.  Taking into consideration that, on occasion, adults change specific brand preferences, we have selected the most appropriate and comprehensive media definitions: People who own or have purchased baby gear (including strollers, car seats, etc.):

| Target Audience Definition | Combined Average Media Reach | Combined Average Frequency |
|---|---|---|
| **People who own or have purchased baby gear (including strollers, car seats, etc.)** | 72% | 1.8 |

*Source Mediamark Research and Intelligence LLC, Doublebase 2010 and comScore, November 2010.*

19.     In compliance with the Order, the Summary Notice was published in over 1,200 newspapers throughout the United States by way of *Parade Magazine* and *USA Weekend*.  In addition, the notice was also published in *Parents* and *People en Espanol* magazines.  Combined, these publications have a circulation of over 57 million.  The Summary Notice included general

information about who might be a Class Member, the case, the terms of the Settlement, Class Member rights and options, and upcoming deadlines and dates and the opt-in text code. The Summary Notice prominently displayed the website address (www.babyproductsantitrustsettlement.com), which is an address where Class Members may direct questions.  Additionally, the Summary Notice included a toll-free telephone helpline 1-888-292-8492, and a Text Short Code, BBY to 247365, so that Class Members could obtain more information in English and Spanish about the case.

## PRINT ADVERTISING

| MAGANIZES | | | | | |
|---|---|---|---|---|---|
| TITLE | Circulation | Issue Date | On Sale | Approximate Unit Size | Insertions |
| *Parade* | 32,400,000 | 4/3 | 4/3 | 2/5 Page | 1 |
| *USA Weekend* | 22,600,000 | 4/3 | 4/3 | Digest | 1 |
| *People en Espanol* | 555,808 | May 2011 | 4/1 | 2/3 Page V. | 1 |
| *Parents* | 2,214,154 | May 2011 | 4/12 | 1/2 Page | 1 |
| *Subtotal:* | **57,769,962** | | | | **4** |

Attached hereto as Exhibit B is a copy of the Summary Notice as it appeared in the publications.

## WEBSITE ADVERTISING

20.    Internet advertising was particularly important in this case, given that approximately 80 percent of the target audience of people who own or have purchased baby gear (including strollers, car seats, etc.) are online. Therefore, the notice program employed banner advertising on the following websites and networks:

### 24/7 NETWORK

24/7 Real Media, Inc. was named among the top five ad networks in the U.S. according to comScore's June 2010 rankings. The network includes over 2,000 web sites such as: Oprah, ivillage, Weather.com, MySpace, and FoxNews, among many others. According to comScore, the network had over 40.7 million visitors in March 2011,

accounting for 82 percent of all online adults 18 years old or older.  In this case, banner ads appeared throughout the network.

**MSN HOTMAIL**

MSN Hotmail is a free web-based email service operated by Microsoft as part of its Windows Live group. It is currently the second largest web-based email service. According to comScore March 2011 data, MSN Hotmail had over 11 million daily visitors. Visitors spent an average of 28.9 minutes per day.

**UNIVISION**

Univison.com states they are the number one visited Spanish-language website among U.S. online Hispanics. According to comScore, 488,000 daily users visited the site in March 2011, spending an average of 14.6 minutes per day.

| INTERNET | | | | |
|---|---|---|---|---|
| **SITE** | **URL** | **Estimated Duration** | **Run Dates** | **Unit Size** |
| *24/7 Network* | Various | 1 month | 4/1 – 5/15/11 | 728 x 90 |
| *MSN Hotmail* | www.hotmail.com | 1 month | 4/1 – 5/15/11 | 160 x 600 |
| *Univision* | www.univision.com | 1 month | 4/1 – 5/15/11 | 728 x 90 |
| *Total Impressions:* **204,508,893** | | | | |

Banner ads allow users to self identify themselves as potential class members, where they may then "click" on the banner and then link directly to the official website for more information.  Attached as Exhibit C are screen shots of the banner ads as they appeared on the various web sites.

**OPT-IN TEXTING**

21.     To further enhance the notice effort, and to capture the growing population of cell phone users, a short code, BBY to 247365, was part of all direct mail and publication summary notice.  Mobile cell phone users who opted to send a text then received a text message with a link to a mobile landing page.  Upon visiting the landing page mobile visitors had the option to click to connect directly to the 800 number.  The mobile site provides summary information regarding

the Settlement.  Those who seek additional information are directed to call the toll-free line or visit the official web site.  While this effort cannot be calculated into the overall reach of the program, it increased the opportunity for potential class members to see the message. It is important to note that an estimated 88 percent of the target audience own a cell/mobile phone. Of that group, over half have used text messaging in the past 30 days.

| TEXTING & MOBILE WEBSITE | |
| --- | --- |
| **MEDIA** | **Run Date** |
| *Texting & Mobile Website* | 4/1 – 5/15/11 |

Attached as Exhibit D is the mobile landing page.

## PRESS RELEASE

22.     A neutral press release was disseminated broadly over PR Newswire's U.S.-1 network to more than 7,500 media outlets, including newspapers, magazines, national wire services, television and broadcast media, websites, online databases, and Internet networks.  PR Newswire is a world-recognized newswire, with a wire, Internet, satellite, and fax network that is capable of the immediate distribution of news releases to the media, financial community and consumers.  In addition to the U.S.-1 release, an additional press release was issued in Spanish through PR Newswire's Hispanic Newsline.

23.     The press release resulted in over 300 articles about the settlement.  Attached as Exhibit E is the English press release as it was distributed over PR Newswire, and a summary report of all the articles and where they appeared.  Attached as Exhibit F is the online media pick-up report which includes 24 articles related to the class settlement.

## TOLL-FREE HOT-LINE

24.     GCG established, and now maintains, a toll-free hot-line with a 24/7 Interactive Voice Response ("IVR") system to assist class members and provide basic information about the settlement and claim process. The hot-line became operational on or about April 1, 2011. Through this hot-line, class members can obtain copies of the Notice Packet, hear basic

information about the settlement, or request a call back from a trained customer service representative. As of May 15, 2011, GCG has received a total of 3,267 calls, of which 1,665 class members spoke with a live operator for assistance and 552 requested Notice Packets. All of the requests for Notice Packets were promptly mailed.

## SETTLEMENT WEBSITE

25.     GCG established an informational Settlement Website ("Website") at the internet address www.babyproductsantitrustsettlement.com that explains the Settlement, provides important dates in the Settlement process, gives answers to frequently asked questions, provides contact information for the Settlement Administrator and Lead Class Counsel, and provides links to the Notice, the Settlement Agreement, the Order, and other court documents. The form and content of the Website was approved by Class Counsel.  The Website became publicly available on April 1, 2011, and is accessible 24 hours a day, 7 days a week.  As of May 15, 2011, there have been over 134,163 visits to the Website as a result of the email, direct mailing, and notice publication campaigns.  GCG has and will continue to maintain and update the Website throughout the settlement administration process.

26.     Additionally, the website was designed to allow Class Members to submit their claims directly on-line.  To date, GCG has received over 3,142 claims through the Settlement Website.

27.     GCG also established an email address for Class Member inquiries (questions@babyproductsantitrustsettlement.com).  As of May 15, 2011, GCG has received a total of 1,125 emails and they were promptly addressed.

## MAIL RECEIVED

28.     GCG established a post office box specifically for the Settlement.  The post office box received various types of mailing including returned and undeliverable mail, as described above, claim forms, exclusion requests, and other types of correspondence ("Administrative Mail").  Mail received at the post office box is collected and processed daily.

29.     In addition, GCG established a toll free fax number (1-888-476-7153) for Class Members to submit their claims.

## EXCLUSION REQUESTS RECEIVED

30.     As of May 15, 2011, GCG has received 33 unique requests for exclusion that were timely submitted online or timely postmarked.

## CONCLUSION

31.     Based on our extensive experience in planning and implementing class action Notice Programs, it is our judgment that this broad reaching Notice Program is consistent with other similar, effective, court-approved programs.   Importantly, this best practicable Notice Program is reasonably calculated, using appropriate tools and methodologies accepted in the advertising industry.  Upon final calculation, the combined direct mail, and paid media effort reached an estimated 77 percent of the targeted class members in the United States.

32.     I declare under the penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

Executed this 23rd day of May 2011 at Lake Oswego, Oregon.

Jeanne C. Finegan, APR

# Exhibits

| | |
|---|---|
| **Exhibit A** | Curriculum Vitae of Jeanne Finegan |
| **Exhibit B** | Publication Tearsheets (as Summary Notice Appeared) |
| **Exhibit C** | Internet Screen Shots |
| **Exhibit D** | Mobile Landing Page |
| **Exhibit E** | Press Release and Report |
| **Exhibit F** | Additional Online Articles |

# Exhibit A

# JEANNE C. FINEGAN, APR

## BIOGRAPHY

Jeanne Finegan is Senior Vice President of The Garden City Group, Inc. ("GCG"), and GCG Communications, a division of GCG. She has more than 20 years of communications and advertising experience and is an internationally recognized expert in class action notification campaigns.  Ms. Finegan is accredited in Public Relations (APR) by the Universal Accreditation Board, a program administered by the Public Relations Society of America. She is also recognized by the Canadian Public Relations Society.

Ms. Finegan has provided testimony before Congress on issues of notice, and expert testimony in both state and federal courts regarding notification campaigns.  She has also conducted media audits of proposed notice programs to assess their adequacy under Fed R. Civ. P. 23(c)(2) and similar state class action statutes.  Most recently, Ms. Finegan has been recognized by Canadian courts as a legal notice expert.

Ms. Finegan has lectured, published and has been cited extensively on various aspects of legal noticing, product recall and crisis communications and has served the Consumer Product Safety Commission as an expert to determine ways in which the Commission can increase the effectiveness of its product recall campaigns.

Ms. Finegan has also developed and implemented many of the nation's largest and most high profile legal notice communication and advertising programs. In the course of her class action experience, courts have recognized the merits of, and admitted expert testimony based on, her scientific evaluation of the effectiveness of notice plans.  She has designed legal notices for a wide range of class actions and consumer matters that include product liability, construction defect, anti-trust, medical/pharmaceutical, human rights, civil rights, telecommunication, media, environment, securities, banking, insurance, mass tort, restructuring and product recall.

## JUDICIAL COMMENTS AND LEGAL NOTICE CASES

In evaluating the adequacy and effectiveness of Ms. Finegan's notice campaigns, courts  have repeatedly recognized Ms. Finegan's excellent work.  The following excerpts provide some examples of such judicial approval.

***Stern v. AT&T Mobility Wireless***, No. 09-cv-1112 CAS-AGR (C.D.Cal.).  In the Final Approval Order, the Honorable Christina A. Snyder stated:

> *[T]he Court finds that the Parties have fully and adequately effectuated the Notice Plan, as required by the Preliminary Approval Order, and, in fact, have achieved better results than anticipated or required by the Preliminary Approval Order.*

***DeHoyos, et al. v. Allstate Ins. Co.***, No. SA-01-CA-1010 (W.D.Tx.).  In the Amended Final Order and Judgment Approving Class Action Settlement, the Honorable Fred Biery stated:

> *[T]he undisputed evidence shows the notice program in this case was developed and implemented by a nationally recognized expert in class action notice programs. … This program was vigorous and specifically structured to reach the African-American and Hispanic class members.  Additionally, the program was based on a scientific methodology which is used throughout the advertising industry and which has been routinely embraced routinely [sic] by the Courts.  Specifically, in order to reach the identified targets directly and efficiently, the*

*notice program utilized a multi-layered approach which included national magazines; magazines specifically appropriate to the targeted audiences; and newspapers in both English and Spanish.*

*Stefanyshyn v. Consolidated Industries*, No. 79 D 01-9712-CT-59 (Tippecanoe County Sup. Ct., Ind.). In the Order Granting Final Approval of Settlement, Judge Randy Williams stated:

*The long and short form notices provided a neutral, informative, and clear explanation of the Settlement. … The proposed notice program was properly designed, recommended, and implemented … and constitutes the "best practicable" notice of the proposed Settlement. The form and content of the notice program satisfied all applicable legal requirements. … The comprehensive class notice educated Settlement Class members about the defects in Consolidated furnaces and warned them that the continued use of their furnaces created a risk of fire and/or carbon monoxide. This alone provided substantial value.*

*McGee v. Continental Tire North America, Inc. et al*, No. 06-6234-(GEB) (D.N.J.).

*The Class Notice, the Summary Settlement Notice, the web site, the toll-free telephone number, and all other notices in the Agreement, and the notice methodology implemented pursuant to the Agreement: (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated to apprise Class Members of the pendency of the Action, the terms of the settlement and their rights under the settlement, including, but not limited to, their right to object to or exclude themselves from the proposed settlement and to appear at the Fairness Hearing; (c) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notification; and (d) met all applicable requirements of law, including, but not limited to, the Federal Rules of Civil Procedure, 20 U.S.C. Sec. 1715, and the Due Process Clause(s) of the United States Constitution, as well as complied with the Federal Judicial Center's illustrative class action notices.*

*Gemelas v. The Dannon Company*, No. 1:08-cv-00236 (N.D. Ohio, E. Div.).  In the Judgment, Final Order, and Decree, Judge Dan Aaron Polster approved the notice program, stating:

*In accordance with the Court's Preliminary Approval Order and the Court-approved notice program, the Class Action Settlement Administrator caused the Class Notice to be distributed on a nationwide basis in magazines and newspapers (with circulation numbers exceeding 81 million) specifically chosen to reach Class Members.  In addition, the settlement was widely publicized using Internet banner ads, press releases, audio news releases, via a Settlement Website, and through a toll-free number. … The Declaration of Jeanne C. Finegan [sic], attesting to the dissemination of the Class Notice, demonstrates compliance with this Court's Preliminary Approval Order. … The distribution of the Class Notice constituted the best notice practicable under the circumstances, and fully satisfied the requirements of Federal Rule of Civil Procedure 23, the requirements of due process, 28 U.S.C. 1715, and any other applicable law.*

*Varacallo, et al. v. Massachusetts Mutual Life Insurance Company, et al*., No. 04-2702 (JLL) (D.N.J.). The Court stated that:

[A]*ll of the notices are written in simple terminology, are readily understandable by Class Members, and comply with the Federal Judicial Center's illustrative class action notices. … By working with a nationally syndicated media research firm, [Finegan's firm] was able to define a target audience for the MassMutual Class Members, which provided a valid basis for determining the magazine and newspaper preferences of the Class Members.  (Preliminary Approval Order at p. 9).  . . .  The Court agrees with Class Counsel that this was more than adequate.  (Id. at § 5.2).*

*In re: Nortel Network Corp., Sec. Litig.*, No. 01-CV-1855 (RMB) Master File No. 05 MD 1659 (LAP) (S.D.N.Y.).  Ms. Finegan designed and implemented the extensive United States and Canadian notice programs in this case.  The Canadian program was published in both French and English, and targeted virtually all investors of stock in Canada.   *See* www.nortelsecuritieslitigation.com.  Of the U.S. notice program, the Honorable Loretta A. Preska stated:

> *The form and method of notifying the U.S. Global Class of the pendency of the action as a class action and of the terms and conditions of the proposed Settlement … constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.*

Regarding the B.C. Canadian Notice effort: *Jeffrey v. Nortel Networks*, [2007] BCSC 69 at para. 50, the Honourable Mr. Justice Groberman said:

> *The efforts to give notice to potential class members in this case have been thorough.  There has been a broad media campaign to publicize the proposed settlement and the court processes. There has also been a direct mail campaign directed at probable investors.  I am advised that over 1.2 million claim packages were mailed to persons around the world.  In addition, packages have been available through the worldwide web site nortelsecuritieslitigation.com on the Internet.  Toll-free telephone lines have been set up, and it appears that class counsel and the Claims Administrator have received innumerable calls from potential class members.  In short, all reasonable efforts have been made to ensure that potential members of the class have had notice of the proposal and a reasonable opportunity was provided for class members to register their objections, or seek exclusion from the settlement.*

*Mayo v. Walmart Stores and Sam's Club*, No. 5:06 CV-93-R (W.D.Ky.).  In the Order Granting Final Approval of Settlement, Judge Thomas B. Russell stated:

> *According to defendants' database, the Notice was estimated to have reached over 90% of the Settlement Class Members through direct mail.  The Settlement Administrator … has classified the parties' database as 'one of the most reliable and comprehensive databases [she] has worked with for the purposes of legal notice.'… The Court thus reaffirms its findings and conclusions in the Preliminary Approval Order that the form of the Notice and manner of giving notice satisfy the requirements of Fed. R. Civ. P. 23 and affords due process to the Settlement Class Members.*

*Lucas, et  al. v. Kmart Corp.*, No. 99-cv-01923 (D.Colo.), wherein the Court recognized Jeanne Finegan as an expert in the design of notice programs, and stated:

> *The Court finds that the efforts of the parties and the proposed Claims Administrator in this respect go above and beyond the "reasonable efforts" required for identifying individual class members under F.R.C.P. 23(c)(2)(B).*

*In re: Johns-Manville Corp.* **(Statutory Direct Action Settlement, Common Law Direct Action and Hawaii Settlement)**, No 82-11656, 57, 660, 661, 665-73, 75 and 76 (BRL) (Bankr. S.D.N.Y.).  The nearly half-billion dollar settlement incorporated three separate notification programs, which targeted all persons who had asbestos claims whether asserted or unasserted, against the Travelers Indemnity Company.  In the Findings of Fact and Conclusions of a Clarifying Order Approving the Settlements, slip op. at  47-48 (Aug. 17, 2004), the Honorable Burton R. Lifland, Chief Justice, stated:

> *As demonstrated by Findings of Fact (citation omitted), the Statutory Direct Action Settlement notice program was reasonably calculated under all circumstances to apprise the affected individuals of the proceedings and actions taken involving their interests, Mullane v. Cent.*

> *Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950), such program did apprise the overwhelming majority of potentially affected claimants and far exceeded the minimum notice required. . . . The results simply speak for themselves.*

**Pigford v. Glickman and U.S. Department of Agriculture**, No. 97-1978. 98-1693 (PLF) (D.D.C.).  This matter was the largest civil rights case to settle in the United States in over 40 years. The highly publicized, nationwide paid media program was designed to alert all present and past African-American farmers of the opportunity to recover monetary damages against the U.S. Department of Agriculture for alleged loan discrimination.  In his Opinion, the Honorable Paul L. Friedman commended the parties with respect to the notice program, stating;

> *The parties also exerted extraordinary efforts to reach class members through a massive advertising campaign in general and African American targeted publications and television stations. . . . The Court concludes that class members have received more than adequate notice and have had sufficient opportunity to be heard on the fairness of the proposed Consent Decree.*

**In re: Louisiana-Pacific Inner-Seal Siding Litig.**, Nos. 879-JE, and 1453-JE (D.Or.).  Under the terms of the Settlement, three separate notice programs were to be implemented at three-year intervals over a period of six years.  In the first notice campaign, Ms. Finegan implemented the print advertising and Internet components of the Notice program.  In approving the legal notice communication plan, the Honorable Robert E. Jones stated:

> *The notice given to the members of the Class fully and accurately informed the Class members of all material elements of the settlement…[through] a broad and extensive multi-media notice campaign.*

Additionally, with regard to the third-year notice program for Louisiana-Pacific, the Honorable Richard Unis, Special Master, commented that the notice was:

> *…well formulated to conform to the definition set by the court as adequate and reasonable notice.  Indeed, I believe the record should also reflect the Court's appreciation to Ms. Finegan for all the work she's done, ensuring that noticing was done correctly and professionally, while paying careful attention to overall costs.  Her understanding of various notice requirements under Fed. R. Civ. P. 23, helped to insure that the notice given in this case was consistent with the highest standards of compliance with Rule 23(d)(2).*

**In re: Expedia Hotel Taxes and Fees Litigation**, No. 05-2-02060-1 (SEA) (Sup. Ct. of Wash. in and for King County).  In the Order Granting Final Approval of Class Action Settlement, Judge Monica Benton stated:

> *The Notice of the Settlement given to the Class … was the best notice practicable under the circumstances.  All of these forms of Notice directed Class Members to a Settlement Website providing key Settlement documents including instructions on how Class Members could exclude themselves from the Class, and how they could object to or comment upon the Settlement.  The Notice provided due and adequate notice of these proceeding and of the matters set forth in the Agreement to all persons entitled to such notice, and said notice fully satisfied the requirements of CR 23 and due process.*

**Rene Rosales v. Fortune Ins. Co.**, No. 99-04588 CA (41) (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).  Ms. Finegan provided expert testimony in this matter.  She conducted an audit on behalf of intervening attorneys for the proposed notification to individuals insured with personal injury insurance.  Based upon the audit, Ms. Finegan testified that the proposed notice program was inadequate.  The Court agreed and signed an Order Granting Intervenors' Objections to Class Action Settlement, stating,

> *The Court finds that Ms. Finegan is qualified as an expert on class notice and effective media campaigns.  The Court finds that her testimony is credible and reliable.*

***Thomas A. Foster and Linda E. Foster v. ABTco Siding Litigation***, No. 95-151-M (Cir. Ct., Choctaw County, Ala.).  This litigation focused on past and present owners of structures sided with Abitibi-Price siding.   The notice program that Ms. Finegan designed and implemented was national in scope and received the following praise from the Honorable J. Lee McPhearson:

> *The Court finds that the Notice Program conducted by the Parties provided individual notice to all known Class Members and all Class Members who could be identified through reasonable efforts and constitutes the best notice practicable under the circumstances of this Action.  This finding is based on the overwhelming evidence of the adequacy of the notice program. … The media campaign involved broad national notice through television and print media, regional and local newspapers, and the Internet (see id. ¶¶9-11) The result: over 90 percent of Abitibi and ABTco owners are estimated to have been reached by the direct media and direct mail campaign.*

***Wilson v. Massachusetts Mut. Life Ins. Co.***, No. D-101-CV 98-02814 (First Judicial Dist. Ct., County of Santa Fe, N.M.). This was a nationwide notification program that included all persons in the United States who owned, or had owned, a life or disability insurance policy with Massachusetts Mutual Life Insurance Company and had paid additional charges when paying their premium on an installment basis.  The class was estimated to exceed 1.6 million individuals. www.insuranceclassclaims.com.  In granting preliminary approval to the settlement, the Honorable Art Encinias found:

> *[T]he Notice Plan [is] the best practicable notice that is reasonably calculated, under the circumstances of the action.   …[and] meets or exceeds all applicable requirements of the law, including Rule 1-023(C)(2) and (3) and 1-023(E), NMRA 2001, and the requirements of federal and/or state constitutional due process and any other applicable law.*

***Sparks v. AT&T Corp.***, No. 96-LM-983 (Third Judicial Cir., Madison County, Ill.). The litigation concerned all persons in the United States who leased certain AT&T telephones during the 1980's. Ms. Finegan designed and implemented a nationwide media program designed to target all persons who may have leased telephones during this time period, a class that included a large percentage of the entire population of the United States.  In granting final approval to the settlement, the Court found:

> *The Court further finds that the notice of the proposed settlement was sufficient and furnished Class Members with the information they needed to evaluate whether to participate in or opt out of the proposed settlement. The Court therefore concludes that the notice of the proposed settlement met all requirements required by law, including all Constitutional requirements.*

***In re: Georgia-Pacific Toxic Explosion Litig.***, No. 98 CVC05-3535 (Ct. of Common Pleas, Franklin County, Ohio).  Ms. Finegan designed and implemented a regional notice program that included network affiliate television, radio and newspaper.  The notice was designed to alert adults living near a Georgia-Pacific plant that they had been exposed to an air-born toxic plume and their rights under the terms of the class action settlement.   In the Order and Judgment finally approving the settlement, the Honorable Jennifer L. Bunner stated:

> *[N]otice of the settlement to the Class was the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The Court finds that such effort exceeded even reasonable effort and that the Notice complies with the requirements of Civ. R. 23(C).*

*In re: American Cyanamid*, No. CV-97-0581-BH-M (S.D.Al.). The media program targeted Farmers who had purchased crop protection chemicals manufactured by American Cyanamid. In the Final Order and Judgment, the Honorable Charles R. Butler Jr. wrote:

> *The Court finds that the form and method of notice used to notify the Temporary Settlement Class of the Settlement satisfied the requirements of Fed. R. Civ. P. 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all potential members of the Temporary Class Settlement.*

*In re: First Alert Smoke Alarm Litig.*, No. CV-98-C-1546-W (UWC) (N.D.Al.). Ms. Finegan designed and implemented a nationwide legal notice and public information program. The public information program ran over a two-year period to inform those with smoke alarms of the performance characteristics between photoelectric and ionization detection. The media program included network and cable television, magazine and specialty trade publications. In the Findings and Order Preliminarily Certifying the Class for Settlement Purposes, Preliminarily Approving Class Settlement, Appointing Class Counsel, Directing Issuance of Notice to the Class, and Scheduling a Fairness Hearing, the Honorable C.W. Clemon wrote that the notice plan:

> *…constitutes due, adequate and sufficient notice to all Class Members; and (v) meets or exceeds all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Alabama State Constitution, the Rules of the Court, and any other applicable law.*

*In re: James Hardie Roofing Litig.*, No. 00-2-17945-65SEA (Sup. Ct. of Wash., King County). The nationwide legal notice program included advertising on television, in print and on the Internet. The program was designed to reach all persons who own any structure with JHBP roofing products. In the Final Order and Judgment, the Honorable Steven Scott stated:

> *The notice program required by the Preliminary Order has been fully carried out… [and was] extensive. The notice provided fully and accurately informed the Class Members of all material elements of the proposed Settlement and their opportunity to participate in or be excluded from it; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with Civ. R. 23, the United States Constitution, due process, and other applicable law.*

*In re: Tyson Foods, Inc., Chicken Raised Without Antibiotics Consumer Litigation*, No. 1:08-md-01982 RDB (D. Md. N. Div.) (*"The notice, in form, method, and content, fully complied with the requirements of Rule 23 and due process, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons entitled to notice of the settlement."*)

*Sager v. Inamed Corp. and McGhan Medical Breast Implant Litigation*, No. 01043771 (Sup. Ct. Cal., County of Santa Barbara) (*"Notice provided was the best practicable under the circumstances."*).

*Deke, et al. v. Cardservice Internat'l*, Case No. BC 271679, slip op. at 3 (Sup. Ct. Cal., County of Los Angeles) (*"The Class Notice satisfied the requirements of California Rules of Court 1856 and 1859 and due process and constituted the best notice practicable under the circumstances."*).

*Levine, et al. v. Dr. Philip C. McGraw, et al.*, Case No. BC 312830 (Los Angeles County Super. Ct., Cal.) (*"[T]he plan for notice to the Settlement Class … constitutes the best notice practicable under the circumstances and constituted due and sufficient notice to the members of the Settlement Class … and satisfies the requirements of California law and federal due process of law."*).

*In re: Canadian Air Cargo Shipping Class Actions*, Court File No. 50389CP, Ontario Superior Court of Justice, Supreme Court of British Columbia, Quebec Superior Court (*"I am satisfied the proposed form of notice meets the requirements of s. 17(6) of the CPA   and the proposed method of notice is appropriate."*).

*Fischer et al v. IG Investment Management, Ltd. et al*, Court File No. 06-CV-307599CP, Ontario Superior Court of Justice.

*In re: Vivendi Universal, S.A. Securities Litigation*, No. 02-cv-5571 (RJH)(HBP) (S.D.N.Y.).

*SEC v. Vivendi Universal, S.A., et al.,* Case No. 02 Civ. 5571 (RJH) (HBP) (S.D.N.Y.).  In this case, GCG was engaged by a distribution agent appointed by the SEC to perform the Notice and administration work related to the settlement. The Notice program included publication in 11 different countries and eight different languages. The engagement involved a full range of services, from design and printing of the notice and claim packets through claims processing, and ultimately distribution.  The multi-lingual internet site can be found at www.vivendisecsettlement.com.  A key feature of that website is the ability for class members to file claims online in any of the relevant languages.  This approach is particularly unique in the securities context.

*In re: Air Cargo Shipping Services Antitrust Litigation*, No. 06-MD-1775 (JG) (VV) (E.D.N.Y.).

*Berger, et al., v. Property ID Corporation, et al.*, No. CV 05-5373-GHK (CWx) (C.D.Cal.).

*Hartless v. Clorox Company*, No. 06-CV-2705 (CAB) (S.D.Cal.).

*Lozano v. AT&T Mobility Wireless*, No. 02-cv-0090 CAS (AJWx) (C.D.Cal.).

*In re: Processed Egg Products Antitrust Litigation*, MDL 08-md-02002 (E.D.Pa.).

*Howard A. Engle, M.D., et al., v. R.J. Reynolds Tobacco Co., Philip Morris, Inc., Brown & Williamson Tobacco Corp.*, No. 94-08273 CA (22) (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Royal Dutch/Shell Transport Securities Litigation,* No. 04 Civ. 374 (JAP) (Consolidated Cases) (D. N.J.).

*In re: Epson Cartridge Cases, Judicial Council Coordination Proceeding*, No. 4347 (Sup. Ct. of Cal., County of Los Angeles).

*UAW v. General Motors Corporation*, No: 05-73991 (E.D.MI).

*Wicon, Inc. v. Cardservice Intern'l, Inc.*, BC 320215 (Sup. Ct. of Cal., County of Los Angeles).

*In re: SmithKline Beecham Clinical Billing Litig.*, No. CV. No. 97-L-1230 (Third Judicial Cir., Madison County, Ill.).  Ms. Finegan designed and developed a national media and Internet site notification program in connection with the settlement of a nationwide class action concerning billings for clinical laboratory testing services.

*MacGregor v. Schering-Plough Corp.*, No. EC248041 (Sup. Ct. Cal., County of Los Angeles).  This nationwide notification program was designed to reach all persons who had purchased or used an aerosol inhaler manufactured by Schering-Plough.   Because no mailing list was available, notice was accomplished entirely through the media program.

*In re: Swiss Banks Holocaust Victim Asset Litig.*, No. CV-96-4849 (E.D.N.Y.).  Ms. Finegan managed the design and implementation of the Internet site on this historic case.  The site was developed in 21

native languages.  It is a highly secure data gathering tool and information hub, central to the global outreach program of Holocaust survivors. www.swissbankclaims.com.

***In re: Exxon Valdez Oil Spill Litig.***, No. A89-095-CV (HRH) (Consolidated) (D. Alaska).  Ms. Finegan designed and implemented two media campaigns to notify native Alaskan residents, trade workers, fisherman, and others impacted by the oil spill of the litigation and their rights under the settlement terms.

***In re: Johns-Manville Phenolic Foam Litig.***, No. CV 96-10069 (D. Mass).  The nationwide multi-media legal notice program was designed to reach all Persons who owned any structure, including an industrial building, commercial building, school, condominium, apartment house, home, garage or other type of structure located in the United States or its territories, in which Johns-Manville PFRI was installed, in whole or in part, on top of a metal roof deck.

***Bristow v Fleetwood Enters Litig.***, No Civ 00-0082-S-EJL (D. Id).  Ms. Finegan designed and implemented a legal notice campaign targeting present and former employees of Fleetwood Enterprises, Inc., or its subsidiaries who worked as hourly production workers at Fleetwood's housing, travel trailer, or motor home manufacturing plants. The comprehensive notice campaign included print, radio and television advertising.

***In re: New Orleans Tank Car Leakage Fire Litig.***, No 87-16374 (Civil Dist. Ct., Parish of Orleans, LA) (2000). This case resulted in one of the largest settlements in U.S. history.  This campaign consisted of a media relations and paid advertising program to notify individuals of their rights under the terms of the settlement.

***Garria Spencer v. Shell Oil Co.***, No. CV 94-074(Dist. Ct., Harris County, Tex.).  The nationwide notification program was designed to reach individuals who owned real property or structures in the United States which contained polybutylene plumbing with acetyl insert or metal insert fittings.

***In re: Hurd Millwork Heat Mirror™ Litig.***, No. CV-772488 (Sup. Ct. of Cal., County of Santa Clara).  This nationwide multi-media notice program was designed to reach class members with failed heat mirror seals on windows and doors, and alert them as to the actions that they needed to take to receive enhanced warranties or window and door replacement.

***Laborers Dist. Counsel of Alabama Health and Welfare Fund v. Clinical Lab. Servs., Inc***, No. CV–97-C-629-W (N.D. Ala.). Ms. Finegan designed and developed a national media and Internet site notification program in connection with the settlement of a nationwide class action concerning alleged billing discrepancies for clinical laboratory testing services.

***In re: StarLink Corn Prods. Liab. Litig.***, No. 01-C-1181 (N.D. Ill)..  Ms. Finegan designed and implemented a nationwide notification program designed to alert potential class members of the terms of the settlement.

***In re: MCI Non-Subscriber RatePayers Litig.***, MDL Docket No. 1275, 3:99-cv-01275 (S.D.Ill.).  The advertising and media notice program, found to be "more than adequate" by the Court, was designed with the understanding that the litigation affected all persons or entities who were customers of record for telephone lines presubscribed to MCI/World Com, and were charged the higher non-subscriber rates and surcharges for direct-dialed long distance calls placed on those lines. www.rateclaims.com.

***In re: Albertson's Back Pay Litig.***, No. 97-0159-S-BLW (D.Id.).  Ms. Finegan designed and developed a secure Internet site, where claimants could seek case information confidentially.

***In re: Georgia Pacific Hardboard Siding Recovering Program***, No. CV-95-3330-RG (Cir. Ct., Mobile County, Ala.).  Ms. Finegan designed and implemented a multi-media legal notice program, which was designed to reach class members with failed G-P siding and alert them of the pending matter. Notice was

provided through advertisements which aired on national cable networks, magazines of nationwide distribution, local newspaper, press releases and trade magazines.

***In re: Diet Drugs*** **(Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig**., Nos. 1203, 99-20593.  Ms. Finegan worked as a consultant to the National Diet Drug Settlement Committee on notification issues.  The resulting notice program was described and complimented at length in the Court's Memorandum and Pretrial Order 1415, approving the settlement,

***In re: Diet Drugs*** **(Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig**., 2000 WL 1222042, Nos. 1203, 99-20593 (E.D.Pa. Aug. 28, 2002).

Ms. Finegan designed the Notice programs for multiple state antitrust cases filed against the Microsoft Corporation.  In those cases, it was generally alleged that Microsoft unlawfully used anticompetitive means to maintain a monopoly in markets for certain software, and that as a result, it overcharged consumers who licensed its MS-DOS, Windows, Word, Excel and Office software. The multiple legal notice programs designed by Jeanne Finegan and listed below targeted both individual users and business users of this software.  The scientifically designed notice programs took into consideration both media usage habits and demographic characteristics of the targeted class members.

***In re: Florida Microsoft Antitrust Litig. Settlement***, No.  99-27340 CA 11 (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

***In re: Montana Microsoft Antitrust Litig. Settlement***, No. DCV 2000 219 (First Judicial Dist. Ct., Lewis & Clark Co., Mt.).

***In re: South Dakota Microsoft Antitrust Litig. Settlement***, No. 00-235(Sixth Judicial Cir., County of Hughes, S.D.).

***In re: Kansas Microsoft Antitrust Litig. Settlement***, No. 99C17089 Division No. 15 Consolidated Cases (Dist. Ct., Johnson County, Kan.) ("The Class Notice provided was the best notice practicable under the circumstances and fully complied in all respects with the requirements of due process and of the Kansas State. Annot. §60-22.3.").

***In re: North Carolina Microsoft Antitrust Litig. Settlement***, No. 00-CvS-4073 (Wake) 00-CvS-1246 (Lincoln) (General Court of Justice Sup. Ct., Wake and Lincoln Counties, N.C.).

***In re: ABS II Pipes Litig***., No. 3126 (Sup. Ct. of Cal., Contra Costa County). The Court approved regional notification program designed to alert those individuals who owned structures with the pipe that they were eligible to recover the cost of replacing the pipe.

***In re: Avenue A Inc. Internet Privacy Litig***., No: C00-1964C (W.D. Wash.).

***In re: Lorazepam and Clorazepate Antitrust Litig***., No. 1290 (TFH) (D.C.C.).

***In re: Providian Fin. Corp. ERISA Litig***., No C-01-5027 (N.D. Cal.).

***In re: H & R Block., et al Tax Refund Litig***., No. 97195023/CC4111 (Maryland Cir. Ct., Baltimore City).

***In re: American Premier Underwriters, Inc, U.S. Railroad Vest Corp***., No. 06C01-9912 (Cir. Ct., Boone County, Ind.).

***In re: Sprint Corp. Optical Fiber Litig***., No: 9907 CV 284 (Dist. Ct., Leavenworth County, Kan).

*In re: Shelter Mutual Ins. Co. Litig.*, No. CJ-2002-263 (Dist.Ct., Canadian County. Ok).

*In re: Conseco, Inc. Sec. Litig.*, No: IP-00-0585-C Y/S CA (S.D. Ind.).

*In re: Nat'l Treasury Employees Union, et al.*, 54 Fed. Cl. 791 (2002).

*In re: City of Miami Parking Litig.*, Nos. 99-21456 CA-10, 99-23765 – CA-10 (11th Judicial Dist. Ct. of Miami-Dade County, Fla.).

*In re: Prime Co. Incorporated D/B/A/ Prime Co. Personal Comm.*, No. L 1:01CV658 (E.D. Tx.).

*Alsea Veneer v. State of Oregon A.A.*, No. 88C-11289-88C-11300.

## BANKRUPTCY EXPERIENCE

Ms. Finegan has designed and implemented hundreds of domestic and international bankruptcy notice programs.  A sample case list includes the following:

*In re: General Motors Corp. et al*, No. 09-50026 (Bankr. S.D.N.Y.).  This case is the 4th largest bankruptcy in U.S. history.  Ms. Finegan and her team worked with General Motors restructuring attorneys to design and implement the legal notice program.

*In re: ACandS, Inc.*, No. 0212687 (Bankr. D.Del.) (2007) (*"Adequate notice of the Motion and of the hearing on the Motion was given."*).

*In re: United Airlines*, No. 02-B-48191 (Bankr. N.D Ill.).  Ms. Finegan worked with United and its restructuring attorneys to design and implement global legal notice programs.  The notice was published in 11 countries and translated into 6 languages. Ms. Finegan worked closely with legal counsel and UAL's advertising team to select the appropriate media and to negotiate the most favorable advertising rates. www.pd-ual.com.

*In re: Enron*, No. 01-16034 (Bankr. S.D.N.Y.).  Ms. Finegan worked with Enron and its restructuring attorneys to publish various legal notices.

*In re: Dow Corning*, No. 95-20512 (Bankr. E.D. Mich.).  Ms. Finegan originally designed the information website.  This Internet site is a major information hub that has various forms in 15 languages.

*In re: Harnischfeger Inds.*, No. 99-2171 (RJW) Jointly Administered (Bankr. D. Del.).  Ms. Finegan designed and implemented 6 domestic and international notice programs for this case. The notice was translated into 14 different languages and published in 16 countries.

*In re: Keene Corp.*, No. 93B 46090 (SMB), (Bankr. E.D. MO.).  Ms. Finegan designed and implemented multiple domestic bankruptcy notice programs including notice on the plan of reorganization directed to all creditors and all Class 4 asbestos-related claimants and counsel.

*In re: Lamonts*, No. 00-00045 (Bankr. W.D. Wash.).  Ms. Finegan designed an implemented multiple bankruptcy notice programs.

*In re: Monet Group Holdings*, Nos. 00-1936 (MFW) (Bankr. D. Del.).  Ms. Finegan designed and implemented a bar date notice.

*In re: Laclede Steel Co.*, No. 98-53121-399 (Bankr. E.D. MO.).  Ms. Finegan designed and implemented multiple bankruptcy notice programs.

*In re: Columbia Gas Transmission Corp.*, No. 91-804 (Bankr. S.D.N.Y.).   Ms. Finegan developed multiple nationwide legal notice notification programs for this case.

*In re: U.S.H. Corp. of New York, et al*. (Bankr. S.D.N.Y).  Ms. Finegan designed and implemented a bar date advertising notification campaign.

*In re: Best Prods. Co., Inc*., No. 96-35267-T, (Bankr. E.D. Va.).  Ms. Finegan implemented a national legal notice program that included multiple advertising campaigns for notice of sale, bar date, disclosure and plan confirmation.

*In re: Lodgian, Inc., et al.*, No. 16345 (BRL) Factory Card Outlet – 99-685 (JCA), 99-686 (JCA) (Bankr. S.D.N.Y).

*In re: Internat'l Total Servs, Inc., et al.*, Nos. 01-21812, 01-21818, 01-21820, 01-21882, 01-21824, 01-21826, 01-21827 (CD) Under Case No: 01-21812 (Bankr. E.D.N.Y).

*In re: Decora Inds., Inc. and Decora, Incorp.*, Nos. 00-4459 and 00-4460 (JJF) (Bankr. D. Del.).

*In re: Genesis Health Ventures, Inc., et al*, No. 002692 (PJW) (Bankr. D. Del.).

*In re: Tel. Warehouse, Inc., et al*, No. 00-2105 through 00-2110 (MFW) (Bankr. D.  Del.).

*In re: United Cos. Fin. Corp., et al*, No. 99-450 (MFW) through 99-461 (MFW) (Bankr. D. Del.).

*In re: Caldor, Inc. New York, The Caldor Corp., Caldor, Inc. CT, et al.*, No. 95-B44080 (JLG) (Bankr. S.D.N.Y).

*In re: Physicians Health Corp., et al.*, No. 00-4482 (MFW) (Bankr. D. Del.).

*In re: GC Cos., et al.*, Nos. 00-3897 through 00-3927 (MFW) (Bankr. D. Del.).

*In re: Heilig-Meyers Co., et al.*, Nos. 00-34533 through 00-34538 (Bankr. E.D. Va.).

## PRODUCT RECALL AND CRISIS COMMUNICATIONS PROGRAMS

*Reser's Fine Foods.*  Reser's is a nationally distributed brand and manufacturer of food products through giants such as Albertsons, Costco, Food Lion, WinnDixie, Ingles, Safeway and Walmart.   Ms. Finegan designed an enterprise-wide crisis communication plan that included communications objectives, crisis team roles and responsibilities, crisis response procedures, regulatory protocols, definitions of incidents that require various levels of notice, target audiences, and threat assessment protocols.   Ms. Finegan worked with the company through two nationwide, high profile recalls, conducting extensive media relations efforts.

*Gulf Coast Claims Facility Notice Campaign.*  Finegan coordinated a massive outreach effort throughout the Gulf Coast region to notify those who have claims as a result of damages caused by the Deep Water Horizon Oil spill.  The notice campaign includes extensive advertising in newspapers throughout the region, Internet notice through local newspaper, television and radio websites and media relations. The Gulf Coast Claims Facility (GCCF) is an independent claims facility, funded by BP, for the resolution of claims by individuals and businesses for damages incurred as a result of the oil discharges due to the Deepwater Horizon incident on April 20, 2010.

*City of New Orleans Tax Revisions, Post-Hurricane Katrina*.   In 2007, the City of New Orleans revised property tax assessments for property owners.  As part of this process, it received numerous appeals to the

assessments.  GCG served as liaison between the city and property owners, coordinating the hearing schedule and providing important information to property owners on the status of their appeal.  Central to this effort was the comprehensive outreach program designed by Ms. Finegan, which included a website and a heavy schedule of television, radio and newspaper advertising, along with the coordination of key news interviews about the project picked up by local media.

## ARTICLES

Quoted Expert, "Communication Technology Trends Pose Novel Notification Issues for Class Litigators," BNA Electronic Commerce and Law, 15 ECLR 109 1/27/2010.

Author, "Legal Notice: R U ready 2 adapt?" BNA Class Action Report, Vol. 10 Class 702, 7/24/2009.

Author, "On Demand Media Could Change the Future of Best Practicable Notice," BNA Class Action Litigation Repot, Vol. 9, No. 7, 4/11/2008, pp. 307-310.

Quoted Expert, "Warranty Conference: Globalization of Warranty and Legal Aspects of Extended Warranty," Warranty Week, warrantyweek.com/archive/ww20070228.html/ February 28, 2007.

Co-Author, "Approaches to Notice in State Court Class Actions," For The Defense, Vol. 45, No. 11, November, 2003.

Citation, "Recall Effectiveness Research: A Review and Summary of the Literature on Consumer Motivation and Behavior," U.S. Consumer Product Safety Commission, CPSC-F-02-1391, p.10, Heiden Associates, July 2003.

Author, "The Web Offers Near, Real-Time Cost Efficient Notice," American Bankruptcy Institute, ABI Journal, Vol. XXII, No. 5., 2003.

Author, "Determining Adequate Notice in Rule 23 Actions," For The Defense, Vol. 44, No. 9, September, 2002.

Author, "Legal Notice, What You Need To Know and Why," Monograph, July 2002.

Co-Author, "The Electronic Nature of Legal Noticing," The American Bankruptcy Institute Journal, Vol. XXI, No. 3, April 2002.

Author, "Three Important Mantras for CEO's and Risk Managers in 2002," International Risk Management Institute, irmi.com, January 2002.

Co-Author, "Used the Bat Signal Lately," The National Law Journal, Special Litigation Section, February 19, 2001.

Author, "How Much is Enough Notice," Dispute Resolution Alert, Vol. 1, No. 6. March 2001.

Author, "Monitoring the Internet Buzz," The Risk Report, Vol. XXIII, No. 5, Jan. 2001.

Author, "High-Profile Product Recalls Need More Than the Bat Signal," International Risk Management Institute, irmi.com, July 2001.

Co-Author, "Do You Know What 100 Million People are Buzzing About Today?" Risk and Insurance Management, March 2001.

Quoted Article, "Keep Up with Class Action," Kentucky Courier Journal, March 13, 2000.

Author, "The Great Debate - How Much is Enough Legal Notice?" American Bar Association – Class Actions and Derivatives Suits Newsletter, Winter edition 1999.


## SPEAKER/EXPERT PANELIST/PRESENTER

| | |
|---|---|
| CLE International | Faculty Panelist, Building a Workable Settlement Structure, CLE International, San Francisco, California May, 2011. |
| Consumer Attorneys of San Diego (CASD) | Faculty Panelist, "21st Century Class Notice and Outreach." 3nd Annual Class Action Symposium CASD Symposium, San Diego California, October 2010. |
| Consumer Attorneys of San Diego (CASD) | Faculty Panelist, "The Future of Notice." 2nd Annual Class Action Symposium CASD Symposium, San Diego California, October 2009. |
| American Bar Association | Speaker, 2008 Annual Meeting, "Practical Advice for Class Action Settlements:   The Future of Notice In the United States and Internationally – Meeting the Best Practicable Standard." |
| | Section of Business Law Business and Corporate Litigation Committee – Class and Derivative Actions Subcommittee, New York, NY, August 2008. |
| Women Lawyers Association of Los Angeles | Faculty Panelist, Women Lawyers Association of Los Angeles (WLALA) CLE Presentation, "The Anatomy of a Class Action."  Los Angeles, CA, February, 2008. |
| Warranty Chain Management | Faculty Panelist, Presentation Product Recall Simulation.   Tampa, Florida, March 2007. |
| Practicing Law Institute | Faculty Panelist, CLE Presentation, 11th Annual Consumer Financial Services Litigation. Presentation: Class Action Settlement Structures – Evolving Notice Standards in the Internet Age.  New York/Boston (simulcast), NY March 2006; Chicago, IL April 2006 and San Francisco, CA, May 2006. |
| U.S. Consumer Product Safety Commission | Ms. Finegan participated as an expert panelist to the Consumer Product Safety Commission to discuss ways in which the CPSC could enhance and measure the recall process. As a panelist, Ms Finegan discussed how the CPSC could better motivate consumers to take action on recalls and how companies could scientifically measure and defend their outreach efforts.  Bethesda MD, September 2003. |
| Weil, Gotshal & Manges | Presenter, CLE presentation, "A Scientific Approach to Legal Notice Communication." New York, June 2003. |
| Sidley & Austin | Presenter, CLE presentation, "A Scientific Approach to Legal Notice Communication." Los Angeles, May 2003. |

| | |
|---|---|
| Kirkland & Ellis | Speaker to restructuring group addressing "The Best Practicable Methods to Give Notice in a Tort Bankruptcy." Chicago, April 2002. |
| Georgetown University Law Center Mass Tort Litigation Institute | Faculty, CLE White Paper: "What are the best practicable methods to give notice?    Dispelling the communications myth – A notice disseminated is a notice communicated," Mass Tort Litigation Institute. Washington D.C., November, 2001. |
| American Bar Association | Presenter, "How to Bullet-Proof Notice Programs and What Communication Barriers Present Due Process Concerns in Legal Notice," ABA Litigation Section Committee on Class Actions & Derivative Suits. Chicago, IL, August 6, 2001. |
| McCutchin, Doyle, Brown & Enerson | Speaker to litigation group in San Francisco and simulcast to four other McCutchin locations, addressing the definition of effective notice and barriers to communication that affect due process in legal notice. San Francisco, CA, June 2001. |
| Marylhurst University | Guest lecturer on public relations research methods. Portland, OR, February 2001. |
| University of Oregon | Guest speaker to MBA candidates on quantitative and qualitative research for marketing and communications programs. Portland, OR, May 2001. |
| Judicial Arbitration & Mediation Services (JAMS) | Speaker on the definition of effective notice.  San Francisco and Los Angeles, CA, June 2000. |
| International Risk Management Institute | Past Expert Commentator on Crisis and Litigation Communications. www.irmi.com. |
| The American Bankruptcy Institute Journal (ABI) | Past Contributing Editor – Beyond the Quill. www.abi.org. |

## **BACKGROUND**

Prior to joining The Garden City Group, Inc., Ms. Finegan co-founded Huntington Advertising, a nationally recognized leader in legal notice communications.  After Fleet Bank purchased her firm in 1997, she grew the company into one of the nation's leading legal notice communication agencies.

Prior to that, Ms. Finegan spearheaded Huntington Communications, (an Internet development company) and The Huntington Group, Inc., (a public relations firm).  As a partner and consultant, she has worked on a wide variety of client marketing, research, advertising, public relations and Internet programs.  During her tenure at the Huntington Group, client projects included advertising (media planning and buying), shareholder meetings, direct mail, public relations (planning, financial communications) and community outreach programs. Her past client list includes large public and privately held companies: Code-A-Phone Corp., Thrifty-Payless Drug Stores, Hyster-Yale, The Portland Winter Hawks Hockey Team, U.S. National Bank, U.S. Trust Company, Morley Capital Management, and Durametal Corporation.

Prior to Huntington Advertising, Ms. Finegan worked as a consultant and public relations specialist for a West Coast-based Management and Public Relations Consulting firm.

Additionally, Ms. Finegan has experience in news and public affairs. Her professional background includes being a reporter, anchor and public affairs director for KWJJ/KJIB radio in Portland, Oregon, as well as reporter covering state government for KBZY radio in Salem, Oregon. Ms. Finegan worked as an assistant television program/promotion manager for KPDX directing $50 million in programming.  She was also the program/promotion manager at and KECH-22 television.

Ms. Finegan's multi-level communication background gives her a thorough, hands-on understanding of media, the communication process, and how it relates to creating effective and efficient legal notice campaigns.

## <u>MEMBERSHIPS AND PROFESSIONAL CREDENTIALS</u>

**APR -** The Universal Board of Accreditation Public Relations Society of America – Accredited.

**Member of the Public Relations Society of America**

**Member Canadian Public Relations Society**

**Also see LinkedIn page.**

# Exhibit B

**Legal Notice**

# If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.

*Para ver este aviso en español, llame el 1-888-292-8492*

**WHAT IS THIS LAWSUIT ABOUT?**

Two class action lawsuits are currently pending in the U.S. District Court for the Eastern District of Pennsylvania. The lawsuits allege that Babies "R" Us conspired with each of the defendant manufacturers in violation of federal antitrust laws. As a result, customers allegedly paid higher prices for those products. The Defendants deny they did anything wrong. The Court has not decided who is right and who is wrong.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**

Under the terms of the proposed settlement, each class member who submits a valid claim may be entitled to money. The Defendants have agreed to make payments totaling $35,240,000.00 to settle the claims made in these lawsuits. For more details, write to the address or visit the website below.

**ARE YOU AFFECTED?**

If you purchased one or more of the listed Baby Products directly from Babies "R" Us or Toys "R" Us in the U.S. within the specific time stated, then you are a member of a Settlement Subclass. Be sure to visit the website for complete class member definitions.

| Product: | Purchased between: |
|---|---|
| **BabyBjörn baby carrier** | 2/2/00 - 4/30/05 |
| **Britax car seat** | 1/1/99 - 1/31/11 |
| **Kids Line products** | 1/1/99 - 12/31/06 |
| **Maclaren stroller** | 10/1/99 - 1/31/11 |
| **Medela Pump In Style breast pump** | 7/1/99 - 1/31/11 |
| **Peg Perego car seat** | 7/1/99 - 1/31/11 |
| **Peg Perego high chair** | 7/1/99 - 1/31/11 |
| **Peg Perego stroller** | 7/1/99 - 1/31/11 |

**WHAT ARE MY LEGAL RIGHTS?**

You have a choice of whether to stay in any Settlement Subclass or not, and you must decide now. **Stay In:** you will be legally bound by the terms of the settlement, and you won't be able to sue Defendants—as part of any other lawsuit—for any overcharges relating to any of the listed products during the specified time frames. **To receive benefits from the settlement, you must submit a valid, sworn Claim Form.** The Claim Form must be postmarked, faxed, or submitted online by August 1, 2011. Any member of any Settlement Subclass that does not timely submit a valid, sworn Claim Form will not be entitled to settlement benefits. To file a Claim Form, visit www.babyproductsantitrustsettlement.com. **Get Out:** If you get out, you will not receive benefits from the proposed settlement, but you will keep rights to sue Defendants for these claims, and will not be bound by the terms of the settlement. To be excluded from the Settlement Subclasses, you must act by June 6, 2011. **Object:** If you stay in the Settlement Subclasses, you can object to the settlement by June 6, 2011. For more information, visit www.babyproductsantitrustsettlement.com.

**WHO REPRESENTS ME?**

The Court has appointed Hagens Berman Sobol Shapiro LLP, Spector Roseman Kodroff & Willis PC, and Wolf Haldenstein Adler Freeman & Herz LLC to represent the Settlement Subclasses. You may hire your own attorney, if you wish, at your own expense.

**THE PROPOSED SETTLEMENT:**

The Court, will hold a Fairness Hearing on July 6, 2011 at 10:00 a.m., to determine whether the proposed settlement is fair, reasonable, and adequate and to approve attorney fees and costs. The Hearing is at the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. If you are a member of a Settlement Subclass who did not seek to be excluded, you may write to the Court to object to the proposed settlement, and you may ask to speak at the hearing about the fairness of the proposed settlement.

**HOW CAN I GET MORE INFORMATION?**

Visit www.babyproductsantitrustsettlement.com, call 1-888-292-8492, or write to Baby Products Antitrust Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9679, Dublin, Ohio 43017-4979.

*Text BBY to 247365 for more information; standard carrier message and data rates may apply.*
*Text STOP to end/HELP for help*

**www.babyproductsantitrustsettlement.com          1-888-292-8492**

# PARADE

P U B L I C A T I O N S

GEORGE PAPADOPOULOS
*Distribution Manager*

## PUBLICATION AFFIDAVIT

Jennifer Trask
Media Buyer / Senior Project Manager
GCG Communications'
5335 SW Meadows Road, Suite 365
Lake Oswego, OR 97035
Tel: 866-570-5124

I, George Papadopoulos, being Distribution Manager of PARADE
Publications, hereby certify as follows:

The legal notice ad regarding Babies "R" Us for The Garden City
Group ran nationally and in all editions of PARADE's April 3rd
issue.

Sincerely,

Subscribed and sworn before me this _4th_ day of _April_ , _2011_ .

MARIA C. BETITA
Notary Public, State of New York
No. 4983578
Qualified in Queens County
Commission Expires July 1 20.11

711 Third Avenue, New York, NY 10017-4014
telephone:(212)450-7032 fax:(212)450-7280 e-mail: george_papadopoulos@parade.com

To subscribe call
1-800-228-NEWS (6397)
**Pittsburgh Post-Gazette** ®  www.post-gazette.com
Case 2:09-cv-06242-AB  Document 757-2  Filed 03/24/11  Page 33 of 90
SUNDAY, APRIL 3, 2011

# PARADE



# Autism's Lost Generation

Dana Eisman can't hold a conversation, cross the street by herself,
or be left alone. Diagnosed with autism at age 4,
she turns 21 this week, graduating from a special-needs
school and into the unknown. Who will care for
Dana and the hundreds of thousands of other young adults like her?

# *Stay* Healthy

## Spring-Clean Your Pantry

*Healthy eats can spoil quickly or lose their nutritional benefits over time. Check out our guide to see how long they last.*



**1 Olive oil:** 6 months
Olive oil is rich in polyphenol antioxidants, which have been shown to help ward off cancer and heart disease, among other things. But a 2009 study in the *Journal of Food Science* found that these compounds can deteriorate after six months.

**2 Whole-wheat flour:** 3 months to 1 year
Whole-wheat flour is loaded with heart-smart unsaturated fats. But these fats go bad rapidly when exposed to heat and oxygen—in fact, whole-wheat flour spoils four times faster than white. Replace yours after three months, or store it in a sealed container in the fridge for six months or in the freezer for up to a year.

**3 Nuts and nut oils:** 3 to 6 months
Like whole-wheat flour, walnuts and pecans are top sources of healthful fats that turn rancid quickly. In a 2009 study published in the *International Journal of Food Sciences & Nutrition*, British researchers discovered that one brand of walnut oil had an actual shelf life 20 times shorter than the "best before" date printed on the label.





**4 Ground spices:** 6 months
Grinding increases spices' exposure to oxygen, which breaks down healthful antioxidants and causes the flavor to fade. If tossing the expensive jars makes you cringe, consider buying whole spices and preparing them as needed in a coffee grinder—doing so can extend their shelf life up to two years.

**5 Green tea:** 6 months
Cancer-fighting antioxidants called catechins are one of the most beneficial compounds found in green tea. But a 2009 U.S. Department of Agriculture study found that green tea's catechins lose 32% of their potency after just six months. To get the biggest antioxidant punch from your cup, use fresh, loose leaves, and store them in an airtight tin to block out light and moisture.
*—Karen Ansel*

## Legal Notice

### If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.

*Para ver este aviso en español, llame el 1-888-292-8492*

**WHAT IS THIS LAWSUIT ABOUT?**
Two class action lawsuits are currently pending in the U.S. District Court for the Eastern District of Pennsylvania. The lawsuits allege that Babies "R" Us conspired with each of the defendant manufacturers in violation of federal antitrust laws. As a result, customers allegedly paid higher prices for those products. The Defendants deny they did anything wrong. The Court has not decided who is right and who is wrong.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**
Under the terms of the proposed settlement, each class member who submits a valid claim may be entitled to money. The Defendants have agreed to make payments totaling $35,500,000.00 to settle the claims made in these lawsuits. For more details, write to the address or visit the website below.

**ARE YOU AFFECTED?**
If you purchased one or more of the listed Baby Products directly from Babies "R" Us or Toys "R" Us in the U.S. within the specific time stated, then you are a member of a Settlement Subclass. Be sure to visit the website for complete class member definitions.

**WHAT ARE MY LEGAL RIGHTS?**
You have a choice of whether to stay in any Settlement Subclass or not, and you must decide now. **Stay In:** you will be legally bound by the terms of the settlement, and you won't be able to sue Defendants—as part of any other lawsuit—for any overcharges relating to any of the listed products during the specified time frames. **To receive benefits from the settlement, you must submit a valid, sworn Claim Form.** The Claim Form must be postmarked, faxed, or submitted online by August 1, 2011. Any member of any Settlement Subclass that does not timely submit a valid, sworn Claim Form will not be entitled to

settlement benefits. To file a Claim Form, visit www.babyproductsantitrustsettlement.com. **Get Out:** If you get out, you will not receive benefits from the proposed settlement, but you will keep rights to sue Defendants for these claims, and will not be bound by the terms of the settlement. To be excluded from the Settlement Subclasses, you must act by June 6, 2011. **Object:** If you stay in the Settlement Subclasses, you can object to the settlement by June 6, 2011. For more information, visit www.babyproductsantitrustsettlement.com.

**WHO REPRESENTS ME?**
The Court has appointed Hagens Berman Sobol Shapiro LLP, Spector Roseman Kodroff & Willis PC, and Wolf Haldenstein Adler Freeman & Herz LLC to represent the Settlement Subclasses. You may hire your own attorney, if you wish, at your own expense.

**THE PROPOSED SETTLEMENT:**
The Court, will hold a Fairness Hearing on July 6, 2011 at 10:00 a.m., to determine whether the proposed settlement is fair, reasonable, and adequate and to approve attorney fees and costs. The Hearing is at the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. If you are a member of a Settlement Subclass who did not seek to be excluded, you may write to the Court to object to the proposed settlement, and you may ask to speak at the hearing about the fairness of the proposed settlement.

**HOW CAN I GET MORE INFORMATION?**
Visit www.babyproductsantitrustsettlement.com, call 1-888-292-8492, or write to Baby Products Antitrust Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9679, Dublin, Ohio 43017-4979.

| Product: | Purchased between: |
|---|---|
| BabyBjörn baby carrier | 2/2/00 - 4/30/05 |
| Britax car seat | 1/1/99 - 1/31/05 |
| Kids Line products | 1/1/99 - 12/31/06 |
| Maclaren stroller | 10/1/99 - 1/31/11 |
| Medela Pump In Style breast pump | 7/1/99 - 1/31/11 |
| Peg Perego car seat | 7/1/99 - 1/31/11 |
| Peg Perego high chair | 7/1/99 - 1/31/11 |
| Peg Perego stroller | 7/1/99 - 1/31/11 |

*Text BBY to 247365 for more information; standard carrier message and data rates may apply.*
*Text STOP to end/HELP for help*

**www.babyproductsantitrustsettlement.com**            **1-888-292-8492**

PHOTOS: SHUTTERSTOCK (4), iSTOCK PHOTO (FLOUR)



7950 Jones Branch Drive • Floor 2 • McLean, Virginia 22107

# PROOF OF PUBLICATION

I hereby certify that the Legal Notice for

Garden City Group (GCG) / Babies "R" Us

Ran in
**USA WEEKEND MAGAZINE**

We hereby declare that Garden City Group (GCG) / Babies "R" Us booked an advertisement for Class Action Suit that was in size a Digest page unit. This Legal Advertisement published nationally, in USA WEEKEND Magazine.

On

**April 3, 2011**

**USA WEEKEND REPRESENTATIVE**

Signed: _Brian C. Jones_____
Brian C. Jones, Sr. Manager/Advertising Operations

Date: _April 19, 2011_____

Please imprint seal



_Narirath K Walsh_____
Notary Public Signature

_October 31, 2014_____
Date My Commission Expires

**\*\*\* MUST BE NOTARIZED FOR LEGAL PURPOSES \*\*\***

\*\*\* Please mail along with a tearsheet to:

GCG Communications
5335 SW Meadows Rd. Suite 365
Lake Oswego, OR 97035
Att: Jennifer Trask



**US**
**WEEK**

APRIL 1-3, 2011
usaweekend.com

**Recipe:**
**A perfect**
**English**
**Sunday**
**lunch**

**3 myths**
**about**
**back**
**pain**

**God,**
**love &**
**Paul**
**Simon**

*Rules to*
*live by*

**6 ways the TV anchor**
**weathers life's ups**
**and downs**

*by Katie Couric*

*Continued from page 7*

confidence booster. When Reese Schonfeld, then-president of CNN, called the assignment desk and said he never wanted to see me on the air again, I was devastated. But I remembered one of those Sandra Boynton coffee cups that said, "Don't Let the Turkeys Get You Down." And I didn't. I decided I would work harder and hopefully get better. And I did.

*Today you may be drinking the wine, tomorrow you could be picking the grapes.*

I first heard this from a veteran producer at NBC when I was tapped to become co-anchor of *Today.* I never forgot it. He was saying, "Fame can be fleeting and success short-lived." It was another way of telling me, "Don't get too big for your britches." It was a reminder that the people you may pass on your way up are the same ones who will catch you when you fall. It's essential to value all your colleagues, no matter



what position they are in, and treat them with dignity and respect. Nothing bothers me more than people who suck up and scream down.

*The Earth belongs to the living, not the dead.*

I read so many books on grief after my husband, Jay, died, but it was this quote from Thomas Jefferson that resonated most. When Jay was very, very sick, he turned to me and said, "You know, nothing really matters except your family and your friends." Sometimes when I'm on a professional treadmill, I think about what Jay said.

*Trust your gut.*

Everyone has that inner voice that tells you when something is wrong, and a second inner voice that makes you speak out when people are wronged. You have to trust both, even though it often takes courage to muster the second. Whether it was refusing to shoplift with some friends in seventh grade or listen to an executive who told me to wear pastel sweaters to soften my look when I first started on the *Today* show, I've tried to stay true to myself.

*Sometimes you're the pigeon, sometimes you're the statue.*

Linda Ellerbee, formerly of NBC News and now doing terrific specials for kids with Nick News, wrote that in her book. It might seem more appealing to be the pigeon, but I've come to realize that being critical and judgmental isn't much fun.

My daughters have kept me honest through the years. When I once described a woman we knew as "materialistic," Ellie, who was 16 at the time, called me out, explaining the woman had a wonderfully kind daughter but was buying things because she was "compensating for being in a loveless marriage." I was stunned by her insight and compassion. I now try to think twice about being the pigeon and judging other people too harshly. Oftentimes they're doing the best they can. **[W]**



Couric's daughters, Ellie, left, and Carrie; 3-year-old Couric with siblings, from right, Emily, Clara and John; Couric's late husband, Jay Monahan (around 1996), with daughter Ellie.

---

## Legal Notice

### If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.

*Para ver este aviso en español, llame al 1-888-292-8492*

**WHAT IS THIS LAWSUIT ABOUT?**
Two class action lawsuits are currently pending in the U.S. District Court for the Eastern District of Pennsylvania. The lawsuits allege that Babies "R" Us conspired with each of the defendant manufacturers in violation of federal antitrust laws. As a result, customers allegedly paid higher prices for these products. The Defendants deny they did anything wrong. The Court has not decided who is right and who is wrong.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**
Under the terms of the proposed settlement, each class member who submits a valid claim may be entitled to money. The Defendants have agreed to make payments totaling $35,500,000.00 to settle the claims made in these lawsuits. For more details, write to the address or visit the website below.

**ARE YOU AFFECTED?**
If you purchased one or more of the listed Baby Products directly from Babies "R" Us or Toys "R" Us in the U.S. within the specific time stated, then you are a member of a Settlement Subclass. Be sure to visit the website for complete class member definitions.

| Product: | Purchased between: |
|---|---|
| BabyBjörn baby carrier | 2/2/00 - 4/30/05 |
| Britax car seat | 1/1/99 - 1/31/11 |
| Kids Line products | 1/1/99 - 12/31/06 |
| Maclaren stroller | 10/1/99 - 1/31/11 |
| Medela Pump in Style breast pump | 7/1/99 - 1/31/11 |
| Peg Perego car seat | 7/1/99 - 1/31/11 |
| Peg Perego high chair | 7/1/99 - 1/31/11 |
| Peg Perego stroller | 7/1/99 - 1/31/11 |

**WHAT ARE MY LEGAL RIGHTS?**
You have a choice of whether to stay in any Settlement Subclass or not, and you must decide now. **Stay In:** you will be legally bound by the terms of the settlement, and you won't be able to sue Defendants—as part of any other lawsuit—for any overcharges relating to any of the listed products during the specified time frames. **To receive benefits from the settlement, you must submit a valid, sworn Claim Form.** The Claim Form must be postmarked, faxed, or submitted online by August 1, 2011. Any member of any Settlement Subclass that does not timely submit a valid, sworn Claim Form will not be entitled

to settlement benefits. To file a Claim Form, visit www.babyproductsantitrustsettlement.com. **Get Out:** If you get out, you will not receive benefits from the proposed settlement, but you will keep rights to sue Defendants for these claims, and will not be bound by the terms of the settlement. To be excluded from the Settlement Subclasses, you must act by June 6, 2011. **Object:** If you stay in the Settlement Subclasses, you can object to the settlement by June 6, 2011. For more information, visit www.babyproductsantitrustsettlement.com.

**WHO REPRESENTS ME?**
The Court has appointed Hagens Berman Sobol Shapiro LLP, Spector Roseman Kodroff & Willis PC, and Wolf Haldenstein Adler Freeman & Herz LLC to represent the Settlement Subclasses. You may hire your own attorney, if you wish, at your own expense.

**THE PROPOSED SETTLEMENT:**
The Court, will hold a Fairness Hearing on July 6, 2011 at 10:00 a.m., to determine whether the proposed settlement is fair, reasonable, and adequate and to approve attorney fees and costs. The Hearing is at the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. If you are a member of a Settlement Subclass who did not seek to be excluded, you may write to the Court to object to the proposed settlement, and you may ask to speak at the hearing about the fairness of the proposed settlement.

**HOW CAN I GET MORE INFORMATION?**
Visit www.babyproductsantitrustsettlement.com, call 1-888-292-8492, or write to Baby Products Antitrust Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9679, Dublin, Ohio 43017-4979.

*Text BBY to 247365 for more information; standard carrier message and data rates may apply.*
*Text STOP to end/HELP for help*

**www.babyproductsantitrustsettlement.com     1-888-292-8492**

## Aviso legal

### Si usted compró los productos enumerados a continuación directamente de Babies "R" Us en los EE.UU., es posible que sus derechos se vean afectados por un acuerdo de demanda colectiva.

#### ¿DE QUÉ SE TRATA ESTA DEMANDA?

Existen en la actualidad dos demandas colectivas en trámite en el Tribunal de Distrito de los Estados Unidos para el Distrito del Este de Pennsylvania. Las demandas sostienen que Babies "R" Us conspiró con cada uno de los fabricantes demandados en violación de las leyes federales antimonopólicas. En consecuencia, los clientes presuntamente pagaron precios más elevados por esos productos. Los demandados niegan haber actuado de manera indebida. El Tribunal no ha decidido quién tiene la razón y quién no.

#### ¿CUÁLES SON LOS TÉRMINOS DEL ACUERDO?

Conforme a los términos del acuerdo propuesto, cada demandante colectivo que presente un reclamo válido podrá tener derecho a recibir dinero.

Los Demandados han acordado realizar pagos por un total de US$35.500.000,00 para llegar a un acuerdo en relación con los reclamos contenidos en estas demandas. Para más detalles, escriba a la dirección o visite el sitio web que figuran a continuación.

| Producto: | Comprado entre: |
|---|---|
| Mochila BabyBjörn baby carrier | 2/2/00 - 4/30/05 |
| Silla para auto Britax | 1/1/99 - 1/31/11 |
| Productos Kids Line | 1/1/99 - 12/31/06 |
| Cochecito Maclaren | 10/1/99 - 1/31/11 |
| Extractor de leche Medela Pump In Style | 7/1/99 - 1/31/11 |
| Silla para auto Peg Perego | 7/1/99 - 1/31/11 |
| Sillita alta Peg Perego | 7/1/99 - 1/31/11 |
| Cochecito Peg Perego | 7/1/99 - 1/31/11 |

#### ¿SE ENCUENTRA USTED AFECTADO?

Si compró uno o más de los productos para bebés enumerados directamente de Babies "R" Us o Toys "R" Us en los EE.UU. dentro del periodo especificado, usted es miembro de una Subclase del Acuerdo de demanda colectiva. Asegúrese de visitar el sitio web para conocer la definición de miembro de la demanda colectiva.

#### ¿CUÁLES SON MIS DERECHOS LEGALES?

Usted puede elegir pertenecer o no a una Subclase del Acuerdo de demanda colectiva, y debe decidirse ahora. Si decide pertenecer: Quedará legalmente obligado por los términos del acuerdo y no podrá iniciar acciones legales contra los demandados (no podrá ser parte en ninguna otra demanda) por sobreprecios relacionados con cualquiera de los productos enumerados durante los plazos especificados. Para recibir los beneficios del acuerdo, usted debe presentar un Formulario de reclamo válido debidamente juramentado. El Formulario de reclamo debe ser presentado por correo postal con matasellos, por fax o en línea hasta el 1.° de agosto de 2011. Todo miembro de cualquier Subclase del Acuerdo de demanda colectiva que no presente oportunamente un Formulario de reclamo jurado válido no tendrá derecho a los beneficios de dicho acuerdo. Para presentar un formulario de reclamo, visite www.babyproductsantitrustsettlement.com. Si usted decide no participar: no recibirá los beneficios del acuerdo propuesto y no quedará obligado por los términos del acuerdo pero tendrá derecho a iniciar acciones legales contra los demandados por dichos reclamos. Para ser excluido de las Subclases del Acuerdo, usted debe manifestar su voluntad hasta el 6 de junio de 2011. Impugnación: Si decide pertenecer a las Subclases del Acuerdo, usted podrá impugnar el acuerdo hasta el 6 de junio de 2011. Para mayor información, visite www.babyproductsantitrustsettlement.com.

#### ¿QUIÉN ME REPRESENTA?

El Tribunal ha nombrado a Hagens Berman Sobol Shapiro LLP, Spector Roseman Kodroff & Willis PC y Wolf Haldenstein Adler Freeman & Herz LLC como representantes de las Subclases del Acuerdo. Usted puede contratar su propio abogado, si lo desea, con costas a su cargo.

#### EL ACUERDO PROPUESTO:

El Tribunal celebrará una Audiencia de Justicia el día 6 de julio de 2011 a las 10:00 de la mañana con el fin de determinar si el acuerdo propuesto es justo, razonable y adecuado y aprobar honorarios y costas legales. La audiencia será en el Tribunal de Distrito de los Estados Unidos para el Distrito del Este de Pennsylvania, 601 Market Street, Philadelphia, PA 19106. Si usted es miembro de una Subclase del Acuerdo y no solicitó ser excluido, puede escribirle al Tribunal para que impugne el acuerdo propuesto y puede solicitar hablar en la audiencia acerca de la equidad de dicho acuerdo propuesto.

#### ¿CÓMO PUEDO OBTENER MÁS INFORMACIÓN?

Visite www.babyproductsantitrustsettlement.com, llame al 1-888-292-8492 o escriba a Baby Products Antitrust Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9679, Dublin, Ohio 43017-4979.

*Envíe BBY por mensaje de texto al 247365 para más información. Puede estar sujeto a tarifas de mensaje estándar y de datos. Envíe STOP para finalizar/HELP para ayuda.*

| www.babyproductsantitrustsettlement.com | 1-888-292-8492 |
|---|---|



soy una mamá de

march of dimes

Mis mejores interpretaciones musicales no son en el escenario, sino cuando le canto a mi hija para que se duerma. Me preocupo por mi bebé y me preocupo por el suyo. March of Dimes también. Ayude a cada bebé a tener sus 9 meses en nacersano.org



HEALTHY KIDS
HAPPY FAMILIES

# Parents

## Raise A Kid
## Who Cares
**Fun Games That
Teach Kindness**

EASY RECIPES
## Sneak More
## Veggies Into
## Every Day

## A SUPER-QUICK
## SLIMDOWN FOR
## BUSY MOMS

Birthdays

## On A Budget
**5 Amazing Parties Under $100**

## SPEED-CLEAN
## YOUR HOME!
So You Can Have
More Time For You

PARENTS.COM
MAY 2011

*pg. 198*

why experts recommend monitoring and reducing your child's exposure to TV news programs. Indeed, the networks do seem to devote a large portion of their news coverage to crime, disasters, war, and other upsetting topics. But if you feel that you must watch the news when your child is around, at least try to limit the time you keep the TV on. You should also take a moment to calmly answer any questions that your kid might have about what she's seeing, and explain what the reporters are saying. It's helpful to remind her how her own situation and environment differ from what she just saw on the news, says Joanne Cantor, Ph.D., author of *Mommy, I'm Scared: How TV and Movies Frighten Children and What We Can Do to Protect Them.* In addition, you can point out the positive things that you saw on television and the fact that, in general, more good things happen than bad each day—we just don't always get to hear about them.

## Read All About It

Print media can provide an ideal way to introduce the news to your child because you can pick and choose which stories and images the two of you are going to focus on. Also, pictures pack less of an emotional wallop for kids than live video does. Seeing a house get swept away in a scary flood and then hearing a grown-up sob over the loss on television is a much more upsetting experience for a child than looking at photos of the same event in a newspaper, explains Melissa Henson, director of public education at Parents Television Council. Additionally, depending on which newspaper you choose to peruse together, your second- or third-grader probably won't have the skills to read every page yet, which allows you to share the stories that you think will

## Safe News Sources

See if your daily newspaper offers a special children's section, and check out these other kid-friendly news outlets.

**EurekAlert's News for Kids**
eurekalert.org/kidsnews

**The Washington Post's KidsPost**
washingtonpost.com/wp-dyn/
content/print/kidspost

**Nickelodeon's Nick News**
news.nick.com

**Science News for Kids**
sciencenewsforkids.org

**Time for Kids**
timeforkids.com

**Encyclopedia Britannica's Student News Net**
studentnewsnet.com

---

<u>Legal Notice</u>

**If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.**

*Para ver este aviso en español, llame al 1-888-292-8492*

**WHAT IS THIS LAWSUIT ABOUT?**
Two class action lawsuits are currently pending in the U.S. District Court for the Eastern District of Pennsylvania. The lawsuits allege that Babies "R" Us conspired with each of the defendant manufacturers in violation of federal antitrust laws. As a result, customers allegedly paid higher prices for those products. The Defendants deny they did anything wrong. The Court has not decided who is right and who is wrong.

**WHAT ARE THE TERMS OF THE SETTLEMENT?**
Under the terms of the proposed settlement, each class member who submits a valid claim may be entitled to money. The Defendants have agreed to make payments totaling $35,500,000.00 to settle the claims made in these lawsuits. For more details, write to the address or visit the website below.

**ARE YOU AFFECTED?**
If you purchased one or more of the listed Baby Products directly from Babies "R" Us or Toys "R" Us in the U.S. within the specific time stated, then you are a member of a Settlement Subclass. Be sure to visit the website for complete class member definitions.

| Product: | Purchased between: |
|---|---|
| BabyBjörn baby carrier | 2/2/00 - 4/30/05 |
| Britax car seat | 1/1/99 - 1/31/11 |
| Kids Line products | 1/1/99 - 12/31/06 |
| Maclaren stroller | 10/1/99 - 1/31/11 |
| Medela Pump In Style breast pump | 7/1/99 - 1/31/11 |
| Peg Perego car seat | 7/1/99 - 1/31/11 |
| Peg Perego high chair | 7/1/99 - 1/31/11 |
| Peg Perego stroller | 7/1/99 - 1/31/11 |

**WHAT ARE MY LEGAL RIGHTS?**
You have a choice of whether to stay in any Settlement Subclass or not, and you must decide now. **Stay In:** you will be legally bound by the terms of the settlement, and you won't be able to sue Defendants—as part of any other lawsuit—for any overcharges relating to any of the listed products during the specified time frames. **To receive benefits from the settlement, you must submit a valid, sworn Claim Form.** The Claim Form must be postmarked, faxed, or submitted online by August 1, 2011. Any member of any Settlement Subclass that does not timely submit a valid, sworn Claim Form will not be entitled to settlement benefits. To file a Claim Form, visit www.babyproductsantitrustsettlement.com. **Get Out:** If you get out, you will not receive benefits from the proposed settlement, but you will keep rights to sue Defendants for these claims, and will not be bound by the terms of the settlement. To be excluded from the Settlement Subclasses, you must act by June 6, 2011. **Object:** If you stay in the Settlement Subclasses, you can object to the settlement by June 6, 2011. For more information, visit www.babyproductsantitrustsettlement.com.

**WHO REPRESENTS ME?**
The Court has appointed Hagens Berman Sobol Shapiro LLP, Spector Roseman Kodroff & Willis PC, and Wolf Haldenstein Adler Freeman & Herz LLC to represent the Settlement Subclasses. You may hire your own attorney, if you wish, at your own expense.

**THE PROPOSED SETTLEMENT:**
The Court, will hold a Fairness Hearing on July 6, 2011 at 10:00 a.m., to determine whether the proposed settlement is fair, reasonable, and adequate and to approve attorney fees and costs. The Hearing is at the U.S. District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. If you are a member of a Settlement Subclass who did not seek to be excluded, you may write to the Court to object to the proposed settlement, and you may ask to speak at the hearing about the fairness of the proposed settlement.

**HOW CAN I GET MORE INFORMATION?**
Visit www.babyproductsantitrustsettlement.com, call 1-888-292-8492, or write to Baby Products Antitrust Litigation Settlement, c/o The Garden City Group, Inc., P.O. Box 9679, Dublin, Ohio 43017-4979.

*Text BBY to 247365 for more information; standard carrier message and data rates may apply. Text STOP to end/HELP for help*

**www.babyproductsantitrustsettlement.com**          **1-888-292-8492**

# Exhibit C

# 24/7 Real Media



## Babies R Us
### Screenshot

April 1st, 2011

The science of digital marketing





| Fox News | Fox Business | Small Business Center | Fox News Radio | Fox News Latino | Fox Nation | | Register | Login |

**FOX NEWS .com** Fair & Balanced

Search

**ON AIR NOW »**
America Live
Host Megyn Kelly

1p<sup>et</sup>

Studio B w/ Shepard Smith (cc)
Host: Shepard Smith

3p<sup>et</sup>

Anchors and Reporters »

**FULL COVERAGE** On the Job Hunt • Rise of Freedom • America's Third War

**WATCH LIVE** House: AARP Hearing

| Home | Video | US | World | Politics | Entertainment | Leisure | Health | SciTech | Opinion | Sports | On Air |

Men's Health   Women's Health   Children's Health   Body & Mind   Alternative Medicine   Diabetes   Heart Health   Acid Reflux   Allergies   **Nutrition & Fitness**

**Click Here**

If you purchased certain **BabyBjörn, Britax, Kids Line, Maclaren, Medela or Peg Perego** products from **Babies "R" Us,** a class action settlement may affect your rights.

Prepared by GCG

# Nutrition & Fitness

SPONSORED BY ChoiceHotels.com

## FEATURED STORIES

March 28, 2011 by Tanya Zuckerbrot

### Spring Cleaning Your Diet

Achieving and maintaining a healthy weight has a lot to do with your environment. Why not give it a much needed makeover with the rest of your spring cleaning? Use this checklist to clean the slate, and your plate, in time for swimsuit season



## NUTRITION

Court Examines Whether Vegan Diet Killed Baby

Weight-Loss Surgery Urged to Reduce Serious Diabetes Complications

New Bitterness Blocker Makes Medicine Seem Sweeter

Spring Cleaning Your Diet

Secrets Women Keep From Their Doctors



livingsocial.




## momlogic
*What Moms Are Talking About*

*today's buzz:* Post-Holiday Depression | Teen Mom | Gulliver's Travels



 Enter search terms... | **search**

Home | Photos | Video | Lists | Giveaways | Community | Horoscopes | Experts | Bloggers

**Click Here** | If you purchased certain **BabyBjörn, Britax, Kids Line, Maclaren, Medela or Peg Perego** products from **Babies "R" Us,** a class action settlement may affect your rights. *Prepared by GCG*



**The Homefront**
- Family
- Pregnancy + baby
- Toddlers
- Kid
- Teen + tween
- Pets

**Moms Only**
- Love + sex
- Fashion + beauty
- Divorce
- Single mom

### Crafts for a Cause: Sock Monkeys?! Yes!

posted Friday, April 1, 2011 |
filed under: baby



If you're looking for an original baby gift with special meaning, look no further than these adorable, handmade sock monkeys made by The Las Artesanas Mariposas, a dedicated group of mothers and other women in the Dominican Republic.

Read More...

[ Add Comment ]

### Win a $50 Olive Garden Gift Card!

advertisement



SO YOU CAN SAY HELLO TO SPRING AND STAY IN BUDGET

More saving. More doing:

*featured gallery*



Publicidad | Vea su anuncio aquí


Univision.com | Entretenimiento | Nuestra Belleza Latina | Premios Juventud | La Boutique | Servicios |          Comunidad | Ingresa | Inscríbete

Regresa a la portada de Univision.com

## UNIVISION.com
## BELLEZA Y MODA

| Internet | Univision | Videos | Foros | Compras |

| Inicio | Celebridades | Belleza | Moda | Nuestra Belleza Latina | Transformaciones | Reinas | Fotos | Videos | Versus | Trivias | Foros |

BELLEZA Y MODA > CELEBRIDADES > TRANSFORMACIONES

- Lo Último
- Trucos de Famosas
- Transformaciones
- Style Icon
- Fotos

Publicidad | Vea su anuncio aquí






Sitios Amigos

- Vanidades
- People en español
- Cosmopolitan
- Yahoo! Shine
- Marie Claire

Top 10 Foros

- Reinas de Belleza


Bárbara Mori es como los buenos vinos


La evolución de Angélica Rivera


Daisy Fuentes, la incondicional de Luis Miguel


La transformación de Jennifer Aniston


Beyoncé, una diva que cambió con los años


Angelique Boyer, de mala a buenísima


Angelina Jolie, ¿es o no un bombón?


Pau no siempre fue una chica 'Dorada'


El ayer y hoy de Niurka


Vero Castro: ¿Cuántas cirugías tendrá?


Lourdes, de niña a mujer


Danna Paola, ¿patito feo?

Publicidad | Vea su anuncio aquí

Motorola Atrix™ 4G

tan poderoso como una laptop tan portátil como un teléfono

Teléfono Android

+ Laptop Dock



EL MOTOROLA LAPDOCK™ se vende por separado.

# Exhibit D

**If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.**

| Product: | Purchased Between: |
|---|---|
| BabyBjorn baby carrier | 2/2/00 - 4/30/05 |
| Britax car seat | 1/1/99 - 1/31/11 |
| Kids Line products | 1/1/99 - 12/31/06 |
| Maclaren stroller | 10/1/99 - 1/31/11 |
| Medela Pump In Style breast pump | 7/1/99 - 1/31/11 |
| Peg Perego car seat | 7/1/99 - 1/31/11 |
| Peg Perego high chair | 7/1/99 - 1/31/11 |
| Peg Perego stroller | 7/1/99 - 1/31/11 |

Two class action lawsuits are currently pending in the U.S. District Court for the Eastern District of Pennsylvania. The lawsuits allege that Babies "R" Us conspired with each of the defendant manufacturers in violation of federal antitrust laws. As a result, customers allegedly paid higher prices for those products. The Defendants deny they did anything wrong. The Court has not decided who is right and who is wrong.

Under the terms of the proposed settlement, each class member who submits a valid claim may be entitled to money. The Defendants have agreed to make payments totaling $35,240,000* to settle the claims made in these lawsuits.

This is only a brief summary. For detailed information, please visit www.babyproductsantitrustsettlement.com, or call 1-888-292-8492.

*The Settlement Amount was reduced from $35,500,000 because Regal Lager, Inc. did not make its contribution to the Settlement Fund. As a result, claims against Regal Lager, Inc. will not be released.

# Exhibit E

 

**Your ReleaseWatch Report from PR Newswire**

This complimentary ReleaseWatch(TM) report includes links to your actual release as it appears on a select group of sites we sample for this report. Customize your report now by uploading a logo, selecting timing options, or choosing a different format option to personalize your experience. Save time and share your success - create a PDF report containing screenshots of this release posted on many of the sites shown below.

U.S. members: View the online and media visibility your releases have achieved by visiting the Online Member Center and clicking the Reports link.

Members in Europe: For further information on your order, and to check your online and media visibility, contact the UK Client Services Team.

Please Note: If this release was distributed as a multimedia release, your comprehensive report will be sent separately.

For more reports and metrics on your report, including information on media views in our journalist-only portal PR Newswire for Journalists, engagement reports and a full reporting dashboard, sign-up to become a full PR Newswire member.

Use the checkboxes below to determine which Media Types and Media Locations you wish to appear in this report.

**Media Types:**
- ☑ Magazine(1)
- ☑ News & Information Service(7)
- ☑ Newspaper(62)
- ☑ Portal(2)
- ☑ PR Newswire(1)
- ☑ Trade Publication(15)
- ☑ TV Station(141)

**Media Locations:**
- ☑ Canada(1)
- ☑ Denmark(1)
- ☑ Germany(1)
- ☑ India(1)
- ☑ Spain(1)
- ☑ United Kingdom(1)
- ☑ United States(225)

**Headline:** If you purchased below listed products directly from Babies "R" Us in the U.S., a class action settlement may affect your rights.
**Story Number:** SF74362
**Clear time:** April 1 2011 10:00:00

**View your release posted on:**



**AlipesNews**
http://www.alipesnews.com/Public/ArchiveStory.aspx?id=3549816552762458&languageId=4000
Media Type: news & information service     Media Location: denmark



**AOL DailyFinance**                   624,000 Visitors/day *
http://www.dailyfinance.com/article/if-you-purchased-below-listed-products/1703282/
Media Type: trade pub     Media Location: us



**Atlanta Business Chronicle**          265,000 Visitors/day *
Media Type: newspaper     Media Location: us



**Austin Business Journal**      265,000 Visitors/day *

http://www2.bizjournals.com/austin/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Baltimore Business Journal**      265,000 Visitors/day *

http://www2.bizjournals.com/baltimore/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Birmingham Business Journal**      265,000 Visitors/day *

http://www2.bizjournals.com/birmingham/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Bolsamania (Web Financial Group)**

http://www.bolsamania.com/noticias-actualidad/prNews/If-you-purchased-below-listed-products-directly-from-Babies-quot-Rquot-Us-in-the-US-a-class--SF7436201042011-1--18a36ceeb2e4593a62369c272554cbdb.html

Media Type: trade pub       Media Location: spain



**Boston Business Journal**      265,000 Visitors/day *

http://www2.bizjournals.com/boston/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Bradenton Herald (Bradenton, FL)**      16,000 Visitors/day *

http://www.bradenton.com/2011/04/01/3080179/if-you-purchased-below-listed.html

Media Type: trade pub       Media Location: us



**Business First of Buffalo**      265,000 Visitors/day *

http://www2.bizjournals.com/buffalo/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Business First of Columbus**      265,000 Visitors/day *

http://www2.bizjournals.com/columbus/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Business First of Louisville**      265,000 Visitors/day *

http://www2.bizjournals.com/louisville/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Business Journal of Greater Milwaukee**                265,000 Visitors/day *
http://www2.bizjournals.com/milwaukee/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper             Media Location: us



**Business Journal of Phoenix**                          265,000 Visitors/day *
http://www2.bizjournals.com/phoenix/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper             Media Location: us



**Business Journal of the Greater Triad Area**          265,000 Visitors/day *
http://www2.bizjournals.com/triad/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper             Media Location: us



**Business Latino Newspaper - NY, NY**
http://www.nybusinesslatino.com/noticiashispanicprnwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper             Media Location: us



**Business Review (Albany)**                             265,000 Visitors/day *
http://www2.bizjournals.com/albany/prnewswire/press_releases/national/Pennsylvania/2011/01/SF74362

Media Type: newspaper             Media Location: us

**Catalina Magazine**
http://www.hispanicprwire.com/print.php?l=in&id=19211&cha=14

Media Type: news & information service      Media Location: us



**Chamo Times**
http://www.chamotimes.com/noticiashispanicprnwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper             Media Location: us



**Charlotte Business Journal**                           265,000 Visitors/day *
http://www2.bizjournals.com/charlotte/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper             Media Location: us



**Cincinnati Business Courier**                          265,000 Visitors/day *
http://www2.bizjournals.com/cincinnati/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper             Media Location: us



**Dallas Business Journal**                              265,000 Visitors/day *
http://www2.bizjournals.com/dallas/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper             Media Location: us



**DallasNews.com**
http://www.mediawebsite.net/danews/story/?catSetID=7007&catID=290812&nrid=119058609&page=1

Media Type: newspaper          Media Location: us



**Dayton Business Journal**                                      265,000 Visitors/day *
http://www2.bizjournals.com/dayton/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us



**Denton Record-Chronicle**
http://www.mediawebsite.net/dentonrc/story/?catSetID=7007&catID=290812&nrid=119058609&page=1

Media Type: newspaper          Media Location: us



**Denver Business Journal**                                     265,000 Visitors/day *
http://www2.bizjournals.com/denver/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us



**Diario Horizonte - CT**
http://www.diariohorizonte.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies

Media Type: newspaper          Media Location: us



**Digital Journal**                                              9,000 Visitors/day *
http://www.digitaljournal.com/pr/265967

Media Type: trade pub          Media Location: us



**East Bay Business Times**                                     265,000 Visitors/day *
http://www2.bizjournals.com/eastbay/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us



**El Editor Newspaper**
http://www.eleditor.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper          Media Location: us



**El Semanario (Denver)**
http://www.elsemanario.net/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper          Media Location: us



**El Sol de Cleveland**
http://www.elsoldecleveland.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper          Media Location: us



**Extra Chicago**
http://www.extranews.net/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies

Media Type: newspaper                    Media Location: us



**Finance Industry Today**                                              4,000 Visitors/day *
http://finance.einnews.com/pr-news/369047-if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-u-s-a-class-action-settlement-may-affect-your-rights-

Media Type: trade pub                    Media Location: us



**FinanzNachrichten.de (ABC New Media AG)**
http://www.finanznachrichten.de/nachrichten-2011-04/19820816-if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-u-s-a-class-action-settlement-may-affect-your-rights-008.htm

Media Type: trade pub                    Media Location: germany



**Foreclosures Evictions and You**
http://zingervotes.blogspot.com/p/news-landing-page.html?prnewsid=201104011000PR_NEWS_USPR_____SF74362

Media Type: news & information service   Media Location: us



**FOREX Trading News Today**                                           4,000 Visitors/day *
http://forex.einnews.com/pr-news/369047-if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-u-s-a-class-action-settlement-may-affect-your-rights-

Media Type: trade pub                    Media Location: us



**Global Investing Today**                                             4,000 Visitors/day *
http://investing.einnews.com/pr-news/369047-if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-u-s-a-class-action-settlement-may-affect-your-rights-

Media Type: trade pub                    Media Location: us



**Global Investor**
http://www.globalinvestor.com/index.cfm/fuseaction/news.showItem/newsID/100689

Media Type: trade pub                    Media Location: uk



**Habla News**
http://www.hablanews.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-u-s-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper                    Media Location: us



**Hola Arkansas!**
http://www.hola-arkansas.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies

Media Type: newspaper                    Media Location: us



**Houston Business Journal**                                           265,000 Visitors/day *
http://www2.bizjournals.com/houston/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper                    Media Location: us



**Human Rights Today**                                    4,000 Visitors/day *
http://humanrights.einnews.com/pr-news/369047-if-you-purchased-below-listed-products-directly-
from-babies-r-us-in-the-u-s-a-class-action-settlement-may-affect-your-rights-

Media Type: trade pub                 Media Location: us



**Jacksonville Business Journal**                         265,000 Visitors/day *
http://www2.bizjournals.com/jacksonville/prnewswire/press_releases/national/Pennsylvania/2011/04
/01/SF74362

Media Type: newspaper                 Media Location: us



**KAIT ABC-8 (Jonesboro, AR)**                            16,000 Visitors/day *
http://www.kait8.com/Global/story.asp?S=14365046

Media Type: tv station                Media Location: us



**KALB-TV CBS-2 / NBC-5 (Alexandria, LA)**                6,000 Visitors/day *
http://www.kalb.com/Global/story.asp?S=14365046

Media Type: tv station                Media Location: us



**Kansas City Business Journal**                          265,000 Visitors/day *
http://www2.bizjournals.com/kansascity/prnewswire/press_releases/national/Pennsylvania/2011/04
/01/SF74362

Media Type: newspaper                 Media Location: us



**KATV-TV ABC-7 (Little Rock, AR)**                       14,000 Visitors/day *
http://www.katv.com/Global/story.asp?S=14365046

Media Type: tv station                Media Location: us



**KAUZ-TV CBS-6 (Wichita Falls, TX)**
http://www.newschannel6now.com/Global/story.asp?S=14365090

Media Type: tv station                Media Location: us



**KAZT IND-7 (Phoenix/Prescott, AZ)**
http://www.arizonasown.com/Global/story.asp?S=14365046

Media Type: tv station                Media Location: us



**KBMT-TV ABC-12 (Beaumont, TX)**
http://www.12newsnow.com/Global/story.asp?S=14365046

Media Type: tv station                Media Location: us



**KCAU ABC-9 (Sioux City, IA)**
http://www.kcautv.com/Global/story.asp?S=14365090

Media Type: tv station                Media Location: us



**KCBA-TV FOX-35 (Salinas, CA)**
http://www.kcba.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**KCBD NBC-11 (Lubbock, TX)**          12,000 Visitors/day *
http://www.kcbd.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KCEN-TV NBC-9 (Temple, TX)**
http://www.centraltexasnow.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KCOY CBS-12 (Santa Maria, CA)**
http://www.kcoy.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KDUH-TV ABC-3 (Scottsbluff, NE)**
http://www.kotanow.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KFDA CBS-10 (Amarillo, TX)**          6,000 Visitors/day *
http://www.newschannel10.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**KFJX-TV FOX-14 (Pittsburg, KS)**
http://www.fox14tv.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KFMB 100.7 Jack-FM (San Diego, CA)**
http://www.sandiegojack.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KFMB 760-AM (San Diego, CA)**
http://www.760kfmb.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KFMB-TV CBS-8 (San Diego, CA)**
http://www.cbs8.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**KFRE-TV CW-59 (Fresno, CA)**
http://www.kmph-kfre.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**KFVE MyNetworkTV-5 (Honolulu, HI)**
http://www.k5thehometeam.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KFVS CBS-12 (Cape Girardeau, MO)**                    12,000 Visitors/day *
http://www.kfvs12.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KGUN ABC-9 (Tucson, AZ)**                              5,000 Visitors/day *
http://www.kgun9.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KHNL-TV NBC-8 (Honolulu, HI)**                        30,000 Visitors/day *
http://www.hawaiinewsnow.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KHQ-TV NBC-6 (Spokane, WA)**                          26,000 Visitors/day *
http://www.khq.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KION CBS-46 (Salinas, CA)**                            9,000 Visitors/day *
http://www.kionrightnow.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KIVI-TV ABC-6 (Boise, ID)**
http://www.kivitv.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KKFX FOX-11 (Santa Maria, CA)**
http://www.myfox11.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KLFY CBS-10 (Lafayette, LA)**                         11,000 Visitors/day *
http://www.klfy.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KLKN ABC-8 (Lincoln, NE)**
http://www.klkntv.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KLTV ABC-7 (Tyler, TX)**                              22,000 Visitors/day *
http://www.kltv.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



Case 2:06-cv-00242-AB   Document 737-2   Filed 05/24/11   Page 58 of 90



**KMEG-TV CBS-14 (Sioux City, IA)**
http://www.kmeg.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KMIR NBC-6 (Palm Desert, CA)**
http://www.kmir6.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KMPH-TV FOX-26 (Fresno, CA)**                    2,000 Visitors/day *
http://www.kmph.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KMTV-TV CBS-3 (Omaha, NE)**
http://www.action3news.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KNDO-TV NBC-3 (Yakima, WA)**
http://www.kndo.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KNDU-TV NBC (Kennewick, WA)**
http://www.kndu.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KNOE-TV CBS-8 (Monroe, LA)**
http://www.knoe.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KOAM-TV CBS-7 (Pittsburg, KS)**
http://www.koamtv.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KOLD CBS-13 (Tucson, AZ)**                    17,000 Visitors/day *
http://www.kold.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KOTA ABC-3 (Rapid City, SD)**
http://www.kotatv.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KOTV-TV CBS-6 (Tulsa, OK)**                    25,000 Visitors/day *
http://www.newson6.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KPLC NBC-7 (Lake Charles-Lafayette, LA)**            12,000 Visitors/day *
http://www.kplctv.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KPTH-TV FOX-44 (Dakota Dunes, SD)**
http://www.kpth.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KPTM-TV FOX-42 (Omaha, NE)**
http://www.kptm.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KQCW CW-12/19 (Tulsa, OK)**
http://www.tulsacw.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KRHD-TV ABC-40 (Bryan-College Station, TX)**
http://www.abc40.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KSAW-TV ABC-51 (Twin Falls, ID)**
http://www.ksawtv.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KSFY-TV ABC-13 (Sioux Falls, SD)**
http://www.ksfy.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KSLA CBS-12 (Shreveport, LA)**            25,000 Visitors/day *
http://www.ksla.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KSTC-TV IND-45 (Saint Paul, MN)**
http://lifestyle.kstc45.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KSTP-TV ABC-5 (Saint Paul, MN)**            13,000 Visitors/day *
http://lifestyle.kstp.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KSWO-TV ABC-7 (Lawton, OK)**            7,000 Visitors/day *
http://www.kswo.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KSWT-TV CBS-13 (Yuma, AZ)**
http://www.kswt.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTEN NBC-10 (Denison, TX)**
http://www.kten.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTIV NBC-4 (Sioux City, IA)**                    4,000 Visitors/day *
http://www.ktiv.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KTNV-TV ABC-13 (Las Vegas, NV)**                 10,000 Visitors/day *
http://www.ktnv.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTRE ABC-9 (Lufkin, TX)**                        6,000 Visitors/day *
http://www.ktre.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KTRV-TV FOX-12 (Nampa, ID)**
http://www.fox12idaho.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTTC NBC-10 (Rochester, MN)**                    14,000 Visitors/day *
http://www.kttc.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTUL-TV ABC-8 (Tulsa, OK)**                      25,000 Visitors/day *
http://www.ktul.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE)**
http://www.foxnebraska.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**KTVN-TV CBS-2 (Reno, NV)**
http://www.ktvn.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam)**
http://www.kuam.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**KUSI-TV IND-51 (San Diego, CA)**
http://www.kusi.com/story/14365090/if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-us-a-class-action-settlement-may-affect-your-rights
Media Type: tv station          Media Location: us



**KWES-TV NBC-9 (Midland, TX)**
http://www.newswest9.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KWQC NBC-6 (Davenport, IA)**
http://www.kwqc.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KWTV-TV CBS-9 (Oklahoma City, OK)**                    35,000 Visitors/day *
http://www.news9.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KWWL-TV NBC-7 (Waterloo, IA)**                          20,000 Visitors/day *
http://www.kwwl.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KXJB-TV CBS-4 / KVLY-TV NBC-11 (Fargo, ND)**
http://www.valleynewslive.com/Global/story.asp?S=14365090
Media Type: tv station          Media Location: us



**KXLT FOX-47 (Rochester, MN)**
http://www.myfox47.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KXVO-TV CW-15 (Omaha, NE)**
http://www.kxvo.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KXXV-TV ABC-25 (Waco, TX)**                             6,000 Visitors/day *
http://www.kxxv.com/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**KYTX CBS-19 (Tyler, TX)**
http://www.cbs19.tv/Global/story.asp?S=14365046
Media Type: tv station          Media Location: us



**La Nueva Mia FM 88.3 Radio - Cleveland, OH**
http://www.lanuevamia.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights
Media Type: radio               Media Location: us



**La Voz de Colorado**
http://www.lavozcolorado.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper              Media Location: us



**La Voz de Dalton (Dalton, GA)**
http://www.lavozgroup.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper              Media Location: us



**La Voz de Yuma**
http://www.lavozdeyuma.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-set

Media Type: newspaper              Media Location: us



**La Voz Hispana Newspaper - Cleveland, OH**
http://www.lavozhispana.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper              Media Location: us



**Latin Heat**
http://www.latinheat.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: newspaper              Media Location: us

**LATINAStyle**
http://www.hispanicprwire.com/print.php?l=in&id=19211&cha=14&ide=0

Media Type: news & information service       Media Location: us



**Los Angeles Business from bizjournals**            265,000 Visitors/day *
http://www2.bizjournals.com/losangeles/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper              Media Location: us



**MarketWatch**                  673,000 Visitors/day *
http://www.marketwatch.com/story/if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-us-a-class-action-settlement-may-affect-your-rights-2011-04-01

Media Type: news & information service       Media Location: us



**Mega News Network: Banking**
http://interestalert.com/story/04010000aaa004dc.prn/mnnbanking/BANKFINA/banking_and

Media Type: trade pub              Media Location: us



**Mega News Network: Legal**
http://interestalert.com/story/04010000aaa0039a.prn/mnnlegal/LEGALLAW/legal_and

Media Type: trade pub              Media Location: us



**Memphis Business Journal**      265,000 Visitors/day *
http://www2.bizjournals.com/memphis/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Minneapolis / St. Paul Business Journal**      265,000 Visitors/day *
http://www2.bizjournals.com/twincities/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Nashville Business Journal**      265,000 Visitors/day *
http://www2.bizjournals.com/nashville/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**NebraskaTV (Kearney, NE)**
http://www.nebraska.tv/Global/story.asp?S=14365046

Media Type: tv station       Media Location: us



**New Mexico Business Weekly**      265,000 Visitors/day *
http://www2.bizjournals.com/albuquerque/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**News Blaze**
http://newsblaze.com/story/2011040107010500012.pnw/topstory.html

Media Type: newspaper       Media Location: us



**Pacific Business News**      265,000 Visitors/day *
http://www2.bizjournals.com/pacific/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**Palacio Magazine**
http://www.palacio.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: magazine       Media Location: us



**PennLive.com**      115,000 Visitors/day *
http://www.pennlive.com/business/prnewswire/index.ssf?/pennlive/story/?catSetID=7002&catID=290097&nrid=119058609&page=1

Media Type: newspaper       Media Location: us

**Philadelphia Business Journal**      265,000 Visitors/day *
http://www2.bizjournals.com/philadelphia/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper       Media Location: us



**PhillyInc**
http://www.mediawebsite.net/phillypa/story/?catSetID=7002&catID=290097&nrid=119058609&page=1

Media Type: newspaper                    Media Location: us



**Pittsburgh Business Times**                    265,000 Visitors/day *
http://www2.bizjournals.com/pittsburgh/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper                    Media Location: us



**Portland Business Journal**                    265,000 Visitors/day *
http://www2.bizjournals.com/portland/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper                    Media Location: us



**PR Newswire**                    22,000 Visitors/day *
http://www.prnewswire.com/news-releases/if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-us-a-class-action-settlement-may-affect-your-rights-119058609.html

Media Type: pr newswire                    Media Location: us



**Press-Enterprise**
http://www.mediawebsite.net/pe/story/?catSetID=&catID=&nrid=119058609&page=1

Media Type: newspaper                    Media Location: us



**Puget Sound Business Journal**                    265,000 Visitors/day *
http://www2.bizjournals.com/seattle/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper                    Media Location: us



**Que Buena Tulsa KXTD 1530 AM (Tulsa, OK)**
http://www.quebuenatulsa.com/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: radio                    Media Location: us



**Reuters**                    1,150,000 Visitors/day *
http://www.reuters.com/article/2011/04/01/idUS157823+01-Apr-2011+PRN20110401

Media Type: news & information service                    Media Location: us



**San Antonio Business Journal**                    265,000 Visitors/day *
http://www2.bizjournals.com/sanantonio/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper                    Media Location: us



**San Francisco Business Times**                    265,000 Visitors/day *
http://www2.bizjournals.com/sanfrancisco/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper                    Media Location: us



**San Jose Business Journal**                                    265,000 Visitors/day *

http://www2.bizjournals.com/sanjose/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us

**SMPR, Inc.**

http://www.smpr.info/prnewswire/?prnewssid=201104011000PR_NEWS_USPR_____SF74362

Media Type: news & information service          Media Location: us



**South Florida Business Journal**                              265,000 Visitors/day *

http://www2.bizjournals.com/southflorida/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us

**St. Louis Business Journal**                                  265,000 Visitors/day *

http://www2.bizjournals.com/stlouis/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us

**SYS-CON Media**                                               2,000 Visitors/day *

http://www.sys-con.com/node/1777220

Media Type: trade pub          Media Location: us

**Tampa Bay Business Journal**                                  265,000 Visitors/day *

http://www2.bizjournals.com/tampabay/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us

**The Herald**                                                  28,000 Visitors/day *

http://www.heraldonline.com/2011/04/01/2955586/if-you-purchased-below-listed.html

Media Type: newspaper          Media Location: us



**The Sacramento Bee**                                          158,000 Visitors/day *

http://www.sacbee.com/2011/04/01/3520355/if-you-purchased-below-listed.html

Media Type: newspaper          Media Location: us

**Triangle Business Journal**                                   265,000 Visitors/day *

http://www2.bizjournals.com/triangle/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us

**WAFB CBS-9 (Baton Rouge, LA)**                                29,000 Visitors/day *

http://www.wafb.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WAFF NBC-48 (Huntsville, AL)**                    29,000 Visitors/day *
http://www.waff.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WALB NBC-10 (Albany, GA)**                        16,000 Visitors/day *
http://www.walb.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WAND-TV NBC-17 (Decatur, IL)**
http://www.wandtv.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WAOW-TV ABC-9 / WYOW-TV CW-34 (Wausau, WI)**      12,000 Visitors/day *
http://www.waow.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**Washington Business Journal**                     265,000 Visitors/day *
http://www2.bizjournals.com/washington/prnewswire/press_releases/national/Pennsylvania/2011/04
/01/SF74362

Media Type: newspaper          Media Location: us



**WAVE NBC-3 (Louisville, KY)**                     25,000 Visitors/day *
http://www.wave3.com/story/14365046/if-you-purchased-below-listed-products-directly-from-babies-
r-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: tv station          Media Location: us



**WBAY ABC-2 (Green Bay, WI)**                       22,000 Visitors/day *
http://www.wbay.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WBCB-TV CW-21 (Youngstown, OH)**
http://www.wbcb.tv/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WBMA-TV ABC-33 / ABC-40 (Birmingham, AL)**        20,000 Visitors/day *
http://www.abc3340.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WBOC CBS-16 (Salisbury, MD)**                      16,000 Visitors/day *
http://www.wboc.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WBRC-TV FOX-6 MyFox Birmingham (Birmingham, AL)**  16,000 Visitors/day *
http://www.myfoxal.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WBTV CBS-3 (Charlotte, NC)**                                        21,000 Visitors/day *
http://www.wbtv.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WCAX CBS-3 (Burlington, VT)**                                      17,000 Visitors/day *
http://www.wcax.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WCIV-TV ABC-4 (Charleston, SC)**
http://www.abcnews4.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WCSC CBS-5 (Charleston, SC)**                                      13,000 Visitors/day *
http://www.live5news.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WCWG-TV CW-20 (Greensboro, NC)**
http://www.wcwg20.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WDAM NBC-7 (Hattiesburg-Laurel, MS)**                               6,000 Visitors/day *
http://www.wdam.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WDRB FOX-41 (Louisville, KY)**                                     17,000 Visitors/day *
http://www.fox41.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**Webindia123.com**
http://news.webindia123.com/news/press_showdetailsPR.asp?id=116830&cat=PR

Media Type: trade pub           Media Location: india



**WECT NBC-6 (Wilmington, NC)**                                      15,000 Visitors/day *
http://www.wect.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WEHT-TV ABC-25 (Evansville, IN)**                                   9,000 Visitors/day *
http://www.news25.us/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WFFF-TV FOX-44 (Colchester, VT)**
http://www.fox44now.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WFIE NBC-14 (Evansville, IN)**
http://www.14wfie.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us

17,000 Visitors/day *



**WFLX FOX-29 (West Palm Beach, FL)**
http://www.wflx.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WFMJ-TV NBC-21 (Youngstown, OH)**
http://www.wfmj.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us

4,000 Visitors/day *



**WFTX-TV FOX-4 (Cape Coral, FL)**
http://www.fox4now.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WFXG-TV FOX-54 (Augusta, GA)**
http://www.wfxg.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WGBA NBC-26 (Green Bay, WI)**
http://www.nbc26.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WGEM-TV NBC-10 (Quincy, IL)**
http://www.wgem.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us

19,000 Visitors/day *



**WGFL-TV CBS-4 (Gainesville, FL)**
http://www.mygtn.tv/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WGGB-TV FOX-6 / ABC-40 (Springfield, MA)**
http://www.wggb.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WHBF CBS-4 (Rock Island, IL)**
http://www.whbf.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us

**WHTM-TV ABC-27 (Harrisburg, PA)**
http://www.abc27.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us

30,000 Visitors/day *

Case 2:06-cv-00242-AB    Document 737-2    Filed 05/24/11    Page 69 of 90



**Wichita Business Journal**                   265,000 Visitors/day *
http://www2.bizjournals.com/wichita/prnewswire/press_releases/national/Pennsylvania/2011/04/01/SF74362

Media Type: newspaper          Media Location: us



**WISTV NBC-10 (Columbia, SC)**              48,000 Visitors/day *
http://www.wistv.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WKBT-TV CBS-8 (La Crosse, WI)**             5,000 Visitors/day *
http://www.wkbt.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WKOW-TV ABC-27 (Madison, WI)**            16,000 Visitors/day *
http://www.wkow.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WKRN ABC-2 (Nashville, TN)**              33,000 Visitors/day *
http://www.wkrn.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WLBT NBC-3 (Jackson, MS)**              13,000 Visitors/day *
http://www.wlbt.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WLNE-TV ABC-6 (Providence, RI)**           4,000 Visitors/day *
http://ww.abc6.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WLNS CBS-6 (Lansing, MI)**
http://www.wlns.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WLOX ABC-13 (Biloxi, MS)**              13,000 Visitors/day *
http://www.wlox.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WMBF NBC-32 (Myrtle Beach, SC)**         12,000 Visitors/day *
http://www.wmbfnews.com/story/14365046/if-you-purchased-below-listed-products-directly-from-babies-r-us-in-the-us-a-class-action-settlement-may-affect-your-rights

Media Type: tv station          Media Location: us

**WMC NBC-5 (Memphis, TN)**              20,000 Visitors/day *
http://www.wmctv.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WOI ABC-5 (West Des Moines, IA)**
http://www.myabc5.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WOIO CBS-19 (Cleveland, OH)**
http://www.19actionnews.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WQOW-TV ABC-18 (Eau Claire, WI)**        12,000 Visitors/day *
http://www.wqow.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WR Hambrecht & Co.**        44,000 Visitors/day *
http://markets.financialcontent.com/hambrecht/news/read?GUID=18057495

Media Type: trade pub        Media Location: us



**WRCB-TV NBC-3 (Chattanooga, TN)**        14,000 Visitors/day *
http://www.wrcbtv.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WREX-TV NBC-13 (Rockford, IL)**
http://www.wrex.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WRIC ABC-8 (Richmond, VA)**        14,000 Visitors/day *
http://www.wric.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WSET-TV ABC-13 (Lynchburg, VA)**        22,000 Visitors/day *
http://www.wset.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WSFA NBC-12 (Montgomery, AL)**        29,000 Visitors/day *
http://www.wsfa.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WSFX-TV FOX-26 (Wilmington, NC)**
http://www.wsfx.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WSJV-TV FOX-28 (South Bend, IN)**
http://www.fox28.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WSYM-TV FOX-47 (Lansing, MI)**
http://www.fox47news.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WTEN ABC-10 (Albany, NY)**                          12,000 Visitors/day *
http://www.wten.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WTHR NBC-13 (Indianapolis, IN)**                    56,000 Visitors/day *
http://www.wthr.com/story/14365046/if-you-purchased-below-listed-products-directly-from-babies-r-us-in-
the-us-a-class-action-settlement-may-affect-your-rights

Media Type: tv station          Media Location: us



**WTNZ FOX-43 (Knoxville, TN)**
http://www.wtnzfox43.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WTOC CBS-11 (Savannah, GA)**                        14,000 Visitors/day *
http://www.wtoc.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WTOL CBS-11 (Toledo, OH)**                          17,000 Visitors/day *
http://www.wtol.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WTVF-TV CBS-5 (Nashville, TN)**                     68,000 Visitors/day *
http://www.newschannel5.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WTVM ABC-9 (Columbus, GA)**                         12,000 Visitors/day *
http://www.wtvm.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WUPV-TV CW-65 (Ashland, VA)**
http://www.cwrichmond.tv/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us



**WVNY-TV ABC-22 (Colchester, VT)**
http://www.abc22.com/Global/story.asp?S=14365090

Media Type: tv station          Media Location: us



**WVVA NBC-6 (Bluefield, WV)**                        9,000 Visitors/day *
http://www.wvva.com/Global/story.asp?S=14365046

Media Type: tv station          Media Location: us

Case 2:06-cv-00242-AB   Document 737-2   Filed 05/24/11   Page 72 of 90



**WWBT NBC-12 (Richmond, VA)**        28,000 Visitors/day *
http://www.nbc12.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WXIX FOX-19 (Cincinnati, OH)**        23,000 Visitors/day *
http://www.fox19.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WXOW ABC-19 (La Crosse, WI)**
http://www.wxow.com/Global/story.asp?S=14365090

Media Type: tv station        Media Location: us



**WXTX-TV FOX-54 (Columbus, GA)**
http://www.wxtx.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**WXVT-TV CBS-15 (Greenville, MS)**
http://www.wxvt.com/Global/story.asp?S=14365046

Media Type: tv station        Media Location: us



**Yahoo!**        69,625,000 Visitors/day *
http://finance.yahoo.com/news/If-you-purchased-below-listed-prnews-171429386.html;_ylt=AmdQq3R9Ahe_ny1XzSmkZcWscq9_;_ylu=X3oDMTFIbG02YjhwBHBvcwM0NgRzZWMDbmV3c0h1YkFydGljbGVMaXN0BHNsawNpZnlvdXB1cmNoYXM-?x=0

Media Type: portal        Media Location: us



**Yahoo! Canada**
http://ca.finance.yahoo.com/news/If-you-purchased-below-listed-prnews-171429386.html;_ylt=AnZX6aK6vmHa0d3b.LIMwevJzJpG;_ylu=X3oDMTFIZmZ1ZGJvBHBvcwMxMwRzZWMDbmV3c0h1YkFydGljbGVMaXN0BHNsawNpZnlvdXB1cmNoYXM-?x=0

Media Type: portal        Media Location: canada

Some sites display releases longer than others; links will expire as sites rotate their content.

*Site metrics are collected at a domain level. For example, Google and Google News share google.com as a domain and so would have a signle visitors/day ranking. Similarly, groups of news websites that share a domain will show the same visitor statistics since they cannot be separated into discrete numbers.

If you would like future reports to be sent to another person in your organization, email your request to ReleaseWatch@PRNewswire.com (US) or ReleaseWatch@PRNewswire.co.uk (UK), or simply alert a PR Newswire editor when you send your next release. You can also permanently opt out to discontinue receipt of this automated ReleaseWatch email report. Note that doing so also opts you out of the US1 Media Monitoring service.

PR Newswire sends member news to over 5,000 Websites, databases and online services in addition to the comprehensive distribution to traditional media outlets reached with your selected PR Newswire newsline. Every newsline also includes the placement of your text, audio or video news on PR Newswire for Journalists, our media-only Website which delivers over 1.5 million views of member news releases monthly. Additional individual targeting is available. Sign-up to become a full PR Newswire member.

Case 2:06-cv-00242-AB   Document 737-2   Filed 05/24/11   Page 73 of 90

We welcome your feedback or questions regarding this ReleaseWatch report. Click the reply button to send a message to the ReleaseWatch Customer Assistance Team.

PR Newswire Association LLC, Distribution Services Department, 350 Hudson Street, Suite 300, New York, NY 10014-4504

Privacy Policy

Case 2:06-cv-00242-AB   Document 737-2   Filed 05/24/11   Page 74 of 90

          

### Your ReleaseWatch Report from PR Newswire

This complimentary ReleaseWatch(TM) report includes links to your actual release as it appears on a select group of sites we sample for this report. Customize your report now by uploading a logo, selecting timing options, or choosing a different format option to personalize your experience. Save time and share your success - create a PDF report containing screenshots of this release posted on many of the sites shown below.

U.S. members: View the online and media visibility your releases have achieved by visiting the Online Member Center and clicking the Reports link.

Members in Europe: For further information on your order, and to check your online and media visibility, contact the UK Client Services Team.

Please Note: If this release was distributed as a multimedia release, your comprehensive report will be sent separately.

For more reports and metrics on your report, including information on media views in our journalist-only portal PR Newswire for Journalists, engagement reports and a full reporting dashboard, sign-up to become a full PR Newswire member.

Use the checkboxes below to determine which Media Types and Media Locations you wish to appear in this report.

**Media Types:**
- ☑ Magazine(5)
- ☑ News & Information Service(3)
- ☑ Newspaper(62)
- ☑ Trade Publication(4)

**Media Locations:**
- ☑ Spain(2)
- ☑ United States(73)

**Headline:** Si ha adquirido alguno de los productos mencionados mÃ¡s abajo directamente a travÃ©s de Babies "R" Us en los EE. UU., sus derechos pueden verse afectados por un arreglo de una demanda colectiva
**Story Number:** ES74362
**Clear time:** April 1 2011 10:00:00

View your release posted on:

   **7 Dias**
http://www.7dias.us/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva
Media Type: newspaper          Media Location: us

   **Ahora News (New Jersey)**
http://www.ahoranews.net/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva
Media Type: newspaper          Media Location: us

   **Ahora News (Reno)**

Media Type: newspaper          Media Location: us

derechos pueden verse afectados por un arreglo de una demanda colectiva



**Bolsamania (Web Financial Group)**
http://www.bolsamania.com/noticias-actualidad/prNews/Si-ha-adquirido-alguno-de-los-productos-
mencionados-mas-abajo-directamente-a-traves-de-Babies--
LT7436204012011-1--18a36ceeb2e4593a62369c272554cdbb.html

Media Type: trade pub           Media Location: spain



**Boom! Magazine**
http://www.boomonline.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-
mencionados-maacute-abajo-directamente-a-traveacute-de-babies-quotrquot-us-en-los-ee-uu-sus-
derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: magazine           Media Location: us

**Centro Tampa**
http://www.hispanicprwire.com/print.php?l=es&id=19211&cha=14&ide=0

Media Type: news & information service       Media Location: us



**Chamo Times**
http://www.chamotimes.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-
mencionados-maacute-abajo-directamente-a-traveacute-de-babies-quotrquot-us-en-los-ee-uu-sus-
derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper           Media Location: us



**Chevere News**
http://www.cheverenews.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-
mencionados-maacute-abajo-directamente-a-traveacute-de-babies-quotrquot-us-en-los-ee-uu-sus-
derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper           Media Location: us



**DallasNews.com**
http://www.mediawebsite.net/danews/story/?catSetID=7007&catID=290812&nrid=119058484&page=1

Media Type: newspaper           Media Location: us



**Denton Record-Chronicle**
http://www.mediawebsite.net/dentonrc/story/?catSetID=7007&catID=290812&nrid=119058484&page=1

Media Type: newspaper           Media Location: us



**Deportes y Algo Mas**
http://www.deportesyalgomas.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-
productos-mencionados-maacute-abajo-directamente-a-traveacute-de-babies-quotrquot-us-en-los-ee-
uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: trade pub           Media Location: us



**Diario Horizonte - CT**
http://www.diariohorizonte.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-
mencionados-m-aacute-s

Media Type: newspaper           Media Location: us



### Diario Las Americas

http://www.diariolasamericas.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Amanecer

http://www.elamanecerusa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Argentino (Miami)

http://www.elargentinosinfronteras.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Bohemio News

http://www.bohemionews.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Colombiano

http://www.elcolombiano.net/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Comercio de Colorado

http://www.elcomerciocolorado.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Extra Newspaper

http://www.elextranewspaper.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Gigante Hispano

http://www.elgigantehispano.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



### El Hispano Denver

http://www.elhispanonewspaper.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-

Media Type: newspaper                    Media Location: us



**El Hispano News**
http://www.elhispanonews.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Imparcial CT**
http://www.elimparcialct.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Inmigrante Newspaper - Los Angeles, CA**
http://www.elinmigrante.us/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Latino Newspaper**
http://www.ellatinoonline.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Lider USA**
http://www.elliderusa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Mundo Newspaper**
http://www.elmundonewspaper.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Observador - Hartford, CT**
http://www.newelobservador.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Periodico USA**
http://www.elperiodicousa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**El Reportero Las Vegas**
http://www.elreporterolasvegas.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**El Vocero (Michigan)**
http://www.elvoceromichigan.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**Enlace Total (Tampa)**
http://www.enlacetotal.com.mx/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**Esmeralda Magazine**
http://www.esmeraldamagazine.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**Extra Hispano Newspaper**
http://www.extranewspaper.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**Farandulife**
http://www.farandulife.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**Gente de Minnesota**
http://www.gentedeminnesota.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                Media Location: us



**Hispanic PR Wire**
http://www.hispanicprwire.com/News/es/19211/14/si-ha-adquirido-alguno-de-los-productos-mencionados-más-abajo-directamente

Media Type: news & information service        Media Location: us

**HISPANO DE TULSA.COM**

**Hispano de Tulsa**
http://www.hispanodetulsa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-
Media Type: newspaper                Media Location: us



**Hola Amigos**
http://www.hola-amigos.net/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**Hola Augusta**
http://www.holaaugusta.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**Hoy en Delaware**
http://www.hoyendelaware.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**Identidad Latina (CT)**
http://www.identidadlatina.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**Infomercados Financial Serverices S.L**
http://www.infomercados.com/actualidad/noticia/news-wire/si-ha-adquirido-alguno-de-los-productos-mencionados-mas-abajo-directamente-a-traves-d-/20110401/44903/p/

Media Type: trade pub    Media Location: spain



**La Prensa de Minnesota**
http://www.laprensademn.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**La Prensa Hispana**
http://www.laprensahispananewspaper.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**La Revista del Diario**
http://www.larevistadeldiario.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper    Media Location: us



**La Voz de Dalton (Dalton, GA)**
Media Type: newspaper    Media Location: us

derechos pueden verse afectados por un arreglo de una demanda colectiva



**La Voz Hispanic Newspaper**
http://www.lavozhispanicnews.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper          Media Location: us



**Latino Newspaper (SC)**
http://www.latino4u.net/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper          Media Location: us



**Mi Ciudad Tampa Bay**
http://miciudadtb.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper          Media Location: us



**Mi Gente**
http://www.migenteweb.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-m-aacute-s

Media Type: newspaper          Media Location: us



**Monitor Hispano**
http://www.monitorhispano.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper          Media Location: us



**Noticia Hispanoamericana**
http://www.noticiang.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper          Media Location: us



**Nuevo Siglo Tampa**
http://www.nuevosiglotampa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper          Media Location: us



**Ooorale USA**
http://www.oooraleusa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-m-aacute-s

Media Type: newspaper          Media Location: us



**Palacio Magazine**
http://www.palacio.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: magazine                     Media Location: us



**PennLive.com**                                                    115,000 Visitors/day *
http://www.pennlive.com/business/prnewswire/index.ssf?/pennlive/story/?catSetID=7002&catID=290097&nrid=119058484&page=1

Media Type: newspaper                    Media Location: us



**PhillyInc**
http://www.mediawebsite.net/phillypa/story/?catSetID=7002&catID=290097&nrid=119058484&page=1

Media Type: newspaper                    Media Location: us



**Prensa Mexicana**
http://www.prensamexicana.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**Press-Enterprise**
http://www.mediawebsite.net/pe/story/?catSetID=&catID=&nrid=119058484&page=1

Media Type: newspaper                    Media Location: us



**Providence en Espanol**
http://www.providenceenespanol.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**Puro Futbol**
http://www.purofutbolonline.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-m-aacute-s

Media Type: trade pub                     Media Location: us



**Que Buena Tulsa KXTD 1530 AM (Tulsa, OK)**
http://www.quebuenatulsa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: radio                        Media Location: us



**Que Onda Magazine**
http://www.queondamagazine.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: magazine                     Media Location: us



**Que Pasa Bulletin**
http://www.quepasabulletin.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**RD Noticias**
http://www.rdnoticias.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**Revista Expresion**
http://www.revistaexpresion.net/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**Revista Mas**
http://www.revistamas.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: magazine                     Media Location: us



**Revista MUJERES Internacional**
http://www.mujeresinternacional.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: magazine                     Media Location: us

**Siempre Mujer**
http://www.hispanicprwire.com/print.php?l=es&id=19211&cha=14&ide=5

Media Type: news & information service    Media Location: us



**The Bilingual News**
http://www.thebilingualnews.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**The Hispano Weekly**
http://www.elhispanoweekly.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**The Latin Post**
http://www.thelatinpost.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva
Media Type: newspaper                    Media Location: us



**Ultima Nota**

http://www.ultimanota.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us



**Vida Nueva**

http://www.vida-nueva.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-us-en-los-ee-uu-sus-derechos-pueden-verse-afectados-por-un-arreglo-de-una-demanda-colectiva

Media Type: newspaper                    Media Location: us

Some sites display releases longer than others; links will expire as sites rotate their content.

*Site metrics are collected at a domain level. For example, Google and Google News share google.com as a domain and so would have a signle visitors/day ranking. Similarly, groups of news websites that share a domain will show the same visitor statistics since they cannot be separated into discrete numbers.

If you would like future reports to be sent to another person in your organization, email your request to ReleaseWatch@PRNewswire.com (US) or ReleaseWatch@PRNewswire.co.uk (UK), or simply alert a PR Newswire editor when you send your next release. You can also permanently opt out to discontinue receipt of this automated ReleaseWatch email report. Note that doing so also opts you out of the US1 Media Monitoring service.

---

PR Newswire sends member news to over 5,000 Websites, databases and online services in addition to the comprehensive distribution to traditional media outlets reached with your selected PR Newswire newsline. Every newsline also includes the placement of your text, audio or video news on PR Newswire for Journalists, our media-only Website which delivers over 1.5 million views of member news releases monthly. Additional individual targeting is available. Sign-up to become a full PR Newswire member.

We welcome your feedback or questions regarding this ReleaseWatch report. Click the reply button to send a message to the ReleaseWatch Customer Assistance Team.

PR Newswire Association LLC, Distribution Services Department, 350 Hudson Street, Suite 300, New York, NY 10014-4504

Privacy Policy

# Exhibit F

**Media Type**: News Web Sites

**Media Group**: Internet

**Article URL**: http://c.moreover.com/click/here.pl?z4507745206&z=1250248691

**Outlet**: KDKA

**Title**: Toys 'R Us Class Action Settlement

**Publication Date**: 04/13/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://c.moreover.com/click/here.pl?z4507559064&z=1250248687

**Outlet**: Consumer Reports

**Title**: How to file a claim in the Babies "R" Us settlement

**Publication Date**: 04/13/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.quepasabulletin.com/noticiashispanicprwire/19211/

**Outlet**: Que Pasa Bulletin Online

**Title**: Que Pasa Bulletin - Noticias para Hispanos en Los Angeles, California y EU

**Publication Date**: 04/03/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**:

http://www.quepasabulletin.com/noticiashispanicprwire/19211/contentinfusion_lis.php

**Outlet**: Que Pasa Bulletin Online

**Title**: Que Pasa Bulletin - Noticias para Hispanos en Los Angeles, California y EU

**Publication Date**: 04/03/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.elsemanario.net/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-mencionados-maacutes-abajo-directamente-a-traveacutes-de-babies-quotrquot-

**Outlet**: El Semanario Online

**Title**: El Semanario - Periodico para Hispanos en Denver y Colorado - Bilingual Latino newspaper

**Publication Date**: 04/03/2011

**Full Text**: Read Full Text


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.gentedeminnesota.com/noticiashispanicprwire/19211/

**Outlet**: Gente de Minnesota Online

**Title**: Periodico Gente de Minnesota - Noticias para Hispanos en Minneapolis - Hispanic newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**:

http://www.gentedeminnesota.com/noticiashispanicprwire/19211/acerca_nosotros.est.php

**Outlet**: Gente de Minnesota Online

**Title**: Periodico Gente de Minnesota - Noticias para Hispanos en Minneapolis - Hispanic newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text


**Media Type**: News Web Sites

**Media Group**: Internet

**Article URL**: http://www.extranewspaper.com/noticiashispanicprwire/19211/

**Outlet**: Extra Hispano

**Title**: Periodico Extra Hispano - Noticias para Palm Beach y Treasure Coast, Florida - Latino newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text


**Media Type**: News Web Sites

**Media Group**: Internet

**Article URL**:

http://www.extranewspaper.com/noticiashispanicprwire/19211/acerca_nosotros.est.php

**Outlet**: Extra Hispano

**Title**: Periodico Extra Hispano - Noticias para Palm Beach y Treasure Coast, Florida - Latino newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**:

http://www.gentedeminnesota.com/noticiashispanicprwire/19211/contentinfusion_lis.php

**Outlet**: Gente de Minnesota Online

**Title**: Periodico Gente de Minnesota - Noticias para Hispanos en Minneapolis - Hispanic newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: News Web Sites

**Media Group**: Internet

**Article URL**:

http://www.extranewspaper.com/noticiashispanicprwire/19211/contentinfusion_lis.php

**Outlet**: Extra Hispano

**Title**: Periodico Extra Hispano - Noticias para Palm Beach y Treasure Coast, Florida - Latino newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.purofutbolonline.com/noticiashispanicprwire/19211/

**Outlet**: Puro Futbol

**Title**: Puro Futbol - noticias y estadisticas de futbol soccer para Lake County, Illinois y Wisconsin

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

*Online Media Pick-up Report*

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.purofutbolonline.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-menciona

**Outlet**: Puro Futbol

**Title**: Puro Futbol - noticias y estadisticas de futbol soccer para Lake County, Illinois y Wisconsin

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.elsemanario.net/noticiashispanicprwire/19211/if-you-purchased-below-listed-products-directly-from-babies-quotrquot-us-in-the-us-a-class-action-set

**Outlet**: El Semanario Online

**Title**: El Semanario - Periodico para Hispanos en Denver y Colorado - Bilingual Latino newspaper

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.thelatinpost.com/noticiashispanicprwire/19211/

**Outlet**: The Latin Post

**Title**: The Latin Post - Noticias para Hispanos en Nueva York, New Jersey y Connecticut - Latino news

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.thelatinpost.com/noticiashispanicprwire/19211/contentinfusion_lis.php

**Outlet**: The Latin Post

**Title**: The Latin Post - Noticias para Hispanos en Nueva York, New Jersey y Connecticut - Latino news

**Publication Date**: 04/02/2011

**Full Text**: Read Full Text

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: [http://www.migenteweb.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-menciona](http://www.migenteweb.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-menciona)

**Outlet**: Mi Gente

**Title**: Mi Gente de Charlotte - noticias y artes para Latinos en North Carolina - Hispanic newspaper

**Publication Date**: 04/01/2011

**Full Text**: [Read Full Text](#)


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: [http://www.oooraleusa.com/noticiashispanicprwire/19211/](http://www.oooraleusa.com/noticiashispanicprwire/19211/)

**Outlet**: OOORale USA

**Title**: Ooorale USA - Revista Latina de entretenimiento y farandula para mujeres en Los Angeles, California

**Publication Date**: 04/01/2011

**Full Text**: [Read Full Text](#)


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: [http://www.elextranewspaper.com/noticiashispanicprwire/19211/](http://www.elextranewspaper.com/noticiashispanicprwire/19211/)

**Outlet**: El Extra

**Title**: Periodico El Extra - Noticias para Hispanos en Dallas, Fort Worth y Texas - Hispanic newspaper

**Publication Date**: 04/01/2011

**Full Text**: [Read Full Text](#)


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: [http://www.elextranewspaper.com/noticiashispanicprwire/19211/link-directory.php](http://www.elextranewspaper.com/noticiashispanicprwire/19211/link-directory.php)

**Outlet**: El Extra

**Title**: Periodico El Extra - Noticias para Hispanos en Dallas, Fort Worth y Texas - Hispanic newspaper

**Publication Date**: 04/01/2011

**Full Text**: [Read Full Text](#)

**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.elextranewspaper.com/noticiashispanicprwire/19211/recuperar.php

**Outlet**: El Extra

**Title**: Periodico El Extra - Noticias para Hispanos en Dallas, Fort Worth y Texas - Hispanic newspaper

**Publication Date**: 04/01/2011

**Full Text**: Read Full Text


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.elextranewspaper.com/noticiashispanicprwire/19211/registro.php

**Outlet**: El Extra

**Title**: Periodico El Extra - Noticias para Hispanos en Dallas, Fort Worth y Texas - Hispanic newspaper

**Publication Date**: 04/01/2011

**Full Text**: Read Full Text


**Media Type**: Online Print Version

**Media Group**: Internet

**Article URL**: http://www.oooraleusa.com/noticiashispanicprwire/19211/si-ha-adquirido-alguno-de-los-productos-menciona

**Outlet**: OOORale USA

**Title**: Ooorale USA - Revista Latina de entretenimiento y farandula para mujeres en Los Angeles, California

**Publication Date**: 04/01/2011

**Full Text**: Read Full Text


**Media Type**: News Web Sites

**Media Group**: Internet

**Article URL**: http://c.moreover.com/click/here.pl?z4461638229&z=1250248683

**Outlet**: Lawyers & Settlements

**Title**: Settlement: $35M Babies "R" Us Preliminary Class Action Settlement

**Publication Date**: 04/01/2011

**Full Text**: Read Full Text