# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.,* | |
| Plaintiffs, | Civil Action No. 2:06-cv-00242-AB |
| v. | |
| TOYS "R" US, INC. d/b/a Babies "R" Us, *et al.,* | |
| Defendants. | |
| ARIEL ELLIOTT, et al., | |
| Plaintiffs, | Civil Action No. 2:09-cv-06151-AB |
| v. | |
| TOYS "R" US, INC. d/b/a Babies "R" Us, et al., | |
| Defendants. | |

## AFFIDAVIT OF MARTIN A. ASHER, PH.D.

### I.  INTRODUCTION

1.      I am the same Dr. Martin A. Asher who previously filed an Expert Report ("Asher Report") concerning class-wide damages in the matter of Carol M. McDonough, et al., v. Toys "R" Us, Inc. d/b/a Babies "R" Us, et al. ("McDonough" matter).[1]  In my Expert Report, I concluded that total damages owed to members of the subclasses ranged from $49.8 million to $64.6 million.[2]

---

[1] Damages Report of Martin A. Asher, Ph.D., December 15, 2009 (hereafter "Asher Report").  An updated copy of my C.V. is attached to this Affidavit as Appendix A.
[2] Asher Report at ¶25.

2.      I understand that subsequent to the filing of the Asher Report, a second class action

lawsuit was filed alleging separate subclasses to those certified by Judge Brody in the

McDonough matter ("Elliott" matter).[3] I further understand that in January 2011, a

Settlement Agreement was reached between the Defendants and the McDonough and Elliott

Plaintiffs.[4] According to the terms of the Settlement Agreement, the Defendants were to

collectively pay a Settlement Amount of $35.24 million to the Settlement Fund.[5]

3.      I have been asked by Plaintiffs' co-lead counsel to calculate the appropriate percentage

allocations to be used to allocate the Settlement Amount (net of any payments to the

Settlement Trustees) from the Settlement Fund to each of the Settlement Subclasses.  In

reaching my conclusions in this regard, I have reviewed various discovery and settlement

documents produced in this matter.  A complete list of the materials relied upon is attached to

this Affidavit in Appendix B.

## II. RELEVANT SETTLEMENT SUBCLASSES

4.      The original Class Action Complaint in the McDonough matter was filed in January

2006, with the Fourth Amended Consolidated Class Action Complaint being filed in

November 2007.[6] In July 2009, the Court granted, in part, Plaintiffs' motion for class

certification, certifying five subclasses ("McDonough Subclasses").[7]

5.      As I previously mentioned, the Class Action Complaint in the Elliott matter was filed

in December 2009, subsequent to the filing of the Asher Report.[8] The Elliott Plaintiffs have

---

[3] The Elliott matter Class Action Complaint was filed on December 28, 2009.  See Long Form Notice (hereafter "Notice") at ¶I.4.
[4] Settlement Agreement.  The terms of the Settlement Agreement were subsequently preliminarily approved by the Court on January 31, 2011.  See Notice at ¶I.4.
[5] Settlement Agreement at p. 10.  I understand this amount was reduced from $35.5 million because Regal Lager, Inc. did not make its contribution to the Settlement Fund.
[6] Settlement Agreement at p. 2.
[7] Settlement Agreement at pp. 2, 8-9 and Opinion of Judge Anita B. Brody, July 15, 2009.
[8] Settlement Agreement at p. 2.

alleged separate subclasses ("Elliott Subclasses") than those certified by the Court in the McDonough matter for the baby products at issue in this litigation.[9]

6.     For the purposes of settlement in this matter, the McDonough and Elliott Subclasses have been combined to form the Settlement Subclasses.[10]  Table 1 below summarizes the Settlement Subclasses at issue in this settlement.

**Table 1**
**Summay of Settlement Subclasses**

| Subclass | Subclass Period | | |
|---|---|---|---|
| | McDonough | Elliott | Settlement |
| BabyBjörn Carriers | Feb 2, 2000 to Apr 30, 2005 | | Feb 2, 2000 to Apr 30, 2005 |
| Britax Car Seats | Jan 1, 1999 to Jan 19, 2006 | Jan 20, 2006 to Jan 31, 2011 | Jan 1, 1999 to Jan 31, 2011 |
| Kids Line Products (All) | | Jan 1, 1999 to Dec 31, 2006 | Jan 1, 1999 to Dec 31, 2006 |
| Maclaren Strollers | Oct 1, 1999 to Jan 19, 2006 | Jan 20, 2006 to Jan 31, 2011 | Oct 1, 1999 to Jan 31, 2011 |
| Medela Breast Pumps* | Jul 1, 1999 to Jan 19, 2006 | Jan 20, 2006 to Jan 31, 2011 | Jul 1, 1999 to Jan 31, 2011 |
| Peg Perego High Chairs | | Jul 1, 1999 to Jan 31, 2011 | Jul 1, 1999 to Jan 31, 2011 |
| Peg Perego Car Seats | | Jul 1, 1999 to Jan 31, 2011 | Jul 1, 1999 to Jan 31, 2011 |
| Peg Perego Strollers | Jul 1, 1999 to Jan 19, 2006 | Jan 20, 2006 to Jan 31, 2011 | Jul 1, 1999 to Jan 31, 2011 |

**Sources and Notes:**
Settlement Agreement at pp. 5-6, 8-9, 11-12.
* Refers specifically to Medela Pump In Style Breast Pumps.

## III. PERCENTAGE ALLOCATION METHODOLOGY

7.     In order to determine the percentage allocations used to distribute the Settlement Amount (net of any payments to the Settlement Trustees) from the Settlement Fund to each of the Settlement Subclasses, it is appropriate to calculate estimated damages associated with each Settlement Subclass as a percentage of total estimated damages associated with each of the Settlement Subclasses combined.  Doing so will yield allocation percentages that are appropriately weighted by the amount of total estimated damages accounted for by each of the Settlement Subclasses.

---

[9] Settlement Agreement at pp. 2-3, 5-6, and 8-9.
[10] Settlement Agreement at pp. 11-12.

***BRU's sales of Settlement Subclass products***

8.     In order to estimate the total damages associated with each Settlement Subclass, it is

necessary to determine the amount of their total expenditures on Settlement Subclass

products during each of the Settlement Subclass periods.  Information regarding these

expenditures has been made available to me from two sources.

9.     The first source was the Babies "R" Us ("BRU") transaction-level data that was

provided to me in connection with my submission of the Asher Report at the damages stage

of the McDonough matter.  These data contain BRU's sales of Settlement Subclass products

from September 2000 to June 2006.[11]   The second source, which contains information

regarding BRU's annual sales of Settlement Subclass products from February 2006 to

October 2009, was produced by BRU and provided to me during the settlement process.[12]

10.     These two sources of BRU sales data combined account for a majority of the

Settlement Subclass periods and provide an adequate basis to reasonably estimate damages

associated with each of the Settlement Subclasses.  Table 2 below summarizes BRU's sales

of Settlement Subclass products by fiscal year for those years in which data were available.

---

[11] For BRU's sales of Kids Line products from 2001 to 2005, I relied upon the sales figures contained in Chart 4 of the Declaration of Dr. William C. Myslinski, who was retained by the Defendants in the McDonough matter.  See Declaration of William C. Myslinski, November 17, 2008 (hereafter "Myslinski Declaration") at p. 18.
[12] Babies "R" Us Supplemental Sales Data provided by BRU during settlement negotiations (hereafter "BRU Supplemental Data").

**Table 2**
Babies "R" Us' Sales of Settlement Subclass Products by Fiscal Year[1, 2]
($ 000's)

| Vendor | Category | 2000[3] | 2001 | 2002 | 2003 | 2004 | 2005[4] | 2006[5] | 2007 | 2008 | 2009[6] | Total |
|--------|----------|------|------|------|------|------|------|------|------|------|------|-------|
| BabyBjörn | Carrier | 1,495 | 6,715 | 10,877 | 12,689 | 10,328 | 2,993 | | | | | 45,097 |
| Britax | Car Seat | 2,404 | 10,004 | 18,827 | 26,494 | 28,717 | 36,729 | 44,304 | 45,715 | 41,465 | 23,440 | 278,099 |
| Kids Line[7] | All Products | | 4,406 | 19,447 | 24,082 | 28,192 | 51,192 | 49,975 | | | | 177,294 |
| Maclaren | Stroller | 99 | 383 | 1,693 | 3,012 | 3,370 | 5,973 | 8,114 | 11,237 | 12,807 | 9,734 | 56,423 |
| Medela | Breast Pump | 1,980 | 7,819 | 9,126 | 10,778 | 13,837 | 19,067 | 21,408 | 25,385 | 27,900 | 18,024 | 155,323 |
| Peg Perego | Car Seat | | 329 | 692 | 3,420 | 4,033 | 4,016 | 4,428 | 4,747 | 3,288 | 1,121 | 26,074 |
| Peg Perego | High Chair | 2,747 | 5,683 | 5,805 | 6,846 | 4,925 | 4,452 | 4,380 | 2,175 | 1,503 | 467 | 38,983 |
| Peg Perego | Stroller | 1,712 | 5,797 | 5,235 | 9,589 | 9,675 | 11,455 | 11,360 | 10,576 | 5,720 | 2,939 | 74,059 |
| **Total** | | **10,438** | **41,137** | **71,702** | **96,909** | **103,078** | **135,878** | **143,969** | **99,835** | **92,682** | **55,724** | **851,351** |

Sources and Notes:

Babies "R" Us transaction data, BRU Supplemental Data and Myslinski Declaration at p. 18.

[1] Fiscal Year = February 1 through January 31.

[2] Product accessories have been excluded from sales figures for all vendors except Kids Line.

[3] Only includes sales beginning in September 2000. Earlier transactions not included in Babies "R" Us transaction data.

[4] BabyBjörn sales have not been calculated subsequent to April 2005 per Settlement Subclass definition.

[5] Kids Line sales have not been calculated subsequent to December 2006 per Settlement Subclass definition.

[6] Includes sales through October 13, 2009. Later sales not included in BRU Supplemental Data.

[7] 2001-2005 Kids Line sales are are reported by calendar year.

### Estimated damages associated with Settlement Subclass members

11.     In order to estimate damages associated with each Settlement Subclass used to determine the appropriate allocation percentages for settlement purposes, I multiplied BRU's total sales of each of the Settlement Subclass products for the period for which I had data by the estimated overcharge percentage that resulted from the misconduct alleged in the McDonough and Elliott matters. In the Asher Report, in which I measured damages associated with the McDonough matter, I estimated the overcharge associated with Medela Pump In Style Breast Pumps to be 21% and the overcharge associated with Britax Car Seats to be 15%.[13] For the remaining subclass products, I utilized the average of these two overcharges, which was 18%.[14]

---

[13] Asher Report at ¶22 and Table 2. In the Asher Report, I estimated a range of damages based on two alternative damages models. See Asher Report at ¶17. For the purposes of this Affidavit, I utilized the overcharge percentages calculated using the more conservative of the two damages models.

[14] Asher Report at ¶22 and Table 2.

12.     Since I was only provided with BRU transaction-level through June 2006, I was not able to include data from beyond that point in my estimate of the overcharge percentage that resulted from the alleged misconduct beyond that point.[15]  However, for the purposes of this Affidavit, it is reasonable to apply the overcharge percentages estimated for these products using the BRU transaction-level data for the entire Settlement Subclass period.

13.     In addition, among the Elliott Subclasses were three new product subclasses that were not certified by Judge Brody in the McDonough matter: Peg Perego Car Seats, Peg Perego High Chairs, and All Kids Line Products.[16]  For the purposes of this Affidavit, I applied the same 18% overcharge to these new Elliott matter products that I did the non-Britax or Medela products included in the McDonough matter.

*Calculation of Allocation Percentages from the Settlement Fund*

14.     As I previously discussed, it is appropriate to calculate estimated damages associated with each Settlement Subclass as a percentage of total estimated damages associated with each of the Settlement Subclasses combined in order to determine the percentage allocations used to allocate the Settlement Amount (net of any payments to the Settlement Trustees) from the Settlement Fund to each of the Settlement Subclasses.  Table 3 below summarizes these percentage allocations for each of the Settlement Subclasses.

---

[15] The alleged misconduct beyond this point pertains to the allegations in the Elliott matter.
[16] Settlement Agreement at pp. 5-6, 8-9.

**Table 3**
**Summary of Percentage Allocations by Settlement Subclass**

| Vendor | Category | Total Sales ($ 000's) | Overcharge | Total Estimated Damages ($ 000's) | Allocation Percentage |
|---|---|---|---|---|---|
| BabyBjörn | Carrier | 45,097 | 18% | 8,117 | 5.4% |
| Britax | Car Seat | 278,099 | 15% | 41,715 | 27.9% |
| Kids Line | All Products | 177,294 | 18% | 31,913 | 21.3% |
| Maclaren | Stroller | 56,423 | 18% | 10,156 | 6.8% |
| Medela | Breast Pump | 155,323 | 21% | 32,618 | 21.8% |
| Peg Perego | Car Seat | 26,074 | 18% | 4,693 | 3.1% |
| Peg Perego | High Chair | 38,983 | 18% | 7,017 | 4.7% |
| Peg Perego | Stroller | 74,059 | 18% | 13,331 | 8.9% |
| **Total** | | **851,351** | | **149,560** | **100.0%** |

**Sources:**
Babies "R" Us transaction data, BRU Supplemental Data, Myslinski Declaration at p. 18, and Asher Report at ¶22 and Table 2.

## IV. CONCLUSIONS

15.    Based on the estimated damages associated with each of the Settlement Subclasses as a percentage of the combined Settlement Subclasses, I estimate the allocation percentage from the Settlement Fund for BabyBjörn Carriers to be 5.4%, for Britax Car Seats to be 27.9%, for all Kids Line products to be 21.3%, for Maclaren Strollers to be 6.8%, for Medela Pump In Style Breast Pumps to be 21.8%, for Peg Perego Car Seats to be 3.1%, for Peg Perego High Chairs to be 4.7%, and for Peg Perego Strollers to be 8.9%.[17] These percentage allocations represent a reasonable estimate given the data available to me to perform such a calculation. Should more information become available to me at a later stage of the settlement, I reserve the right to revise my analysis at the appropriate time.

---

[17] I note that these percentage allocations are in line with those provided by Plaintiffs' counsel in the Allocation Order.

/ / /

/ / /


Dated:   May 23, 2011

_____

MARTIN A. ASHER

# APPENDIX A

*(May 2011)*

# MARTIN A. ASHER

*Director*
Research and Scholars Programs
Wharton Undergraduate Division
University of Pennsylvania
Jon M. Huntsman Hall, Suite G95
3730 Walnut Street
Philadelphia, PA 19104-6340

Voice:  (215) 898-0285
Fax:    (215) 573-2070
E-mail:  asherm@wharton.upenn.edu

*Adjunct Professor*
Finance Department
The Wharton School
University of Pennsylvania
Steinberg Hall - Dietrich Hall, Suite 2300
3620 Locust Walk
Philadelphia, PA 19104-6367

## EDUCATION

**University of Pennsylvania**, Philadelphia, PA
  Ph.D., Economics, August 1986
  M.A., Economics, May 1979
  Honors:  Appointed Guest Scholar, The Brookings Institution, Washington, D.C., April 1982 to April 1984.
     Passed Labor Field Examination with Distinction, 1979.

**Stanford University**, Stanford, CA
  B.A., Economics, June 1977
  Honors:  Departmental Honors (Economics), 1977; California State Scholar (4 year scholarship to Stanford).

## CURRENT POSITIONS

**Director, Research and Scholars Programs, Wharton Undergraduate Division; Adjunct Professor of Finance, The Wharton School, University of Pennsylvania**, (Joint position, June 2000 to the present; Adjunct Associate Professor, July 1997 to July 2003).  Direct and teach in the Joseph Wharton Scholars (JWS) Program.  Direct the Wharton Research Scholars (WRS) Program, the Summer Program for Undergraduate Research (SPUR), and the Wharton Social Impact Research Experience (SIRE); facilitate research experiences for Wharton undergraduate students.  Conduct the **JWS Senior Research Seminar** and **WRS Seminar**.  Teach **Macroeconomics and the Global Environment** (graduate), **Monetary Economics and the Global Environment** (undergraduate), and **Honors Business Economics** (course in both microeconomics and macroeconomics for Joseph Wharton Scholars) in the Finance Department.  Teach **Economic Analysis of Law** (undergraduate), cross-listed with the Legal Studies & Business Ethics Department and Business & Public Policy Department, and **Managerial Economics** in the Business & Public Policy Department.

## PAST POSITIONS

**Vice President and Principal, Econsult Corporation**, Philadelphia, PA, July 1997 to June 2000.  Economic consulting, litigation support, and expert witness testimony in antitrust and discrimination cases.  Damages model construction and written and oral testimony in class certification proceedings in federal and state courts.

**Lecturer, Department of Economics, University of Pennsylvania**, January 1997 to June 2000.  Courses in Law & Economics and Honors Macroeconomics.

**Associate Director, Institute for Law and Economics, Law School, University of Pennsylvania**, June 1999 to the June 2000.  Program planning, development, and faculty liaison among the participating University entities to assist the Institute in fulfilling its goals as a joint research center of the Law School, the Wharton School, and the Economics Department in the College of Arts and Sciences.

**Visiting Associate Professor, Department of Economics, Swarthmore College**, 1996-97.  Undergraduate courses in Introductory Microeconomics and Macroeconomics.  Quantitative research on poverty and income distribution.

**Lecturer, Department of Economics, Bryn Mawr College**, Spring 1997.  Introductory Microeconomics and Macroeconomics.

**Visiting Assistant Professor, Finance Department, The Wharton School of the University of Pennsylvania**, July 1995 to July 1996.  Macroeconomics courses at the graduate and undergraduate levels.  Research in labor economics, income distribution, and poverty.

**Assistant Professor, Department of Economics, College of Commerce and Finance, Villanova University**, September 1986 to August 1996 (Instructor, August 1984 to August 1986; on leave, 1989-90 and 1995-96, Tenured in 1991).  Research in Labor Economics, Public Finance and Macroeconomics.  Undergraduate courses in Intermediate Macroeconomic Theory, Labor Economics, Principles of Macroeconomics, Principles of Microeconomics, Seminar in Empirical Macroeconomics, and MBA courses in Foundations of Economic Analysis and Macroeconomic Theory and Policy.

**Visiting Assistant Professor, Department of Economics, Swarthmore College,** 1989-90.  Undergraduate courses in Intermediate Microeconomic Theory, Introductory Microeconomics and Macroeconomics, and Labor Economics.  Quantitative research on income distribution, wage differentials, and saving behavior.

**Economist, Joel Popkin and Company, Economic Consultants, Washington, D.C.,** July 1981 to July 1984.  Applied econometric and quantitative analysis of labor costs and prices in selected U.S. industries.  Research on wage comparability, payroll taxation, and interaction of macroeconomic activity and the distribution of income.  Contract research for the Small Business Administration on determinants of SBA loan viability.

**Junior Staff Economist, Council of Economic Advisers, Executive Office of the President, Washington, D.C.,** July 1980 to July 1981.  Labor market and macroeconomic issues including unemployment, wage and price inflation, incomes policies, unemployment compensation, and trade adjustment assistance.

**Instructor (Teaching Fellow), University of Pennsylvania**, January 1980 to July 1980.  Undergraduate course in Introductory Macroeconomics with emphasis on issues of inflation, unemployment, and the assessment of fiscal and monetary stabilization policies.

**Research Fellow, University of Pennsylvania**, for Professor Michael L. Wachter and Assistant Professor Jeffrey M. Perloff, September 1977 to January 1980.  Principal research assistant for publications on inflation, unemployment, potential output, and Employment Tax Credit.  Applied econometric research and computer programming.

**Economist, U.S. Department of Labor, Office of the Assistant Secretary for Policy, Evaluation and Research (ASPER), Washington, D.C.,** Summer 1977.  Evaluation of fiscal stimulus programs and Labor Department efforts to reduce structural unemployment.

**Economist/Computer Specialist, U.S. Senate, Committee on the Budget, Washington, D.C.,** July 1975 to August 1976.  Economic research on fiscal policy and budgetary issues.  Special research on energy policy, public service employment, and tax reform.

## CONSULTING

- **President, Applied Economic Research Consortium, LLC,** Rosemont, PA, June 2002 to the present. Interdisciplinary research in economics, business, and public policy.
- **Consultant to the Firm, Econ One Research, Inc.,** Los Angeles, CA, Washington, DC, and Philadelphia, PA, July 2008 to the present.
- **Chief Economist, Juridigm, Inc.,** Palo Alto, CA, August 2008 to the present.
- **Academic Affiliate, Econsult Corporation,** Philadelphia, PA, June 2000 to June 2002 (Vice President and Principal, June 1997 to June 2000).
- Expert economic testimony for antitrust cases involving class certification, liability, and damages, 1984 to the present.

- Court-appointed expert in largest U.S. gender discrimination damages case.
- Contract research and evaluation for the Commonwealth of Pennsylvania, Department of Public Welfare, 1985 to 1988, and October 1990 to 1995.

## PUBLICATIONS AND WORKING PAPERS

"Let's Not Make A Deal:  An Empirical Study of Decision Making in Unsuccessful Settlement Negotiations," (with R. Kiser and B. McShane), *Journal of Empirical Legal Studies,* Vol. 5, No. 3 (September 2008).

"The Antitrust Implications of Minimum Advertised Pricing:  The Case of the U.S. Music Industry," (with J. Del Roccili and J. Fuhr, Jr.), *Entertainment & Sports Law Journal,* Vol. 3, No. 2 (Winter 2005)

"State and County Incarceration Rates: The Direct and Indirect Effects of Race and Inequality," (with T. Arvanites). *American Journal of Economics and Sociology,* Vol. 57, No. 2 (April 1998), pp. 207-221.

"The Effect of Changing Union Density on Earnings Inequality in the Public and Private Sectors," (with R. DeFina). *Journal of Labor Research,* Vol. 18, No. 3 (Summer 1997), pp. 425-37.

"Has Deunionization Led to Higher Earnings Inequality?" (with R. DeFina).  Federal Reserve Bank of Philadelphia's *Business Review,* (November/December, 1995), pp. 3-12.

"Dulling the Sword of Justice:  The Decline of Unionism and the Rise of Inequality," (with R. DeFina), *Journal for Peace and Justice Studies,* Vol. 6, No. 2 (1995), pp. 1-18.

"Age-Adjustment of Income Inequality Trends:  A Methodological Critique", (with R. DeFina), *Journal of Economic and Social Measurement,* Vol. 21, No. 1 (1995), pp. 33-44.

"The Direct and Indirect Effects of Socio-Economic Variables on State Imprisonment Rates," (with T. Arvanites), *Criminal Justice Policy Review,* Vol.7, No. 1 (1995), pp. 27-53.

*Instructor's Manual and Test Bank for Auerbach and Kotlikoff's MACROECONOMICS* (with R. DeFina), South-Western College Publishing, 1995 (prepared all end-of-chapter questions in the text and the entire Instructor's Manual).

"The Misery Index:  Only Part of the Story," (with R. DeFina and K. Thanawala), *Challenge,* Vol. 36, No. 2, (March-April 1993), pp. 58-62.  Reprinted in *Annual Editions:  Economics 94/95* (Dushkin, 1994).

"The Wage Rate Effects of Occupational Labor Market Tightness", (with C. Asher), *Eastern Economic Journal,* Vol. 16, No. 1, (January-March 1990), pp. 21-32.

"The Effect of Gender and Race Differentials on Public-Private Wage Comparisons:  A Study of Postal Workers," (with J. Popkin), *Industrial & Labor Relations Review,* Vol. 38, No. 1, (October 1984), pp. 16-25.

"On the Estimation of Payroll Tax Incidence:  Comment," *Southern Economic Journal,* April 1984, pp. 1224-1230.

"A Preliminary Investigation of the Independent Living Movement in Pennsylvania," (with C. Asher, W. Hobbs, and J. Kelley), *Journal of Rehabilitation,* Vol. 54, No. 2 (April/May/June 1988), pp. 34-40.

"On Consumer Self-Direction of Attendant Care Services:  An Empirical Analysis of Survey Responses," (with C. Asher, W. Hobbs, and J. Kelley), *Evaluation and Program Planning,* Vol. 14, No. 3 (1991), pp. 131-139.

"Cyclical Sensitivity of the Income Distribution", *Proceedings of the Annual Meeting of the Pennsylvania Economic Association,* May 1989, pp. 328-342.

"Saving Propensities and the Functional Distribution of Income," ***Proceedings of the Third Annual Meeting of the Pennsylvania Economic Association***, May 1988, pp. 8-18.

"An Empirical Evaluation of the Effect of Attendant Care Services on Inclusion and Quality of Life", (with C. Asher, W. Hobbs, and J. Kelley), unpublished working paper, February, 1988.

***Personal Income Redistribution, Economic Growth, and Social Welfare***, unpublished doctoral dissertation, University of Pennsylvania, 1986.

"Estimation of Cobb-Douglas, CES, and Translog Production Functions with Macroeconomic Data," Masters Thesis for Professor Lawrence R. Klein, University of Pennsylvania, 1979.

***Evaluation of the Implementation of Act 152: The Quantitative Findings***, Volume One: Narrative Discussion; Volume Two: Statistical Appendices (with C. Peters, N. Friedman, T. Arvanites, C. Asher, and L. Copel). Report prepared by The Human Organization Science Institute, Villanova University, for the Pennsylvania Department of Public Welfare. 1994.

***Evaluation of the Pennsylvania Attendant Care Demonstration: Survey Findings and Cost Analysis***, (with C. Asher). Report prepared by The Conservation Company and The Human Organization Science Institute, Villanova University, for the Pennsylvania Department of Public Welfare. Four-year investigation with final reports in February 1986, October 1986, October 1987, and October 1988.

### HONORS AND AWARDS

Recipient of 2000, 2002, 2005, 2008, and 2010 William G. Whitney Award for Distinguished Undergraduate Teaching in the Associated Faculty, Wharton School, University of Pennsylvania.

Recipient of 2000 Kravis Award for Outstanding Undergraduate Teaching in Economics, Department of Economics, University of Pennsylvania.

Finalist for 1988-89, 1990-91 and 1991-92 Lindback Award, Villanova University (Distinguished teaching award). Honorable Mention, 1985-86 and 1987-88.

Recipient of 1984-85 Research Award, College of Commerce and Finance, Villanova University (Award for best research paper by business school faculty member). Semi-Finalist, 1990-91.

Recipient of Faculty Summer Research Grant, Villanova University, Summer 1995, Summer 1993, Summer 1987 (with C. Asher).

### MEMBERSHIPS

American Economic Association (AEA), American Law and Economics Association (ALEA)

# APPENDIX B

**Appendix B**
**Materials Relied Upon**

**Court Documents:**

Damages Report of Martin A. Asher, Ph.D., December 15, 2009.
Declaration of William C. Myslinski, November 17, 2008.
Long Form Notice.
Opinion of Judge Anita B. Brody, July 15, 2009.
Settlement Agreement.

**Materials Produced:**

Babies "R" Us Supplemental Sales Data - Britax
Babies "R" Us Supplemental Sales Data - Kids Line
Babies "R" Us Supplemental Sales Data - Maclaren
Babies "R" Us Supplemental Sales Data - Medela
Babies "R" Us Supplemental Sales Data - Peg Perego
BRU043196.txt
BRU043197.txt
BRU043198_area06183.txt
BRU043199_item06183.txt
BRU043200.txt
BRU043300_area04291.txt
BRU043301_area04298.txt
BRU043302_area04305.txt
BRU043303_area04312.txt
BRU043304_area04319.txt
BRU043305_area04326.txt
BRU043306_area04333.txt
BRU043307_area04340.txt
BRU043308_area04347.txt
BRU043309_area04354.txt
BRU043310_area04361.txt
BRU043201_area06022.txt
BRU043202_area06029.txt
BRU043203_area06036.txt
BRU043204_area06043.txt
BRU043205_area06050.txt
BRU043206_area06057.txt
BRU043207_area06064.txt
BRU043208_area06071.txt
BRU043209_area06078.txt
BRU043210_area06085.txt
BRU043211_area06092.txt

BRU043212_area06099.txt
BRU043213_area06106.txt
BRU043214_area06113.txt
BRU043215_area06120.txt
BRU043216_area06127.txt
BRU043217_area06134.txt
BRU043218_area06141.txt
BRU043219_area06148.txt
BRU043220_area06155.txt
BRU043221_area06162.txt
BRU043222_area06169.txt
BRU043223_area06176.txt
BRU043224_area05002.txt
BRU043225_area05009.txt
BRU043226_area05016.txt
BRU043227_area05023.txt
BRU043228_area05030.txt
BRU043229_area05037.txt
BRU043230_area05044.txt
BRU043231_area05051.txt
BRU043232_area05058.txt
BRU043233_area05065.txt
BRU043234_area05072.txt
BRU043235_area05079.txt
BRU043236_area05086.txt
BRU043237_area05093.txt
BRU043238_area05100.txt
BRU043239_area05107.txt
BRU043240_area05114.txt
BRU043241_area05121.txt
BRU043242_area05128.txt
BRU043243_area05135.txt
BRU043244_area05142.txt
BRU043245_area05149.txt
BRU043246_area05156.txt
BRU043247_area05163.txt
BRU043248_area05170.txt
BRU043249_area05177.txt
BRU043250_area05184.txt
BRU043251_area05191.txt
BRU043252_area05198.txt
BRU043253_area05205.txt
BRU043254_area05212.txt
BRU043255_area05219.txt
BRU043256_area05226.txt
BRU043257_area05233.txt
BRU043258_area05240.txt

BRU043259_area05247.txt
BRU043260_area05254.txt
BRU043261_area05261.txt
BRU043262_area05268.txt
BRU043263_area05275.txt
BRU043264_area05282.txt
BRU043265_area05289.txt
BRU043266_area05296.txt
BRU043267_area05303.txt
BRU043268_area05310.txt
BRU043269_area05317.txt
BRU043270_area05324.txt
BRU043271_area05331.txt
BRU043272_area05338.txt
BRU043273_area05345.txt
BRU043274_area05352.txt
BRU043275_area03033.txt
BRU043276_area03061.txt
BRU043277_area03089.txt
BRU043278_area03124.txt
BRU043279_area03152.txt
BRU043280_area03180.txt
BRU043281_area03215.txt
BRU043282_area03243.txt
BRU043283_area03271.txt
BRU043284_area03306.txt
BRU043285_area03334.txt
BRU043286_area03362.txt
BRU043287_area04032.txt
BRU043288_area04060.txt
BRU043289_area04088.txt
BRU043290_area04123.txt
BRU043291_area04151.txt
BRU043292_area04179.txt
BRU043293_area04214.txt
BRU043294_area04242.txt
BRU043295_area04256.txt
BRU043296_area04263.txt
BRU043297_area04270.txt
BRU043298_area04277.txt
BRU043299_area04284.txt
BRU043311_area00303.txt
BRU043312_area00331.txt
BRU043313_area00366.txt
BRU043314_area01035.txt
BRU043315_area01056.txt
BRU043316_area01063.txt

BRU043317_area01091.txt
BRU043318_area01154.txt
BRU043319_area01182.txt
BRU043320_area01217.txt
BRU043321_area01245.txt
BRU043322_area01273.txt
BRU043323_area01308.txt
BRU043324_area01336.txt
BRU043325_area01364.txt
BRU043326_area02034.txt
BRU043327_area02062.txt
BRU043328_area02090.txt
BRU043329_area02125.txt
BRU043330_area02153.txt
BRU043331_area02181.txt
BRU043332_area02216.txt
BRU043333_area02244.txt
BRU043334_area02272.txt
BRU043335_area02307.txt
BRU043336_area02335.txt
BRU043337_area02363.txt
BRU043338_item03033.txt
BRU050144_ITM2001.txt
BRU050145_ITM2002.txt
BRU050146_ITM2003.txt
BRU050147_ITM2004.txt
BRU050148_ITM2005.txt
BRU050149_ITM2006.txt
BRU050150-BRU050152
category numbers.xls