**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion for Award of Attorneys' Fees, Expenses and Incentive Awards for Named Plaintiffs has been duly served on all counsel *via* ECF on May 24, 2011.


                                                 /s/ Eugene A. Spector
                                                  Eugene A. Spector