IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*, <br><br> *Defendants.* | No. 2:06-cv-00242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*, <br><br> *Defendants.* | No. 2:09-cv-06151-AB |

## DECLARATION OF KEVIN YOUNG

I, Kevin Young, under penalty of perjury, declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. My business address is 16 Mount Bethel Road, #277, Warren, New Jersey, 07059. My business phone number is (908) 443-1434.

3. I am a class member in this action. I am not employed by any party to this case or by any of the law firms in this case.

4. On two separate occasions in 2008, I bought a Britax car seat from a Babies "R" Us store in Bridgewater, New Jersey. I purchased these car seats on February 15, 2008 and on March 1, 2008.

5. A true and correct copy of the two receipts which I received when I purchased those two car seats is attached as exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 5, 2011 in Warren, New Jersey.

_____
Kevin Young

# EXHIBIT A



**BABIES R US**

100 Pronenade Blvd.,
Bridgewater, NJ 08807
(732)302-3590

6375/01   T-3683:8   C-84720                SALE

```
CARTERS PACKAGE LAYETTE              14.99
  524166-100151    10 716042043522
  001645 BOGO50%OFFCARTE    14.99-0.00
CARTERS PACKAGE LAYETTE               7.49
  525081-100151    10 716042080817
  001645 BOGO50%OFFCARTE    14.99-7.50
LG SAGE BOA  SLEEPSACK               22.99
  818771003164
  032339 HALO PROMO         22.99-0.00
LG BL COTTON SLEEPSACK                9.99
  818771000729
  032339 HALO PROMO         19.99-10.00
BLUE ABC   FLOPPY SEAT               39.99 T1
  655169888732
BOULEVARD   CAR SEAT                289.99 T1
  652182057817     T
  916675 $10 OFF SELEC ITEM  299.99-10.00

SUBTOTAL                            385.44
T1 7.000% TAX                        23.80
TOTAL                               409.24
**AMEX**                            409.24
XXXXXXXXXXX8008   /00509982
KC YOUNG

CHANGE DUE                            0.00
ITEM COUNT 6
```

**YOU SAVED $27.50**



5363750136838804605

Thank You for Visiting Babies 'R' Us

Get FREE product safety & recall info @www.recalls.gov
Shop BABIESRUS.COM

Work where you love to shop! Apply at www.ruscareers.com

02/15/08      06:30 PM



```
            110 Promenade Blvd.,
             Bridgewater, NJ 08807
                (732)302-3590

    6375/05   T-7148:1   C-87954              SALE


 BOULEVARD  CAR SEAT                  244.99 T1
   652182057817      T
   920294 15% OFF ANY ITEM    299.99-45.00
   916675 $10 OFF SELEC ITEM  254.99-10.00


 SUBTOTAL                             244.99
 T1 7.000% TAX                         17.85
 TOTAL                                262.84
 **AMEX**                             262.84
 XXXXXXXXXXXX8008    /00588637
 KC YOUNG


 CHANGE DUE                             0.00
 ITEM COUNT 1

         YOU SAVED $55.00


              536375057148806100

         Thank You for Visiting Babies 'R' Us

  Get FREE product safety & recall info @www.recalls.gov
  Shop BABIESRUS.COM

  Work where you love to shop! Apply at www.ruscareers.com

          03/01/08      11:47 AM
```