# CERTIFICATE OF SERVICE

I, Christopher M. Arfaa, hereby certify that the Objection of Kevin Young and Notice of Intent to Appear has today been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that today I caused said document to be served on the following parties of record by the means indicated:

**By electronic service *and* by first class mail, postage prepaid:**

| | |
|---|---|
| **EUGENE A. SPECTOR**<br>Spector Roseman Kodroff & Willis, P.C.<br>1818 Market Street<br>Suite 2500<br>Philadelphia, PA 19103 | **MARK L. WEYMAN**<br>Reed Smith LLP<br>599 Lexington Ave<br>New York, NY 10022 |

**By first class mail, postage prepaid:**

| | |
|---|---|
| **JENNIFER A. BAGNATO**<br>Curtis Mallet-Prevost Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 | **CONSTANCE K. ROBINSON**<br>Kilpatrick Stockton LLP<br>607 Fourteenth Street, N.W.<br>Suite 900<br>Washington, DC 20005-2018 |
| **TIFFANY L. GOODEN**<br>Barnes & Thornburg, LLP<br>600 One Summit Square<br>Fort Wayne, IN 46802 | **MARISA J. STEEL**<br>Anderson, Kill, Olick, P.C.<br>1251 Avenue Of The Americas<br>New York, NY 10020 |

**By electronic service:**

| | |
|---|---|
| **LEE ALBERT**<br>lalbert@murrayfrank.com | **GARRETT DENNIS BLANCHFIELD , JR**<br>g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com |
| **IVY D. ARAI**<br>ivy@hbsslaw.com,carrie@hbsslaw.com | **CHRISTOPHER R. BOOTH , JR**<br>cbooth@boothtucker.com |
| **THEODORE B. BELL**<br>tbell@whafh.com | **MICHAEL R. BRUNELLE**<br>mbrunelle@btlaw.com,cstamas@btlaw.com |
| **SARAH BLAINE**<br>sblaine@lowenstein.com,mcross@lowenstein.com | **WILLIAM G. CALDES**<br>bcaldes@srkw-law.com |

**KRISTINA C.E. COLE**
kristina.cole@dechert.com,lisa.ricchezza@dechert.com

**MICHAEL CONLEY**
mconley@offitkurman.com

**JEFFREY J. CORRIGAN**
jcorrigan@srkw-law.com

**JASON D. CRUISE**
jason.cruise@lw.com

**JOHN D. D'ERCOLE**
jdd@robinsonbrog.com,jdm@robinsonbrog.com,kld@robinsonbrog.com

**EVAN W. DAVIS**
evan.davis@dechert.com,lisa.ricchezza@dechert.com

**DOUGLAS S. EAKELEY**
deakeley@lowenstein.com

**MARC H. EDELSON**
medelson@edelson-law.com

**MARY JANE EDELSTEIN FAIT**
fait@whafh.com,battaglini@whafh.com

**CAROLYN HAZARD FEENEY**
carolyn.feeney@dechert.com,marie.maio@dechert.com,lisa.ricchezza@dechert.com

**ELIZABETH A. FEGAN**
beth@hbsslaw.com,chi_filings@hbsslaw.com

**HARRY J. GIACOMETTI**
hgiacometti@sgclegal.com

**JAYNE A. GOLDSTEIN**
jgoldstein@sfmslaw.com

**GEORGE G. GORDON**
george.gordon@dechert.com,june.sutton@dechert.com,lisa.ricchezza@dechert.com

**DANIEL R. GRAVELYN**
dgravelyn@btlaw.com,dcorwin@btlaw.com

**MICHAEL J. HAHN**
mhahn@lowenstein.com

**PATRICK T. HENIGAN**
phenigan@eckellsparks.com,p.henigan@heniganlaw.com

**WILLIAM R. KANE**
wkane@caffertyfaucher.com

**RALPH J. KELLY**
rkelly@mcshea-tecce.com,pricciardi@mcshea-tecce.com

**LISA LEVINE KEMPNER**
lisa.kempner@dechert.com

**LAWRENCE KILL**
lkill@reedsmith.com

**MARK S. KITTAKA**
mkittaka@btlaw.com,barbara.kilpatrick@btlaw.com

**DONALD E. KNEBEL**
dknebel@btlaw.com

**JEFFREY L. KODROFF**
jkodroff@srkw-law.com

**PETER R. KOHN**
pkohn@faruqilaw.com

**FRANCIS X. LANE**
francis.lane@dechert.com,lanefx@pepperlaw.com

**ALEXANDER MALTAS**
alexander.maltas@lw.com

**DAVID R. MARTIN**
dmartinez@abogar.com

**NEIL E. MCDONELL**
mcdonell.neil@dorsey.com

**ELLEN MERIWETHER**
emeriwether@caffertyfaucher.com,Alatonick@caffertyfaucher.com

**KENDALL MILLARD**
kmillard@btlaw.com

**ISAAC JAIME MITRANI**
imitrani@mitrani.com,lcohen@mitrani.com

**VALERIE B. MULLICAN**
vmullican@btlaw.com

**WILLIAM J. MURRAY , JR**
w.murray@vairariley.com,vr.admin@vairariley.com,t.bell@vairariley.com

**KRISHNA B. NARINE**
knarine@kbnlaw.com

**ALAN M. POLLACK**
amp@robinsonbrog.com,jdm@robinsonbrog.com,kld@robinsonbrog.com

**WILLIE POLLINS**
wpollins@gmail.com

**ROGER A. RAIMOND**
rar@robinsonbrog.com,kld@robinsonbrog.com,ln@robinsonbrog.com

**HANNAH RESNICK**
resnick.hannah@dorsey.com

**HARRY H. RIMM**
hrimm@reedsmith.com

**MELISSA RUBENSTEIN**
mrubenstein@reedsmith.com,docketingecf@reedsmith.com,rmondelblatt@reedsmith.com

**GEORGE W. SAMPSON**
george@hbsslaw.com

**JONATHAN SHUB**
jshub@seegerweiss.com,lgriffith@seegerweiss.com,kwickline@seegerweiss.com

**SAMUEL W. SILVER**
ssilver@schnader.com,ileto@schnader.com,ecf-philadelphia@schnader.com

**EUGENE A. SPECTOR**
espector@srkw-law.com,bcaldes@srkw-law.com

**JEFFREY L. SPECTOR**
jspector@srkw-law.com

**MARGUERITE M. SULLIVAN**
maggy.sullivan@lw.com

**DENNIS R. SUPLEE**
dsuplee@schnader.com

**MICHAEL S. TARRINGER**
mtarringer@caffertyfaucher.com

**JOSEPH A. TATE**
joseph.tate@dechert.com,diane.thompson@dechert.com

**PETER F. VAIRA**
p.vaira@vairariley.com,vr.admin@vairariley.com,t.bell@vairariley.com

**MARK L. WEYMAN**
MWeyman@Reedsmith.com,MBaerga@Reedsmith.com

<div style="columns:2">

**ANN D. WHITE**
awhite@awhitelaw.com,mbucher@awhitelaw.com

**EDWARD MARCELLUS WILLIAMSON**
marc.williamson@lw.com

**JEFFREY I. ZUCKERMAN**
jzuckerman@curtis.com

**MARGARET M. ZWISLER**
margaret.zwisler@lw.com,david.nichols@law.com

</div>

| | |
|---|---|
| DATED:  June 6, 2011 | *s/ Christopher M. Arfaa* |
| | CHRISTOPHER M. ARFAA (Pa. Bar No. 57047) |
| | LAW OFFICES OF CHRISTOPHER M. ARFAA, P.C. |
| | 150 N. Radnor Chester Road, Suited F-200 |
| | Radnor, PA  19087 |
| | (610) 977-2001 |
| | carfaa@arfaalaw.com |