APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Carol M. McDonough, et al. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| Toys 'R' Us Inc., et al. | : | NO. 2:06-cv-0242-AB |

ORDER

AND NOW, this _____ Day of _____, 2011, it is hereby

ORDERED that the application of <u>Daniel Greenberg</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:06-cv-0242-AB

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Daniel Greenberg__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __152__, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| Arkansas | 09/07/2007 | 2007-193 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Kevin Young

(Applicant's Signature)

06/02/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Greenberg Legal Services, 55 Fontenay Circle, Little Rock, AR  72223

(501) 588-4245

Sworn and subscribed before me this

2nd Day of June, 2011

Notary Public

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Daniel Greenberg__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date ~~mailed with postage prepaid to all interested counsel~~  served upon counsel of record per the attached certificate.

| Christopher M. Arfaa | [signature] | 12/14/1989 | Pa. 57047 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

150 N. Radnor Chester Rd., Suite F-200

Radnor, PA  19087

(610) 977-2001


State of Pennsylvania
Delaware County

Sworn and subscribed before me this

6th Day of June, 2011

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Suzanne F. Gault, Notary Public
Upper Providence Twp., Delaware County
My Commission Expires March 16, 2013
Member, Pennsylvania Association of Notaries

# CERTIFICATE OF SERVICE

I, Christopher M. Arfaa, hereby certify that the Application of Daniel Greenberg, Esq. to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) on behalf of Kevin Young has today been filed electronically and is available for viewing and downloading from the Court's ECF system.  I further certify that today I caused said document to be served on the following parties of record by the means indicated:

**By electronic service *and* by first class mail, postage prepaid:**

**EUGENE A. SPECTOR**
Spector Roseman Kodroff & Willis, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103

**MARK L. WEYMAN**
Reed Smith LLP
599 Lexington Ave
New York, NY 10022

**By first class mail, postage prepaid:**

**JENNIFER A. BAGNATO**
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**CONSTANCE K. ROBINSON**
Kilpatrick Stockton LLP
607 Fourteenth Street, N.W.
Suite 900
Washington, DC 20005-2018

**TIFFANY L. GOODEN**
Barnes & Thornburg, LLP
600 One Summit Square
Fort Wayne, IN 46802

**MARISA J. STEEL**
Anderson, Kill, Olick, P.C.
1251 Avenue Of The Americas
New York, NY 10020

**By electronic service:**

**LEE ALBERT**
lalbert@murrayfrank.com

**IVY D. ARAI**
ivy@hbsslaw.com,carrie@hbsslaw.com

**THEODORE B. BELL**
tbell@whafh.com

**SARAH BLAINE**
sblaine@lowenstein.com,mcross@lowenstein.com

**GARRETT DENNIS BLANCHFIELD , JR**
g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com

**CHRISTOPHER R. BOOTH , JR**
cbooth@boothtucker.com

**MICHAEL R. BRUNELLE**
mbrunelle@btlaw.com,cstamas@btlaw.com

**WILLIAM G. CALDES**
bcaldes@srkw-law.com

**KRISTINA C.E. COLE**
kristina.cole@dechert.com,lisa.ricchezza@dechert.com

**MICHAEL CONLEY**
mconley@offitkurman.com

**JEFFREY J. CORRIGAN**
jcorrigan@srkw-law.com

**JASON D. CRUISE**
jason.cruise@lw.com

**JOHN D. D'ERCOLE**
jdd@robinsonbrog.com,jdm@robinsonbrog.com,kld@robinsonbrog.com

**EVAN W. DAVIS**
evan.davis@dechert.com,lisa.ricchezza@dechert.com

**DOUGLAS S. EAKELEY**
deakeley@lowenstein.com

**MARC H. EDELSON**
medelson@edelson-law.com

**MARY JANE EDELSTEIN FAIT**
fait@whafh.com,battaglini@whafh.com

**CAROLYN HAZARD FEENEY**
carolyn.feeney@dechert.com,marie.maio@dechert.com,lisa.ricchezza@dechert.com

**ELIZABETH A. FEGAN**
beth@hbsslaw.com,chi_filings@hbsslaw.com

**HARRY J. GIACOMETTI**
hgiacometti@sgclegal.com

**JAYNE A. GOLDSTEIN**
jgoldstein@sfmslaw.com

**GEORGE G. GORDON**
george.gordon@dechert.com,june.sutton@dechert.com,lisa.ricchezza@dechert.com

**DANIEL R. GRAVELYN**
dgravelyn@btlaw.com,dcorwin@btlaw.com

**MICHAEL J. HAHN**
mhahn@lowenstein.com

**PATRICK T. HENIGAN**
phenigan@eckellsparks.com,p.henigan@heniganlaw.com

**WILLIAM R. KANE**
wkane@caffertyfaucher.com

**RALPH J. KELLY**
rkelly@mcshea-tecce.com,pricciardi@mcshea-tecce.com

**LISA LEVINE KEMPNER**
lisa.kempner@dechert.com

**LAWRENCE KILL**
lkill@reedsmith.com

**MARK S. KITTAKA**
mkittaka@btlaw.com,barbara.kilpatrick@btlaw.com

**DONALD E. KNEBEL**
dknebel@btlaw.com

**JEFFREY L. KODROFF**
jkodroff@srkw-law.com

**PETER R. KOHN**
pkohn@faruqilaw.com

**FRANCIS X. LANE**
francis.lane@dechert.com,lanefx@pepperlaw.com

**ALEXANDER MALTAS**
alexander.maltas@lw.com

**DAVID R. MARTIN**
dmartinez@abogar.com

**NEIL E. MCDONELL**
mcdonell.neil@dorsey.com

**ELLEN MERIWETHER**
emeriwether@caffertyfaucher.com,Alatonick@caffertyfaucher.com

**KENDALL MILLARD**
kmillard@btlaw.com

**ISAAC JAIME MITRANI**
imitrani@mitrani.com,lcohen@mitrani.com

**VALERIE B. MULLICAN**
vmullican@btlaw.com

**WILLIAM J. MURRAY , JR**
w.murray@vairariley.com,vr.admin@vairariley.com,t.bell@vairariley.com

**KRISHNA B. NARINE**
knarine@kbnlaw.com

**ALAN M. POLLACK**
amp@robinsonbrog.com,jdm@robinsonbrog.com,kld@robinsonbrog.com

**WILLIE POLLINS**
wpollins@gmail.com

**ROGER A. RAIMOND**
rar@robinsonbrog.com,kld@robinsonbrog.com,ln@robinsonbrog.com

**HANNAH RESNICK**
resnick.hannah@dorsey.com

**HARRY H. RIMM**
hrimm@reedsmith.com

**MELISSA RUBENSTEIN**
mrubenstein@reedsmith.com,docketingecf@reedsmith.com,rmondelblatt@reedsmith.com

**GEORGE W. SAMPSON**
george@hbsslaw.com

**JONATHAN SHUB**
jshub@seegerweiss.com,lgriffith@seegerweiss.com,kwickline@seegerweiss.com

**SAMUEL W. SILVER**
ssilver@schnader.com,ileto@schnader.com,ecf-philadelphia@schnader.com

**EUGENE A. SPECTOR**
espector@srkw-law.com,bcaldes@srkw-law.com

**JEFFREY L. SPECTOR**
jspector@srkw-law.com

**MARGUERITE M. SULLIVAN**
maggy.sullivan@lw.com

**DENNIS R. SUPLEE**
dsuplee@schnader.com

**MICHAEL S. TARRINGER**
mtarringer@caffertyfaucher.com

**JOSEPH A. TATE**
joseph.tate@dechert.com,diane.thompson@dechert.com

**PETER F. VAIRA**
p.vaira@vairariley.com,vr.admin@vairariley.com,t.bell@vairariley.com

**MARK L. WEYMAN**
MWeyman@Reedsmith.com,MBaerga@Reedsmith.com

| | |
|---|---|
| **ANN D. WHITE**<br>awhite@awhitelaw.com,mbucher@awhitelaw.com | **JEFFREY I. ZUCKERMAN**<br>jzuckerman@curtis.com |
| **EDWARD MARCELLUS WILLIAMSON**<br>marc.williamson@lw.com | **MARGARET M. ZWISLER**<br>margaret.zwisler@lw.com,david.nichols@law.com |

DATED:  June 6, 2011  *s/ Christopher M. Arfaa*
CHRISTOPHER M. ARFAA (Pa. Bar No. 57047)
LAW OFFICES OF CHRISTOPHER M. ARFAA, P.C.
150 N. Radnor Chester Road, Suited F-200
Radnor, PA  19087
(610) 977-2001
carfaa@arfaalaw.com