IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br><br>  Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.,*<br><br>  Plaintiffs,<br><br>  v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br><br>  Defendants. | No. 2:09-cv-06151-AB |

## ORDER

**AND NOW**, this _7th__ day of June 2011, it is **ORDERED** that Plaintiffs' Motion to Stay (*McDonough* Doc. 741) is **GRANTED**. Deadlines for responsive briefings regarding Defendant Regal Lager's motions for leave and motions for summary judgment (*McDonough* Docs. 716, 717, 734, 735) are **STAYED** until Plaintiffs' Motion to Enforce the Settlement (*McDonough* Doc. 725, *Elliott* Doc. 63) is decided.

                 _s/Anita B. Brody____
                 Judge Anita B. Brody

COPIES VIA ECF  on  _____to:   COPIES MAILED on _____ to:

O:\ ABB 2011 \ L – Z \ McDonough Elliott Stay Briefings