# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. McDONOUGH, et al.,<br>    Plaintiffs,<br><br>            v.<br><br>TOYS "R" US, INC. d/b/a BABIES "R"<br>US, et al.,<br>    Defendants. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 06-242<br>:<br>:<br>:<br>: |
| ARIEL ELLIOTT, et al.,<br>    Plaintiffs,<br><br>            v.<br><br>TOYS "R" US, INC. d/b/a BABIES "R"<br>US, et al.,<br>    Defendants. | :<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 09-6151<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this __7TH__ day of June 2011, it is **ORDERED** that Plaintiffs' Motion for Leave to file a Reply in further support of Plaintiffs' motion to enforce (*McDonough* ECF No. 731, *Elliott* ECF No. 65) is **GRANTED**. Plaintiffs' Reply (*McDonough* ECF No. 731-1, *Elliott* ECF No. 65-1) is deemed **FILED**.

                              _S/ANITA B. BRODY_____
                              ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:
O:\ABB 2011\L-Z\McDonough Elliott grant leave for reply.wpd

1