## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. McDONOUGH, et al., : | |
|    Plaintiffs, : | |
| : | CIVIL ACTION |
|       v. : | |
| : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" : | |
| US, et al., | |
|    Defendants. : | |

| | |
|---|---|
| ARIEL ELLIOTT, et al., : | |
|    Plaintiffs, : | |
| : | CIVIL ACTION |
|       v. : | |
| : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" : | |
| US, et al., | |
|    Defendants. : | |

## **ORDER**

**AND NOW**, this __13th__ day of June 2011, for the reasons explained in the accompanying memorandum, it is **ORDERED** that Plaintiffs' Motion to Enforce the Settlement Agreement Against Regal Lager (*McDonough* ECF No. 725; *Elliott* ECF No. 63) is **GRANTED** in part and **DENIED** in part:

• Plaintiffs' request to enforce the terms of the parties' Settlement Agreement is **GRANTED**. Defendant Regal Lager, Inc. is **ORDERED** to contribute to the Settlement Fund, as required by the Settlement Agreement, on or before **June 27, 2011**.

- Plaintiffs' request for attorney's fees is **DENIED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to: