# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
|    Plaintiffs, | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|    Defendants. | : | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
|    Plaintiffs, | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|    Defendants. | : | |

## ORDER

**AND NOW**, this __13TH__ day of June 2011, it is **ORDERED** that Defendant Regal Lager, Inc.'s Motions for Leave to file summary judgment motions (ECF Nos. 716, 734) and Motions for Summary Judgment (ECF Nos. 717, 735) are **DENIED** as moot, as consistent with the Memorandum filed this same date.

                                                                                       s/Anita B. Brody

                                                        _____
                                                          ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                     Copies **MAILED** on _____ to: