## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Response to Objections to the Proposed Settlement Agreement and Order has been duly served on counsel *via* ECF on June 13, 2011. Those not registered with ECF have been duly served *via* First Class Mail as referenced on the attached Service List.

    /s/ Eugene A. Spector
    Eugene A. Spector

**SERVED *VIA* FIRST CLASS MAIL:**

Greg and Courtney Bryan
9901 Bundoran Drive
Austin, TX  78717
512.514.0382 (Tel)

Yossi Zarfati
701 Mulberry Place
North Woodmere, NY  11581

Clark Hampe
4063 Dunhaven Road
Dallas, TX  75220
214.403.4770 (Tel)
clarkhampe@hotmail.com

James H. Price
LACY PRICE & WAGNER, P.C.
249 North Peters Road
Knoxville, TN  37923-4917
865.690.5028 (Tel)
jprice@lpwpc.com
*Attorney for Objector Allison Lederer*

Clyde Farrel Padgett
257 Canyon Creek Road
Lufkin, TX  75904
936.676.8296 (Tel)

Christopher D. Pericone
439 Steeplechase Lane
Bridgewater, NJ  08807
908.930.3688 (Tel)

Maria Sierotowicz
189 Ross Street, Apt 3C
Brooklyn, NY  11211-7236
718.388.8798 (Tel)

Mark W. Ford
MARK W. FORD PC
4½ North Broadway
Gloucester, NJ  08030
*Attorney for Objectors Kelly Spann, Jennifer Popiel and Mathilda Fenton*

Thomas A. Crosley
THE CROSLEY LAW FIRM, P.C.
McCombs Plaza, Suite 250
755 E. Mulberry
San Antonio, TX  78212
212.354.4500 (Tel)
212.354.4034 (Fax)
*Attorney for Objector Shawn Golden*

Daniel Greenberg
CENTER FOR CLASS ACTION FAIRNESS LLC
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR  72223
501.588.4245 (Tel)
dngrnbrg@gmail.com
    -   and –
Christopher M. Arfaa
150 North Radnor Chester Road
Suite F-200
Radnor, PA  19087
610.977.2001 (Tel)
610.977.0043 (Fax)
carfaa@arfaalaw.com
*Attorneys for Objector Kevin Young*