# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.,* <br><br> Defendants. | No. 2:06-cv-00242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.,* <br><br> Defendants. | No. 2:09-cv-06151-AB |

## ORDER

AND NOW, this _____ day of June, 2011, upon consideration of the Motion of Objector

Kevin Young for Leave to File Reply to Plaintiffs' Response to Objections to the Proposed

Settlement Agreement and Order, it is hereby ORDERED and DECREED that the Motion is

GRANTED.

_____
ANITA B. BRODY, U.S.D.J.

4835-8535-3993, v.  2