**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, | No. 2:06-cv-0242-AB |
|     Plaintiffs | |
| v. | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
|     Defendants. | |
| ARIEL ELLIOTT, *et al.*, | No. 2:09-cv-06151-AB |
|     Plaintiffs | |
| v. | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
|     Defendants. | |

**PLAINTIFFS' REPLY TO MOTION OF OBJECTOR KEVIN YOUNG TO FILE A**
**REPLY TO PLAINTIFFS' RESPONSE TO OBJECTIONS TO THE**
**PROPOSED SETTLEMENT AGREEMENT AND ORDER**

Plaintiffs do not oppose the Motion of Objector Kevin Young to File a Reply to

Plaintiffs' Response to Objections to the Proposed Settlement Agreement and Order ("Young

Motion"). However, Plaintiffs request that should this Court grant the Young Motion, Mr.

Young be required to file any reply to Plaintiffs' Response by June 20, 2011, and, further, that

this Court grant Plaintiffs leave to file a sur-reply to Mr. Young's reply by June 27, 2011.

1

Dated: June 15, 2011

Respectfully submitted,

s/    Eugene A. Spector
Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Tel.: (708) 628-4949
Fax: (708) 628-4950

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
Ivy Arai Tabbara
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel.: (312) 984-0000
Fax: (312) 984-0001

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

**CLASS COUNSEL FOR THE
SETTLEMENT SUBCLASSES**