APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| McDonough, et al. | CIVIL ACTION |
| v. | |
| Toys (R) Us, Inc., et al. | NO. 206-cv-242 |

**ORDER**

AND NOW, this 15th [2nd] Day of June, 2011, it is hereby

ORDERED that the application of James H. Price, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[✓] GRANTED.

[ ] DENIED.

_____
ANITA B. BRODY, J.

Copies via ECF on ___ Copies via US Mail on ___