# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|     v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this _16th_ day of June 2011, upon consideration of Objector Kevin Young's Motion for Leave to file a reply to Plaintiffs' response to objections (*McDonough* Doc. 761) and Plaintiffs' response (*McDonough* Doc. 762, *Elliott* Doc. 85), it is **ORDERED** that the Motion for Leave (*McDonough* Doc. 761) is **GRANTED** as follows:

- Objector Kevin Young may file a reply on or before **June 20, 2011**

1

- Plaintiffs are permitted to file a surreply on or before **June 27, 2011.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: