# CERTIFICATE OF SERVICE

I, Christopher M. Arfaa, hereby certify that the foregoing Reply To Plaintiffs' Response To Objections To The Proposed Settlement Agreement And Order has today been filed electronically and is available for viewing and downloading from the Court's ECF system. I further certify that I caused said document to be served today on the following parties of record by the means indicated:

**By electronic service:**

**EUGENE A. SPECTOR**
espector@srkw-law.com,bcaldes@srkw-law.com

**MARK L. WEYMAN**
MWeyman@Reedsmith.com,MBaerga@Reedsmith.com

**LEE ALBERT**
lalbert@murrayfrank.com

**IVY D. ARAI**
ivy@hbsslaw.com,carrie@hbsslaw.com

**THEODORE B. BELL**
tbell@whafh.com

**SARAH BLAINE**
sblaine@lowenstein.com,mcross@lowenstein.com

**GARRETT DENNIS BLANCHFIELD , JR**
g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com

**CHRISTOPHER R. BOOTH , JR**
cbooth@boothtucker.com

**MICHAEL R. BRUNELLE**
mbrunelle@btlaw.com,cstamas@btlaw.com

**WILLIAM G. CALDES**
bcaldes@srkw-law.com

**KRISTINA C.E. COLE**
kristina.cole@dechert.com,lisa.ricchezza@dechert.com

**MICHAEL CONLEY**
mconley@offitkurman.com

**JEFFREY J. CORRIGAN**
jcorrigan@srkw-law.com

**JASON D. CRUISE**
jason.cruise@lw.com

**JOHN D. D'ERCOLE**
jdd@robinsonbrog.com,jdm@robinsonbrog.com,kld@robinsonbrog.com

**EVAN W. DAVIS**
evan.davis@dechert.com,lisa.ricchezza@dechert.com

**DOUGLAS S. EAKELEY**
deakeley@lowenstein.com

**MARC H. EDELSON**
medelson@edelson-law.com

**MARY JANE EDELSTEIN FAIT**
fait@whafh.com,battaglini@whafh.com

**CAROLYN HAZARD FEENEY**
carolyn.feeney@dechert.com,marie.maio@dechert.com,lisa.ricchezza@dechert.com

**ELIZABETH A. FEGAN**
beth@hbsslaw.com,chi_filings@hbsslaw.com

**HARRY J. GIACOMETTI**
hgiacometti@sgclegal.com

**JAYNE A. GOLDSTEIN**
jgoldstein@sfmslaw.com

**GEORGE G. GORDON**
george.gordon@dechert.com,june.sutton@dechert.com,lisa.ricchezza@dechert.com

**DANIEL R. GRAVELYN**
dgravelyn@btlaw.com,dcorwin@btlaw.com

**MICHAEL J. HAHN**
mhahn@lowenstein.com

**PATRICK T. HENIGAN**
phenigan@eckellsparks.com,p.henigan@heniganlaw.com

**WILLIAM R. KANE**
wkane@caffertyfaucher.com

**RALPH J. KELLY**
rkelly@mcshea-tecce.com,pricciardi@mcshea-tecce.com

**LISA LEVINE KEMPNER**
lisa.kempner@dechert.com

**LAWRENCE KILL**
lkill@reedsmith.com

**MARK S. KITTAKA**
mkittaka@btlaw.com,barbara.kilpatrick@btlaw.com

**DONALD E. KNEBEL**
dknebel@btlaw.com

**JEFFREY L. KODROFF**
jkodroff@srkw-law.com

**PETER R. KOHN**
pkohn@faruqilaw.com

**FRANCIS X. LANE**
francis.lane@dechert.com,lanefx@pepperlaw.com

**ALEXANDER MALTAS**
alexander.maltas@lw.com

**DAVID R. MARTIN**
dmartinez@abogar.com

**NEIL E. MCDONELL**
mcdonell.neil@dorsey.com

**ELLEN MERIWETHER**
emeriwether@caffertyfaucher.com,Alatonick@caffertyfaucher.com

**KENDALL MILLARD**
kmillard@btlaw.com

**ISAAC JAIME MITRANI**
imitrani@mitrani.com,lcohen@mitrani.com

**VALERIE B. MULLICAN**
vmullican@btlaw.com

**WILLIAM J. MURRAY , JR**
w.murray@vairariley.com,vr.admin@vairariley.com,t.bell@vairariley.com

**KRISHNA B. NARINE**
knarine@kbnlaw.com

**ALAN M. POLLACK**
amp@robinsonbrog.com,jdm@robinsonbrog.com,kld@robinsonbrog.com

**WILLIE POLLINS**
wpollins@gmail.com

**ROGER A. RAIMOND**
rar@robinsonbrog.com,kld@robinsonbrog.com,ln@robinsonbrog.com

**HANNAH RESNICK**
resnick.hannah@dorsey.com

**HARRY H. RIMM**
hrimm@reedsmith.com

**MELISSA RUBENSTEIN**
mrubenstein@reedsmith.com,docketingecf@reedsmith.com,rmondelblatt@reedsmith.com

**GEORGE W. SAMPSON**
george@hbsslaw.com

**JONATHAN SHUB**
jshub@seegerweiss.com,lgriffith@seegerweiss.com,kwickline@seegerweiss.com

**SAMUEL W. SILVER**
ssilver@schnader.com,ileto@schnader.com,ecf-philadelphia@schnader.com

**EUGENE A. SPECTOR**
espector@srkw-law.com,bcaldes@srkw-law.com

**JEFFREY L. SPECTOR**
jspector@srkw-law.com

**By first class mail, postage prepaid:**

**JENNIFER A. BAGNATO**
Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**MARGUERITE M. SULLIVAN**
maggy.sullivan@lw.com

**DENNIS R. SUPLEE**
dsuplee@schnader.com

**MICHAEL S. TARRINGER**
mtarringer@caffertyfaucher.com

**JOSEPH A. TATE**
joseph.tate@dechert.com,diane.thompson@dechert.com

**PETER F. VAIRA**
p.vaira@vairariley.com,vr.admin@vairariley.com,t.bell@vairariley.com

**MARK L. WEYMAN**
MWeyman@Reedsmith.com,MBaerga@Reedsmith.com

**ANN D. WHITE**
awhite@awhitelaw.com,mbucher@awhitelaw.com

**EDWARD MARCELLUS WILLIAMSON**
marc.williamson@lw.com

**JEFFREY I. ZUCKERMAN**
jzuckerman@curtis.com

**MARGARET M. ZWISLER**
margaret.zwisler@lw.com,david.nichols@lw.com

**TIFFANY L. GOODEN**
Barnes & Thornburg, LLP
600 One Summit Square
Fort Wayne, IN 46802

| | |
|---|---|
| **CONSTANCE K. ROBINSON**<br>Kilpatrick Stockton LLP<br>607 Fourteenth Street, N.W.<br>Suite 900<br>Washington, DC 20005-2018 | **MARISA J. STEEL**<br>Anderson, Kill, Olick, P.C.<br>1251 Avenue Of The Americas<br>New York, NY 10020 |
| DATED:  June 20, 2011 | *s/ Christopher M. Arfaa*<br>CHRISTOPHER M. ARFAA<br>Pennsylvania Bar No. 57047<br>LAW OFFICES OF CHRISTOPHER M. ARFAA, P.C.<br>150 N. Radnor Chester Road, Suited F-200<br>Radnor, PA  19087<br>(610) 977-2001<br>carfaa@arfaalaw.com |