## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. MCDONOUGH, *et al* | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 2:06-cv-0242-AB |
| TOYS "R" US, INC., d/b/a BABIES "R" US, *et al* | § § § | |
| Defendants | § § | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, *et al,* | § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 2:09-cv-06151-AB |
| TOYS "R" US, INC., d/b/a BABIES "R" US, *et al,* | § § § | |
| Defendants | § § | |

### NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS ACTION SETTLEMENT

COMES NOW, Shawn Golden, (hereinafter referred to as "Objector") member of the settlement class in the above-referenced cause, and shows as follows:

1. The undersigned has received Plaintiffs' Response to Objections of Alleged Class Members Proposed Settlement Agreement wherein Class Counsel establishes that its lodestar fee results in a negative multiplier of 0.36. Based upon the submitted information, the requested attorneys fees appear to be reasonable. For this reason, Objector Shawn Golden wishes to withdraw his objection to the reasonableness of the 33.33% attorney fee award to the common fund created by this class settlement.

2. No consideration or payment has been received in exchange for withdrawing this objection.

WHEREFORE, PREMISES CONSIDERED, Objector Shawn Golden respectfully withdraws his objection.

Dated June 22, 2011.

Respectfully submitted,

THE CROSLEY LAW FIRM, P.C.
McCombs Plaza, Suite 250
755 E. Mulberry
San Antonio, Texas 78212
(210) 354-4500
(210) 354-4034 facsimile

By: _____
THOMAS A. CROSLEY
Texas Bar No.: 00783902

ATTORNEYS FOR OBJECTOR
SHAWN GOLDEN

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS SETTLEMENT has been served via first class mail with the U.S. Postal Service on this **22** day of June, 2011, to:

Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Elizabeth A Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301

Steve W. Berman
Anthony Shapiro
George W. Sampson
Ivy Arai Tabbara
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle WA 98101

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago IL 60603

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
270 Madison Avenue
New York NY 10016

CLASS COUNSEL FOR THE
SETTLEMENT SUBCLASSES

Mark L. Weyman
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022

COUNSEL FOR DEFENDANTS TOYS "R" US, INC.,
BABIES "R" US, INC., TOYS "R" US-DELAWARE, INC.

_____
THOMAS A. CROSLEY