**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Sur-Reply to the Replies of Objectors Kevin Young and Allison Lederer to Plaintiffs' Response to Objections has been duly served on counsel *via* ECF on June 27, 2011.  Those not registered with ECF have been duly served *via* First Class Mail as referenced on the attached Service List.


                                                  /s/ Eugene A. Spector
                                                     Eugene A. Spector

**SERVED *VIA* FIRST CLASS MAIL:**

James H. Price
LACY PRICE & WAGNER, P.C.
249 North Peters Road
Knoxville, TN 37923-4917
865.690.5028 (Tel)
jprice@lpwpc.com
*Attorney for Objector Allison Lederer*

Daniel Greenberg
CENTER FOR CLASS ACTION
FAIRNESS LLC
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR 72223
501.588.4245 (Tel)
dngrnbrg@gmail.com
- and –
Christopher M. Arfaa
150 North Radnor Chester Road
Suite F-200
Radnor, PA 19087
610.977.2001 (Tel)
610.977.0043 (Fax)
carfaa@arfaalaw.com
*Attorneys for Objector Kevin Young*