# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" | : | |
| US, et al., | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" | : | |
| US, et al., | : | |
| Defendants. | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this _____ day of June 2011, upon confirmation of attorney Mark W. Ford's

administrative suspension from practicing law in the state of Pennsylvania, it is **ORDERED** that

the Clerk of Court **TERMINATE** attorney Mark William Ford from the docket in these actions.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to:
O:\ABB 2011\L-Z\McDonough Elliott terminate ford.wpd

1