## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. McDONOUGH, et al., : | |
|    Plaintiffs, : | |
| : | CIVIL ACTION |
|       v. : | |
| : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" : | |
| US, et al., | |
|    Defendants. : | |

| | |
|---|---|
| ARIEL ELLIOTT, et al., : | |
|    Plaintiffs, : | |
| : | CIVIL ACTION |
|       v. : | |
| : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" : | |
| US, et al., | |
|    Defendants. : | |

## **ORDER**

**AND NOW**, this 6th day of July 2011, upon consideration of Defendant Regal Lager, Inc.'s ("Regal Lager") Notice of Partial Payment, Motion for Extension of Time and Approval of Payment Plan (Doc. 768) and Plaintiffs' Response (Doc. 771), it is **ORDERED** that Regal Lager's Motion for Extension of Time for Compliance with Order and Approval of Payment Plan (Doc. 768) is **DENIED**.

It is further **ORDERED** that, on or before **July 20, 2011**, Plaintiffs provide the Court with a proposed Judgment against Regal Lager for the $260,000 due under the Settlement

Agreement, less any amount paid by Regal Lager into the Settlement Fund on or before June 27, 2011,[1] and plus interest at the legal rate per annum from March 4, 2011.[2]

/s/ Anita B. Brody
_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 7/6/11 to:
ECF Counsel of record

Copies Mailed on 7/6/11 to:
Ivy Arai Tabbara, Esquire

O:\ABB 2011\L-Z\McDonough Elliott order on RL extension payment.wpd

---

[1] On June 24, 2011, Regal Lager notified the Court that it had deposited $50,000 into the Settlement Fund. ECF No. 768.

[2] After amendments, the Settlement Agreement required Regal Lager to make its payment by March 4, 2011. ECF No. 710.