**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
|    Plaintiffs, | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|    Defendants. | : | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
|    Plaintiffs, | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|    Defendants. | : | |

## ORDER

AND NOW, this 6th day of July 2011, it is **ORDERED** that **Kelly Spann**, **Jennifer Popiel**, and **Mathilda Fenton** are permitted an additional opportunity to add to their Objection (ECF No. 751) by writing a letter, postmarked no later than **July 21, 2011,** to the Clerk

1

of the Court**,** 601 Market Street, Philadelphia, Pennsylvania 19106.[1]

                        /s/ Anita B. Brody
                    _____
                        ANITA B. BRODY, J.

Copies **VIA ECF** on 7/6/11 to:		Copies **MAILED** on 7/6/11 to:

ECF counsel of record

                                                  Kelly Marie Spann
                                                  1905 St. Louis Street
                                                  Florissant, MO 63033

                                                  Jennifer J. Popiel
                                                  6525 Michigan Ave.
                                                  Saint Louis, MO 63111

                                                  Mathilda Fenton c/o Mark W. Ford
                                                  4 1/2 N. Broadway
                                                  P.O. Box 110
                                                  Gloucester, NJ 08030

O:\ABB 2011\L-Z\McDonough Elliott Addtl Opportunity for Fords Clients.wpd

---

[1] The attorney who filed an objection on these class members' behalf is suspended from practicing law in the state, *see* ECF No. 772, and was thus not permitted to appear on behalf of clients. As Mr. Ford stated on the record at the Fairness Hearing that he was unaware of my June 30, 2011 Order, I presume that his clients were not informed of the need to attend the hearing *pro se* or through another attorney to voice additional concerns.