**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|          v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, | : | |
| et al., | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|          v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, | : | |
| et al., | : | |
|     Defendants. | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**AND NOW**, this 6th day of July 2011, as stated on the record at the Fairness Hearing on

July 6, 2011, it is **ORDERED** that Plaintiffs provide legal bills and other documentation in support

of their pending Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards for Named

Plaintiffs (ECF No. 738) for in camera review by **July 21, 2011.**

/s/ Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 7/6/11 to:        Copies **MAILED** on 7/6/11 to:

ECF counsel of record            Ivy Arai Tabbara, Esquire

O:\ABB 2011\L-Z\McDonough Elliott Legal Bills.wpd

1