APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROL M. MCDONOUGH, et al., | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | : | NO. 2:06-cv-0242-AB |

ORDER

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of <u>Thomas H. Burt</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:06-cv-0242-AB

## *APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Thomas H. Burt the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number 6010, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | 01/12/1998 | 2869550 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| S.D. New York | 01/30/1998 | TB7601 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D. New York | 01/30/1998 | TB7601 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| E.D. Michigan | 03/28/2007 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*  Plaintiffs

*(Applicant's Signature)*

07/05/2011
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Wolf Haldenstein Adler Freeman & Herz LLP

270 Madison Avenue New York, NY 10016

212-545-4669

Sworn and subscribed before me this

5th Day of July, 2011

Joyce A. Magee

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joyce A. Magee - Notary Public
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES JUNE 23, 2013

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Thomas H. Burt____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| William G. Caldes | [signature] | 01/29/2002 | 75842 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Spector Roseman Kodroff & Willis, P.C.

1818 Market Street Suite 2500 Philadelphia, PA 19103

215-496-0300

Sworn and subscribed before me this

5th Day of July, 2011

Joyce A. Magee
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Joyce A. Magee - Notary Public
City of Philadelphia, Philadelphia County
MY COMMISSION EXPIRES JUNE 23, 2013

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. MCDONOUGH, et al., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | : | NO. 2:06-cv-0242-AB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of____Thomas H. Burt____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

_____

_____

_____

_____
Signature of Attorney

Thomas H. Burt
Name of Attorney

William G. Caldes
Name of Moving Party

07/05/2011
Date