APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. MCDONOUGH, et al., | : | CIVIL ACTION |
| v. | : | |
| TOYS "R" US, INC., d/b/a Babies "R" Us, et al. | : | NO. 2:06-cv-0242-AB |

## ORDER

AND NOW, this 7th Day of July, 20/1, it is hereby ORDERED that the application of Thomas H. Burt, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____ J.