IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br><br> Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br><br> Defendants. | No. 2:09-cv-06151-AB |

**MOTION FOR ENTRY OF AMENDED [PROPOSED] FINAL ORDER AND JUDGMENT APPROVING SETTLEMENT AND CERTIFYING SETTLEMENT SUBCLASSES, AMENDED CORRECTED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARDS FOR NAMED PLAINTIFFS, AND UPDATED NOTICE OF CORRECTION REGARDING REGAL LAGER, INC.'S <u>PAYMENT TO THE SETTLEMENT FUND</u>**

Plaintiffs and Defendants Toys "R" Us, Inc., d/b/a Babies "R" Us, Babies "R" Us, Inc., and Toys "R" Us-Delaware, Inc. (collectively, "BRU" or "Babies "R" Us"); BabyBjörn AB ("BabyBjörn"), Britax Child Safety, Inc. ("Britax"), Kids Line, LLC ("Kids Line"), Maclaren USA, Inc. ("Maclaren"), Medela, Inc. ("Medela"), Peg Perego U.S.A., Inc. ("Peg Perego"), and Regal Lager, Inc. ("Regal Lager") (collectively, "Defendants") entered into a Settlement

Agreement[1] dated January 21, 2011, which this Court preliminarily approved on Janurary 31, 2011. Regal Lager defaulted on its obligations under the Settlement Agreement by failing to make its agreed upon contribution of $260,000.00 to the Settlement Fund, and Plaintiffs moved to enforce the Settlement Agreement against it. This Court found in favor of Plaintiffs with respect to the enforcement of that Settlement Agreement in an Order dated June 13, 2011, and directed Regal Lager to make its contribution to the Settlement Fund. On July 6, 2011, this Court Ordered Plaintiffs to submit a Proposed Judgment against Regal Lager, calling for payment of the $260,000.00 Regal Lager owed under the Settlement Agreement, as well as interest accrued at the legal rate from March 4, 2011 until the amount was satisfied.

After Regal Lager initially defaulted, Plaintiffs filed a Motion for Final Approval of the Settlement Agreement with the Defendants other than Regal Lager, and a Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards for Named Plaintiffs based upon the Settlement Fund absent Regal Lager's agreed upon contribution. Regal Lager has since made payments totaling $260,000.00, plus interest of $5,477.26, to the Settlement Fund in accordance with this Court's prior Orders. As a result, Plaintiffs hereby submit the following Amended Proposed Orders:[2]

> 1) Amended [Proposed] Final Order and Judgment Approving Settlement and Certifying Settlement Subclasses, attached hereto as Exhibit A; and
>
> 2) Amended Corrected [Proposed] Order regarding Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards for Named Plaintiffs, attached hereto as Exhibit B.

---

[1] All capitalized terms in this Order shall have the same meaning as defined in the Settlement Agreement.
[2] These Amended Proposed Orders are supported by the arguments previously asserted in support of Plaintiffs' Motion For Final Approval Of Settlement With Defendants Toys "R" Us, Inc., Babies "R" Us, Inc., Toys "R" Us-Delaware, Inc., Babybjörn AB, Britax Child Safety, Inc., Kids Line, LLC, Maclaren USA, Inc., Medela, Inc., and Peg Perego U.S.A., Inc. (*McDonough* Dkt. No. 737, *Elliott* Dkt. No. 68), and in support of Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Incentive Awards for Named Plaintiffs based upon the Settlement Fund (*McDonough* Dkt. No. 738, *Elliott* Dkt. No. 69), all of which are incorporated herein.

In addition, Plaintiffs request that this Court order an Updated Notice of Correction *via* the settlement website, www.babyproductsantitrustsettlement.com, to inform the Classes that Regal Lager has made its agreed-upon contribution to the Settlement Fund, plus interest, and will therefore be released from claims in accordance with the terms of the Settlement Agreement should this Court grant final approval.  This Updated Notice will be displayed prominently on the settlement website, in a manner consistent with the Notice of Correction previously approved by this Court regarding Regal Lager's failure to make its payment.  *See* Proposed Updated Notice of Correction, attached hereto as Exhibit C.  The BabyBjörn and Regal Lager Subclass have received notice of the Settlement and have had ample time to exclude themselves or object.  Regal Lager's contribution does not change the allocation formula; it merely augments the Settlement Fund available to Class members.  Therefore, Plaintiffs hereby respectfully request that this Court enter Plaintiffs' [Proposed] Order providing for the Updated Notice of Correction Regarding Regal Lager, Inc.'s Payment to the Settlement Fund, attached hereto as Exhibit D.

Dated: July 28, 2011                                            Respectfully submitted,

s/ William G. Caldes
Eugene A. Spector
William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Tel.: (708) 628-4949
Fax: (708) 628-4950

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
Ivy Arai Tabbara
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel.: (312) 984-0000
Fax: (312) 984-0001

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLC
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

**CLASS COUNSEL**