IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

SEP 2 7 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk



CAROL M. MCDONOUGH, et al. :
:
vs. : CIVIL ACTION NO. 06-242
:
TOYS "R" US :
dba Babies "R" Us, et al.

## ORDER

AND NOW, the 26th day of September, 2011, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [ ]   -   Order staying these proceedings pending disposition of a related action.

    [ ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [ ]   -   Interlocutory appeal filed

    [x]   -   Other: _settlement_

it is
    **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

    **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
ANITA B. BRODY, J.

Civ. 13 (8/80)

COPIES VIA ECF ON          COPIES VIA U.S. MAIL ON