# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. McDONOUGH, et al.,<br>    Plaintiffs,<br><br>          v.<br><br>TOYS "R" US, INC. d/b/a BABIES "R"<br>US, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 06-242 |

| | |
|---|---|
| ARIEL ELLIOTT, et al.,<br>    Plaintiffs,<br><br>          v.<br><br>TOYS "R" US, INC. d/b/a BABIES "R"<br>US, et al.,<br>    Defendants. | CIVIL ACTION<br><br>NO. 09-6151 |

## ORDER

**AND NOW**, this 20th day of December 2011, it is **ORDERED** that Plaintiffs' Updated Notice of Correction Regarding Regal Lager, Inc.'s Payment to the Settlement Fund (ECF No. 782-3) is Approved and shall be posted on the settlement website www.babyproductsantitrustsettlement.com. The clerk of court shall file the attached Notice along with this Order.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:


O:\ABB 2011\L-Z\McDonough Regal Lager Order.wpd

## UPDATED NOTICE: New Information As of July 26, 2011

A prior notice on this website advised that Defendant Regal Lager, Inc. had failed to make its agreed upon payment, and the Settlement Amount had been reduced from $35,500,000 to $35,240,000 and claims against Regal Lager would not be released.

As of July 26, 2011, Regal Lager has made its agreed upon contribution to the Settlement Fund, plus interest, and the Settlement Amount has been restored to $35,500,000, as originally noticed. Therefore, if the Court grants Final Approval, the claims against Regal Lager will now be released with those of the other Defendants.