# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*, <br><br> *Defendants*. | No. 2:06-cv-00242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*, <br><br> *Defendants*. | No. 2:09-cv-06151-AB |

## NOTICE OF APPEAL

Representing Kevin Young, *Objector*:

Daniel Greenberg (Arkansas Bar No. 2007-193)
    *Pro hac vice*
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR  72223
Tel. (501) 588-4245
dngrnbrg@gmail.com

Christopher M. Arfaa (Pa. Bar No. 57047)
    *Associate counsel of record*
LAW OFFICES OF CHRISTOPHER M. ARFAA, P.C.
150 N. Radnor Chester Rd., Suite F-200
Radnor, PA  19087
Tel. (610) 977-2001
Fax (610) 977-0043
carfaa@arfaalaw.com

Notice is hereby given that objecting class member Kevin Young hereby appeals to the United States Court of Appeals for the Third Circuit from the Amended Final Order and Judgment Approving Settlement and Certifying Settlement Subclasses filed on December 21, 2011 (2:06-cv-00242 ECF No. 792), and all orders and memoranda that merge in that judgment, including the Amended Corrected Order Awarding Fees filed on December 21, 2011 (2:06-cv-00242 ECF No. 791); the Allocation Order filed on December 21, 2011 (2:06-cv-00242 ECF No. 789); and the Memorandum filed on December 21, 2011 and amended January 4, 2012 (2:06-cv-00242 ECF No. 793).

January 17, 2012                              Respectfully submitted,

*/s/ Daniel Greenberg*
Daniel Greenberg (AR BAR 2007-193)
    *Pro hac vice*
GREENBERG LEGAL SERVICES
55 Fontenay Circle
Little Rock, AR  72223

Tel. (501) 588-4245
DnGrnbrg@gmail.com

*/s/ Christopher M. Arfaa*
Christopher M. Arfaa (Pa. Bar No. 57047)
    *Associate counsel of record*
LAW OFFICES OF CHRISTOPHER M. ARFAA, P.C.
150 N. Radnor Chester Rd., Suite F-200
Radnor, PA  19087

Tel. (610) 977-2001
Fax (610) 977-0043
carfaa@arfaalaw.com

PROOF OF SERVICE

       I hereby certify that this document was filed through the CM/ECF system which will automatically generate a Notice of Electronic Filing (NEF) and send it by e-mail to all attorneys in the case who are registered as CM/ECF users and have consented to electronic service.

This 17th day of January, 2012.

                                      */s/ Christopher M. Arfaa*_____
                                      Christopher M. Arfaa