IN THE UNITED STATES DISTRICT COURT
EASERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" US, *et al*,<br><br>       Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" US, *et al*,<br><br>       Defendants. | No. 2:09-cv-06151-AB |

**PLAINTIFFS' MOTION FOR DISBURSEMENT
OF A PORTION OF ATTORNEYS' FEES AND EXPENSES**

On December 20, 2011, this Court approved the application of Class Counsel for an award of attorneys' fees and expenses. Pursuant to Paragraph 26 of the Settlement Agreement (*McDonough* Dkt. No. 699-1), Class Counsel's fees are to be paid out of the Settlement Fund.

Under Paragraph 29 of the Settlement Agreement, Class Counsel may seek to receive "any award of attorneys' fees and expenses prior to the Effective Date" of the Final Order by delivering "one or more Irrevocable Letters of Credit in favor of the Settlement Trustees issued by a major commercial bank or financial institution acceptable to Defendants and in a form acceptable to Defendants to secure Class Counsel's obligations to repay any such award

received." Some Class Counsel now seek to be paid their allocation of fees and expenses, and are in the process of obtaining Irrevocable Letter(s) of Credit, issued by major commercial bank(s) or financial institution(s), securing their obligations to repay the requested awards.

Defendants believe that Paragraph 29 only permits Plaintiffs to withdraw the entire award of attorneys' fees and expenses from the Settlement Fund in advance of the Effective Date. Accordingly, Defendants have insisted that Class Counsel seek leave of the Court to withdraw a portion of those attorneys' fees and expenses from the Settlement Fund, even if that portion is secured by acceptable Irrevocable Letter(s) of Credit. Consequently, Plaintiffs respectfully request that the Court enter their Proposed Order authorizing the disbursal of some, but not all, of the attorneys' fees and expenses awarded to Class Counsel prior to the Effective Date.

Plaintiffs have been advised that Toys "R" Us, Inc., d/b/a Babies "R" Us, Babies "R" Us, Inc.[1], and Toys "R" Us-Delaware, Inc., BabyBjörn AB, Britax Child Safety, Inc., Kids Line, LLC, Medela, Inc., Peg Perego U.S.A., Inc., and Regal Lager, Inc. do not oppose this motion.

Dated: December 14, 2012                     Respectfully submitted,

                                             s/ Eugene A. Spector
                                             Eugene A. Spector
                                             William G. Caldes
                                             Jeffrey L. Spector
                                             SPECTOR ROSEMAN KODROFF & WILLIS, P.C.
                                             1818 Market Street, Suite 2500
                                             Philadelphia, PA 19103
                                             Tel.: (215) 496-0300
                                             Fax: (215) 496-6611

---

[1]   Babies "R" Us, Inc. has been dissolved.

2

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 West Lake Street, Suite 400
Oak Park, IL 60301
Tel.: (708) 628-4949
Fax: (708) 628-4950

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
Ivy Arai Tabbara
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Tel.: (312) 984-0000
Fax: (312) 984-0001

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Fax: (212) 545-4653

**CLASS COUNSEL FOR THE SUBCLASSES**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Motion for a Disbursement of a Portion of Attorneys' Fees and Expenses has been duly served on all counsel of record via ECF on December 14, 2012. I further certify that a true and correct copy of the foregoing Plaintiffs' Motion for a Disbursement of a Portion of Attorneys' Fees and Expenses has been duly served on the following counsel not registered with ECF *via* First Class Mail:

Roberta Napolitano, Esq.
Weinstein, Weiner, Ignal, Napolitano & Shapiro, P.C.
350 Fairfield Avenue
Bridgeport, CT 06601
rnapolitano@wwinslaw.com

*Chapter 7 Trustee for American Baby Products, Inc., formerly known as Maclaren USA*

                                        /s/ Eugene A. Spector
                                          Eugene A. Spector