# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. McDONOUGH, et al., : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
|        v. : | |
| : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" : | |
| US, et al., : | |
|     Defendants. : | |

| | |
|---|---|
| ARIEL ELLIOTT, et al., : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION |
|        v. : | |
| : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" : | |
| US, et al., : | |
|     Defendants. : | |
| : | |
| : | |

## ORDER

**AND NOW**, this _19TH___ day of December 2012, it is **ORDERED** that Plaintiffs'

Motion for a Disbursement of a Portion of Attorneys Fees and Expenses (ECF No. 803) is

**DENIED** without prejudice.                 s/Anita B. Brody

                                                                         _____

                                                                         ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                      Copies **MAILED** on _____ to:

O:\ABB 2012\L - Z\McDonough Order Attorney Fees Disbursment Denied.wpd