**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|     Defendants. | : | |

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
|     Defendants. | : | |

## **ORDER**

**AND NOW**, this __11th_ day of June 2013, it is **ORDERED** that submissions regarding preliminary approval of settlement shall be filed on or before **Thursday, July 11, 2013.**

                                            s/Anita B. Brody
                                    _____
                                    ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: