**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|             v. | : | |
| | : | NO. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" | : | |
| US, et al., | : | |
|     Defendants. | : | |

---

| | | |
|---|---|---|
| ARIEL ELLIOTT, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
|             v. | : | |
| | : | NO. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" | : | |
| US, et al., | : | |
|     Defendants. | : | |

## <u>ORDER</u>

    **AND NOW**, this __10TH __ day of July 2013, it is **ORDERED** that the date for filing

submissions regarding preliminary approval of settlement (see ECF No. 836) is extended to

**Monday, August 12, 2013.**

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:              Copies **MAILED** on _____ to: