IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
| Defendants. | : | |
| | : | |
| ARIEL ELLIOTT, et al., | | |
| Plaintiff(s), | : | CIVIL ACTION |
| v. | : | No. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 10TH day of October, 2013, it is **ORDERED** that the in-chambers status conference scheduled for Tuesday, October 15, 2013 at 10 a.m. will be continued. The parties must submit a settlement package to the court for preliminary approval **on or before November 15, 2013**.

s/Anita B. Brody

ANITA BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: