# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL M. McDONOUGH, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | No. 06-242 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
| Defendants. | : | |
| | : | |
| ARIEL ELLIOTT, et al., | | |
| Plaintiff(s), | : | CIVIL ACTION |
| v. | : | No. 09-6151 |
| TOYS "R" US, INC. d/b/a BABIES "R" US, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this ___18TH__ day of __November_____, 2013, it is **ORDERED** that the parties must submit a settlement package to the court for preliminary approval **on or before December 4, 2013**.

s/Anita B. Brody

_____
ANITA BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: