# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:06-cv-0242-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |
| ARIEL ELLIOTT, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:09-cv-06151-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

1

I, ELIZABETH A. FEGAN, DECLARE AS FOLLOWS:

1.  I am a partner with the firm of Hagens Berman Sobol Shapiro LLP. I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.  My firm is one of the Plaintiffs' Co-Lead Counsel in this matter.

3.  From the inception of this litigation, counsel for Plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of Plaintiffs and the Class.

4.  My firm has participated in this litigation since late 2005 when we began investigating this matter and filed the initial consumer case in 2006 that was ultimately folded into the *McDonough* litigation. As co-lead counsel, the tasks performed by my firm in litigating this case, included: (1) coordinating the cases, drafting consolidated amended complaints and analyzing supporting documents and briefing; (2) conducting and participating in strategy sessions; (3) interviewing potential class representatives, consulting with clients, and responding to Plaintiff discovery requests and interrogatories; (4) reviewing and coding documents; (5) drafting pleadings and papers, including those related to motions to dismiss, motions to compel discovery, motion for class certification, motions for summary judgment, motions for judgment on the pleadings, findings of fact and law, and settlement papers; (6) defending plaintiff depositions; (7) preparing for and taking manufacturer defendants' depositions; (8) leading and coordinating all discovery issues related to defendant manufacturer Medela; (9) working with Plaintiffs' expert Dr. William Comanor with respect to class and merits damages reports and taking and defending multiple rounds of Plaintiffs' expert depositions; (10) analyzing Defendants' expert reports and taking multiple rounds of Defendants' experts' depositions; (11) coordinating, preparing, and reviewing all expert-related discovery; (12) presenting expert testimony at the three-day class certification hearing; (12) preparing and presenting Plaintiffs' position at the three-day class certification hearing; (13) attending and presenting at the hearing on the motions to dismiss and motion for class certification, numerous court status conferences,

2

and discovery-related hearings; and (14) working on the appeal of the Initial Settlement. My firm particularly took the lead role on expert class and merits reports and depositions, the three-day class certification hearing presentations, and substantive class certification briefing, which resulted in an Order certifying the Subclasses. Specifically, my firm spent its time and effort on the following tasks, as computed below:

5.     The total number of hours spent on this litigation by my firm is **14,295.70 hours**. The total lodestar amount for attorney/professional time based on the firm's regular rates is **$6,686,277.75**. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| ELIZABETH FEGAN | 2,623.00 | $600 | $1,573,800.00 |
| IVY ARAI TABBARA | 4,078.90 | $500 | $2,039,450.00 |
| STEVE W BERMAN | 5.00 | $800 | $4,000.00 |
| TIM SCOTT | 7.10 | $375 | $2,662.50 |
| DAN KUROWSKI | 122.50 | $400 | $49,000.00 |
| TIM MAHONEY | 23.50 | $450 | $10,575.00 |
| GEORGE SAMPSON | 1,812.40 | $600 | $1,087,440.00 |
| DEBRA G. JOSEPHSON | 0.85 | $315 | $267.75 |
| ELAINE BYZEWSKI | 1.00 | $500 | $500.00 |
| SHANNON GALLAGHER | 5,207.25 | $350 | $1,822,537.50 |
| ANTHONY D SHAPIRO | 45.80 | $750 | $34,350.00 |
| ERIN K FLORY | 0.50 | $600 | $300.00 |
|  |  |  |  |
|  |  |  |  |
| Paralegal I |  |  |  |
| MARK DYKSTRA | 3.50 | $150 | $525.00 |
| ADRIAN GARCIA | 40.00 | $150 | $6,000.00 |
| SHELLEY BAROLET | 76.00 | $150 | $11,400.00 |
| JOYCE EDWARDS | 45.30 | $150 | $6,795.00 |
| CORINNE REED | 1.00 | $150 | $150.00 |
| MARK GOLDSTEIN | 18.00 | $150 | $2,700.00 |
| JENNI BAIN | 0.50 | $150 | $75.00 |
| SHEILA CAREY | 20.75 | $150 | $3,112.50 |
| TERESA BEATTY | 1.75 | $150 | $262.50 |
| BRIAN MILLER | 0.90 | $250 | $225.00 |
|  |  |  |  |
|  |  |  |  |

001897-12 449665v2

| Paralegal II | | | |
|---|---|---|---|
| BONNIE McCORMACK | 8.50 | $170 | $1,445.00 |
| LARRY KUNZLER | 7.00 | $170 | $1,190.00 |
| DAWN CORNELIUS | 6.00 | $170 | $1,020.00 |
| ROB HAEGELE | 18.40 | $170 | $3,128.00 |
| | | | |
| Paralegal III | | | |
| CARRIE FLEXER | 111.80 | $190 | $21,242.00 |
| | | | |
| Law Clerk | | | |
| Chris Hack | 8.50 | $250 | $2,125.00 |
| | | | |
| TOTAL: | | | $6,686,277.75 |

6.    My firm incurred a total of **$376,422.93** in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $77,220.71 |
| Photocopies | $50,164.29 |
| Postage | |
| Telephone, Facsimile | $2,340.81 |
| Messenger, Overnight Delivery | $7,554.31 |
| Filing, Witness & Other Fees | $644.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | $23,677.07 |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessments to Plaintiff's Common Fund | $210,000.00 |
| Public Relations | $4,821.74 |
| TOTAL | $376,422.93 |

7.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

4

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed this 14th day of August, 2014, at Oak Park, Illinois.

_____
Elizabeth A. Fegan

001897-12 449665v2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br> Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br> Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF EUGENE A. SPECTOR IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, Eugene A. Spector, DECLARE AS FOLLOWS:

1.      I am a Partner with the firm of Spector Roseman Kodroff & Willis, P.C. ("SRKW"). I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Co-Lead Class Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      SRKW, as one of the Co-Lead Class Counsel in this case, has participated in every aspect of this litigation from investigating and drafting one of the first complaints in the case to negotiating the settlement of the action. Initially, SRKW investigated possible claims to be asserted, drafted a complaint, participated with plaintiffs' counsel in organizing the case and participated in the drafting of amended complaints. SRKW participated in the preparation of responses to Defendants' motions to dismiss, in the redrafting of the amended complaint in light of the Supreme Court decisions in Twombly and Leegin, in organizing and supervising the discovery taken by Plaintiffs in this litigation, in working with the experts developing reports regarding the impact and damages caused by the alleged misconduct of the Defendants, in drafting the motion for class certification, and in providing additional briefing in support of that motion in light of the Third Circuit decision in Hydrogen Peroxide, in drafting opposition briefs to Defendants 23(f) petitions to the Third Circuit, in drafting responses to motions for summary judgment, and in drafting the settlement related papers, including notice materials. In addition, SRKW lawyers participated in hearings on the various motions, including the two and one-half

2

days of hearings on class certification, attended and participated in all case management and status conferences, both in person and by telephone, negotiated with Defense counsel regarding scheduling, discovery and briefing issues during the course of the litigation, reviewed and supervised the work of co-counsel firms to whom Class Counsel assigned work, and participated in periodic calls with Co-Lead Class Counsel regarding the conduct of the litigation. SRKW participated in the mediation that led to the agreement in principle to settle this litigation and then participated in the negotiation and drafting of the Memorandum of Understanding, the Settlement Agreement, and notice materials. SRKW also worked closely with the Garden City Group, Inc. in developing notice materials and a notice plan.

5.     The total number of hours spent on this litigation through July 31, 2014 by my firm is **22,654.50**. The total lodestar amount for attorney/professional time based on the firm's historical rates is **$9,015,153.25**. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Attorneys: | | | |
| Eugene A. Spector | 2318.95 | $775 | $1,580,985.00 |
| Robert M. Roseman | 1.25 | $750 | $886.25 |
| Jeffrey L. Kodroff | 26.00 | $730 | $15,760.00 |
| Jeffrey J. Corrigan | 79.50 | $695 | $44,166.25 |
| Jay S. Cohen | 6.25 | $670 | $3,666.25 |
| John A. Macoretta | 0.75 | $645 | $408.75 |
| William G. Caldes | 5219.95 | $645 | $2,621,857.00 |
| David Felderman | 51.75 | $595 | $21,477.50 |
| Patrick Howard | 1.00 | $325 | $325.00 |
| David J. Cohen | .50 | $400 | $200.00 |
| Raymond Huxen | 6325.00 | $445 | $2,626,797.50 |
| Loreal M. McDonald | 18.25 | $375 | $6,843.75 |
| Jonathan M. Jagher | 30.0 | $485 | $12,063.75 |
| John Valter | 36.75 | $300 | $11,025.00 |
| Rachel E. Kopp | 91.25 | $420 | $35,497.50 |
| Mary Ann Giorno | 26.75 | $440 | $7,568.75 |

| | | | |
|---|---|---|---|
| Shannon Gallagher | 409.00 | $370 | $143,150.00 |
| Jeffrey Spector | 3881.10 | $395 | $1,162,735.00 |
| Jennifer L. Enck | .25 | $250 | $62.50 |
| Daniel Mirarchi | 2.25 | $495 | $1,046.25 |
| | | | |
| Paralegal I: | | | |
| Gerri DeMarshall | 2637.75 | $215 | $481,250.00 |
| Alicia M. Sandoval | 66.25 | $170 | $10,797.50 |
| Chuck Briglia | 39.5 | $210 | $7,463.75 |
| Chanell S. Surratt | 934.25 | $195 | $158,906.25 |
| Rana H. Sachdev | 47.75 | $170 | $7,845.00 |
| Danielle Pearson | .75 | $170 | $127.50 |
| Julie C. Walheim | 2.00 | $160 | $320.00 |
| Rosy Briones | 140.50 | $160 | $19,783.75 |
| Joanne Moroz | 55.5 | $150 | $7,491.25 |
| Greg S. Murray | 55.00 | $130 | $7,150.00 |
| Karen S. Omelchuk | 126.75 | $160 | $14,396.25 |
| Nicole Noronha | 22. | $150 | $3,100.00 |
| TOTAL: | 22,654.5 | | $9,015,153.25 |
| | | | |

My firm, through July 31, 2014, incurred a total of **$747,694.37** in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Assessments | $172,839.90 |
| Meals, Hotels & Transportation | $21,963.05 |
| Photocopies | $99,194.11 |
| Postage, Messenger, Overnight Delivery | $9,421.09 |
| Telephone, Facsimile | $24,579.53 |
| Filing, Witness & Other Fees | $1,340.50 |
| Court Reporters | $5,113.69 |
| Lexis, Westlaw, Online Library Research | $134,355.95 |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Miscellaneous (CD, DVD burned) | $2,670.05 |
| Experts/Consultants/Investigators | $276,216.50 |
| | |
| TOTAL | $747,694.37 |

The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 12th day of August , 2014, at Philadelphia, Pennsylvania.

EUGENE A. SPECTOR

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>        Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>        Defendants. | No. 2:09-cv-06151-AB |

## DECLARATION OF FRED TAYLOR ISQUITH IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS

I, FRED TAYLOR ISQUITH, declare as follows:

1.     I am a Partner with the firm of Wolf Haldenstein Adler Freeman & Herz LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm is one of the Plaintiffs' Co-Lead Class Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     Wolf Haldenstein, as Co-Lead Counsel in this matter, bore responsibility for the prosecution and management of this litigation at every stage.  We were engaged in pleading the claims, briefing motions to dismiss those pleadings and preparing for argument on the motions to dismiss; the conduct of full fact discovery including reviewing documents and taking numerous depositions; preparing class certification motions including extensive expert submissions and preparing for and conducting a class certification hearing; expert discovery, opposing defendants' motions to sever and other motion practice, mediation and settlement; engaging in settlement discussions and drafting briefs in support of settlement; addressing objections to the settlement; drafting appeal briefing; researching legal issues on appeal; and negotiating the present settlement agreement.

5.     The total number of hours spent on this litigation through July 31, 2014 by my firm is 17,849.15.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $7,093,440.75.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| **Attorneys:** | | | |
| Daniel W. Krasner | 2.50 | $700.00 | $1,750.00 |
| | 1.40 | $750.00 | $1,050.00 |
| | 14.90 | $825.00 | $12,292.50 |
| | 23.40 | $835.00 | $19,539.00 |

| | | | |
|---|---|---|---|
| | 12.30 | $850.00 | $10,455.00 |
| | 6.00 | $865.00 | $5,190.00 |
| | 2.60 | $890.00 | $2,314.00 |
| | 0.60 | $910.00 | $546.00 |
| Subtotal | 63.70 | | $53,136.50 |
| | | | |
| Mary Jane Fait | 198.00 | $620.00 | $122,760.00 |
| | 344.90 | $650.00 | $224,185.00 |
| | 265.30 | $695.00 | $184,383.50 |
| | 414.50 | $730.00 | $302,585.00 |
| | 215.50 | $760.00 | $163,780.00 |
| | 64.00 | $775.00 | $49,600.00 |
| | 29.80 | $790.00 | $23,542.00 |
| | 23.40 | $815.00 | $19,071.00 |
| Subtotal | 1555.40 | | $1,089,906.50 |
| | | | |
| Fred T. Isquith | 1.20 | $660.00 | $792.00 |
| | 4.20 | $725.00 | $3,045.00 |
| | 106.50 | $775.00 | $82,537.50 |
| | 158.00 | $785.00 | $124,030.00 |
| | 201.40 | $800.00 | $161,120.00 |
| | 150.70 | $815.00 | $122,820.50 |
| | 73.40 | $840.00 | $61,656.00 |
| | 39.40 | $860.00 | $33,884.00 |
| Subtotal | 734.80 | | $589,885.00 |
| | | | |
| Frank M. Gregorek | 0.80 | $750.00 | $600.00 |
| | 7.70 | $760.00 | $5,852.00 |
| | 0.20 | $835.00 | $167.00 |
| Subtotal | 8.70 | | $6,619.00 |
| | | | |
| Thomas H. Burt | 406.80 | $550.00 | $223,740.00 |
| | 270.80 | $585.00 | $158,418.00 |
| | 19.40 | $605.00 | $11,737.00 |
| | 26.80 | $630.00 | $16,884.00 |
| | 20.30 | $650.00 | $13,195.00 |
| Subtotal | 744.10 | | $423,974.00 |
| | | | |
| Mark C. Silverstein | 41.50 | $630.00 | $26,145.00 |
| | | | |
| Eric B. Levine | 1.80 | $540.00 | $972.00 |
| | | | |

| | | | |
|---|---|---|---|
| Julie A. Swanson | 36.60 | $450.00 | $16,470.00 |
| | 6.30 | $500.00 | $3,150.00 |
| | 7.80 | $525.00 | $4,095.00 |
| | 26.30 | $550.00 | $14,465.00 |
| | 0.60 | $560.00 | $336.00 |
| | 38.10 | $585.00 | $22,288.50 |
| | 0.70 | $605.00 | $423.50 |
| Subtotal | 116.40 | | $61,228.00 |
| | | | |
| Theodore B. Bell | 22.30 | $400.00 | $8,920.00 |
| | 1043.70 | $425.00 | $443,572.50 |
| | 823.00 | $450.00 | $370,350.00 |
| | 1510.60 | $475.00 | $717,535.00 |
| | 237.50 | $485.00 | $115,187.50 |
| | 17.60 | $510.00 | $8,976.00 |
| | 35.00 | $530.00 | $18,550.00 |
| | 2.40 | $545.00 | $1,308.00 |
| | 17.20 | $565.00 | $9,718.00 |
| Subtotal | 3709.30 | | $1,694,117.00 |
| | | | |
| Lydia Keaney Reynolds | 101.50 | $340.00 | $34,510.00 |
| | 2.50 | $360.00 | $900.00 |
| | 3.60 | $385.00 | $1,386.00 |
| Subtotal | 107.60 | | $36,796.00 |
| | | | |
| Stephen H. Lewis | 94.30 | $400.00 | $37,720.00 |
| | | | |
| Scott J. Farrell | 6.40 | $375.00 | $2,400.00 |
| | 15.10 | $425.00 | $6,417.50 |
| | 1.20 | $435.00 | $522.00 |
| | 0.50 | $460.00 | $230.00 |
| Subtotal | 23.20 | | $9,569.50 |
| | | | |
| Noah Krasner | 2092.50 | $355.00 | $742,837.50 |
| | | | |
| Ronald B. Kowalczyk | 990.00 | $250.00 | $247,500.00 |
| | 32.80 | $380.00 | $12,464.00 |
| Subtotal | 1022.80 | | $259,964.00 |
| | | | |
| Lillian Benedict | 2812.50 | $355.00 | $998,437.50 |
| | | | |
| Graham R. Clegg | 177.80 | $380.00 | $67,564.00 |

| | | | |
|---|---|---|---|
| John E. Tangren | 36.10 | $315.00 | $11,371.50 |
| | 22.80 | $340.00 | $7,752.00 |
| | 1.40 | $350.00 | $490.00 |
| | 0.50 | $420.00 | $210.00 |
| Subtotal | 60.80 | | $19,823.50 |
| | | | |
| Steven Serdikoff | 1188.20 | $355.00 | $421,811.00 |
| | | | |
| Michael D. Yanovsky | 14.30 | $310.00 | $4,433.00 |
| | 25.30 | $320.00 | $8,096.00 |
| Subtotal | 39.60 | | $12,529.00 |
| | | | |
| Zachary W. Biesanz | 3.00 | $290.00 | $870.00 |
| | 4.50 | $300.00 | $1,350.00 |
| | 4.50 | $325.00 | $1,462.50 |
| Subtotal | 12.00 | | $3,682.50 |
| | | | |
| Beth A. Landes | 25.50 | $310.00 | $7,905.00 |
| | | | |
| Michael M. Liskow | 11.20 | $445.00 | $4,984.00 |
| | | | |
| Helena A. Lynch | 40.10 | $400.00 | $16,040.00 |
| | | | |
| Noah G. Krasner | 192.00 | $350.00 | $67,200.00 |
| | | | |
| **Paralegals:** | | | |
| James A. Cirigliano | 8.50 | $240.00 | $2,040.00 |
| | 7.80 | $250.00 | $1,950.00 |
| | 0.50 | $260.00 | $130.00 |
| | 4.00 | $265.00 | $1,060.00 |
| | 21.80 | $280.00 | $6,104.00 |
| | 15.10 | $290.00 | $4,379.00 |
| | 1.00 | $320.00 | $320.00 |
| Subtotal | 58.70 | | $15,983.00 |
| | | | |
| Matthew V. Mundo | 10.00 | $195.00 | $1,950.00 |
| | | | |
| Joseph Weiss | 5.90 | $235.00 | $1,386.50 |
| | 3.80 | $240.00 | $912.00 |
| | 1.80 | $250.00 | $450.00 |
| | 2.40 | $270.00 | $648.00 |

| | | | |
|---|---|---|---|
| Subtotal | 13.90 | | $3,396.50 |
| | | | |
| Kaveh Dabashi | 11.00 | $185.00 | $2,035.00 |
| | | | |
| Laine L. McDonnell | 2529.75 | $135.00 | $341,516.25 |
| | 64.00 | $195.00 | $12,480.00 |
| | 18.00 | $210.00 | $3,780.00 |
| Subtotal | 2611.75 | | $357,776.25 |
| | | | |
| Jillaine E. Gill | 44.30 | $195.00 | $8,638.50 |
| | 43.50 | $205.00 | $8,917.50 |
| | 22.60 | $210.00 | $4,746.00 |
| | 15.00 | $225.00 | $3,375.00 |
| | 4.10 | $235.00 | $963.50 |
| | 13.80 | $255.00 | $3,519.00 |
| | 2.60 | $270.00 | $702.00 |
| Subtotal | 145.90 | | $30,861.50 |
| | | | |
| Luis D. Caraballo | 24.30 | $180.00 | $4,374.00 |
| | | | |
| David E. Sorensen | 16.10 | $290.00 | $4,669.00 |
| | | | |
| Sorah Kim | 25.30 | $240.00 | $6,072.00 |
| | 9.10 | $250.00 | $2,275.00 |
| Subtotal | 34.40 | | $8,347.00 |
| | | | |
| Derek M. Behnke | 30.50 | $245.00 | $7,472.50 |
| | | | |
| Marsha V. Klimek | 0.30 | $240.00 | $72.00 |
| | 5.50 | $255.00 | $1,402.50 |
| Subtotal | 5.80 | | $1,474.50 |
| | | | |
| Elizabeth Lee | 11.00 | $205.00 | $2,255.00 |
| | | | |
| | | | |
| **TOTAL** | **17,849.15** | | **$7,093,440.75** |

My firm, through July 31, 2014, incurred a total of $477,166.40 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $70,362.02 |
| Photocopies | $34,674.58 |
| Postage | $164.46 |
| Telephone, Facsimile | $5,396.38 |
| Messenger, Overnight Delivery, Service of Process | $5,180.10 |
| Filing, Witness & Other Fees | $266.00 |
| Court Reporters | $23,178.05 |
| Lexis, Westlaw, Computer Research | $140,426.18 |
| Experts/Consultants/Investigators/Professional Services | $10,171.75 |
| Secretarial Overtime | $2,346.88 |
| Litigation Fund Assessment | $185,000.00 |
| | |
| **TOTAL** | **$477,166.40** |

The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 14th day of August, 2014, at New York, New York.

_____
**Fred Taylor Isquith**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>  Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>  Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, Jayne A. Goldstein, DECLARE AS FOLLOWS:

1.      I am Senior Counsel with the firm of Shepherd, Finkelman, Miller & Shah, LLP. I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      My firm assisted in many aspects of discovery including document review, preparing and assisting with identifying documents to be used during depositions, and taking

1

depositions.   My firm assisted with class certification briefing, drafting findings of facts and worked with experts' reports.   I also consulted with lead counsel and served as allocation counsel for the *Elliot* class.   I continually communicated with my client who was a class representative and reviewed and received her documents.

5.     The total number of hours spent on this litigation by my firm is 1,621.55     The total lodestar amount for attorney/professional time based on the firm's current rates is $544,561.00   The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.   A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Jayne Goldstein | 40.20 | 550.00 | $22,110.00 |
| Andrew Mackerer | 1509.55 | 320.00 | $481,744.00 |
| Jayne Goldstein | 53.20 | 570.00 | $29,640.00 |
| Jayne Goldstein | 18.6 | 595.00 | $11,067.00 |
| Paralegal I | | | |
| Paralegal II | | | |
| Paralegal III | | | |
| Document Clerks | | | |
| | | | |
| TOTAL: | 1621.55 | | $544,561.00 |

6.     My firm incurred a total of $60,194.94 in expenses in connection with the prosecution of this litigation.   They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Meals, Hotels & Transportation | |
| Photocopies | 162.50 |
| Postage | 2.52 |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | 29.92 |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Litigation Fund | 60,000.00 |

| TOTAL | $60,194.94 |
|-------|------------|

7.    The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Executed this third day of May, 2011, at Weston, Florida

_____
Jayne A. Goldstein

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>   Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>   Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF JAYNE A. GOLDSTEIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, JAYNE A. GOLDSTEIN, DECLARE AS FOLLOWS:

1.     At all relevant times, I was a partner with the firm of Mager & Goldstein LLP[1]. I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm was one of the Plaintiffs' Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     My firm investigated causes of action, prepared complaint, met with client on numerous occasions, met with various plaintiffs' counsel, participated in fact discovery by coding documents, obtaining client's records, responding to discovery, defending client's deposition and taking depositions.

5.     The total number of hours spent on this litigation by my firm is 2,385.75. The total lodestar amount for attorney/professional time based on the firm's historical rates is $716,960.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Lee Albert  (P | 43.50 | $550.00 | $ 23,925.00 |
| Lee Albert  (P) | 171.25 | $530.00 | $ 90,762.50 |
| Lee Albert  (P) | 56.00 | $510.00 | $ 28,560.00 |
| Jayne A. Goldstein  (P) | 9.75 | $550.00 | $  5,362.50 |
| Jayne A. Goldstein  (P) | 71.00 | $530.00 | $ 37,630.00 |
| Jayne A. Goldstein  (P) | 38.00 | $510.00 | $ 19,380.00 |
| Carol A. Mager  (P) | 0.75 | $550.00 | $    412.50 |
| Carol A. Mager  (P) | 0.25 | $510.00 | $    127.50 |
| Marjory P. Albee  (A) | 10.25 | $475.00 | $  4,868.75 |
| Bruce D. Parke  (A) | 35.50 | $330.00 | $ 11,715.00 |
| Michele L. Bloom  (A) | 409.75 | $290.00 | $118,827.50 |
| Michele L. Bloom  (A) | 131.75 | $285.00 | $ 37,548.75 |
| Shelley Neiman  (A) | 113.75 | $290.00 | $ 32,987.50 |

---

[1] Mager & Goldstein LLP ceased the active practice of law on September 15, 2008.

2

| Shelley Neiman  (A) | 154.00 | $280.00 | $  43,120.00 |
| Amir Stark  (A) | 614.50 | $280.00 | $172,060.00 |
| Amir Stark  (A) | 2.25 | $270.00 | $      607.50 |
| Jonathan B. Pignoli  (A) | 0.50 | $310.00 | $      155.00 |
| Billie Lee Sonntag (PL) | 152.25 | $170.00 | $  25,882.50 |
| Drew Albert (PL) | 157.50 | $170.00 | $  26,775.00 |
| Helene Albert (PL) | 194.50 | $170.00 | $  33,065.00 |
| Jayne R. Blatt (PL) | 1.25 | $170.00 | $      212.50 |
| Rebecca A. Holcombe (PL) | 6.00 | $170.00 | $    1,020.00 |
| Ellen Pickering (PL) | 11.50 | $170.00 | $    1,955.00 |
| TOTAL: | 2385.75 | | $716,960.00 |

6.      My firm incurred a total of $24,841.25 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $  964.93 |
| Photocopies | 535.41 |
| Postage | 4.35 |
| Telephone, Facsimile | 5.00 |
| Messenger, Overnight Delivery | 172.90 |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | 658.66 |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessment | 22,500.00 |
| TOTAL | $24,841.25 |

7.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

3

Executed this third day of May,  2011, at Weston, Florida.

_____
JAYNE A. GOLDSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>           Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>           Defendants. | No. 2:09-cv-06151-AB |

## DECLARATION OF JONATHAN SHUB IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS

I, Jonathan Shub, declare as follows:

1.      I am a Partner with the firm of Seeger Weiss LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      My firm engaged in drafting pleadings, conducting discovery and engaged in extensive document review and analysis.

5.      The total number of hours spent on this litigation by my firm is 3,539.35.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $1,301.093.75.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Shub, Jonathan (P) | 1.80 | 495.00 | $      891.00 |
| Benedetto, Terrianne (A) | 86.00 | 465.00 | 42,222.00 |
| George, Scott (A) | .30 | 415.00 | 124.50 |
| DeBass, Haile (A) | 129.50 | 365.00 | 47,267.50 |
| Johnson, Scott (A) | 1,382.70 | 365.00 | 613,017.50 |
| Waks, Gregory (A) | 1,636.75 | 365.00 | 597,413.75 |
| Barbara Terra (O) | .70 | 225.00 | 157.50 |
|  |  |  |  |
| TOTAL: | 3,237.05 |  | $   1,301,093.75 |

6.      My firm incurred a total of $80,191.08 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL | |
|---|---|---|
| Federal Express | $ | 25.17 |
| Litigation Fund | | 80,000.00 |
| Pacer Research | | 64.56 |
| Telephone | | 50.22 |
| Westlaw Research | | 51.13 |
| | | |
| TOTAL | $ | 80,191.08 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 3rd day of May, 2011, at Philadelphia, Pennsylvania.


_____
                        Jonathan Shub

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br> Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br> Defendants. | No. 2:09-cv-06151-AB |

## DECLARATION OF GARRETT D. BLANCHFIELD, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS

I, GARRETT D. BLANCHFIELD, JR., DECLARE AS FOLLOWS:

1.      I am a partner with the firm of Reinhardt Wendorf & Blanchfield.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      Reinhardt Wendorf & Blanchfield performed various tasks at the direction of lead counsel, including:  work with defense counsel for Medela and Maclaren to resolve discovery

1

issues; defend deposition of client; assist on Opposition to Defendant's Twombly motion; depose certain defendants; summarize depositions of various defendants; reviewed documents produced by defendants; and performed quality control on summaries of reviewed documents.

5.     The total number of hours spent on this litigation by my firm is 1800.12.   The total lodestar amount for attorney/professional time based on the firm's historical rates is $579,577.08.   The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.   A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Reinhardt, Mark | 1.35 | 725 | 878.25 |
| Wendorf, Mark | 35.9 | 675 | 19,838.00 |
| Blanchfield, Garrett | 387.07 | 620 | 209,822.33 |
| Penney, Brant | 76.40 | 335 | 19,111.00 |
| Yard, Roberta | 813.6 | 340 | 213,033.50 |
| Baillon, Frances | 7.45 | 335 | 2,495.75 |
| Hayes, Lisa | 2.00 | 335 | 610.00 |
| Shannon, Gerry | 251.50 | 340 | 70,062.50 |
| Kosek, Shirley | 224.05 | 195 | 43,569.75 |
| Schulte, Kathy | 0.80 | 195 | 156.00 |
| **TOTAL** | **1,800.12** | | **579,577.08** |

6.     My firm incurred a total of $95,687.09 in expenses in connection with the prosecution of this litigation.   They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Meals, Hotels & Transportation | 12,117.09 |
| Photocopies | 110.80 |
| Postage | 5.08 |
| Telephone, Facsimile | 40.00 |
| Messenger, Overnight Delivery | 53.03 |
| Filing, Witness & Other Fees | 40.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | 821.09 |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessments | 82,500.00 |
| TOTAL | 95,687.09 |

2

7.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed this ___5ᵗʰ___ day of May, 2011, at St. Paul, Minnesota.

GARRETT D. BLANCHFIELD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:06-cv-0242-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |
| ARIEL ELLIOTT, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:09-cv-06151-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |

**DECLARATION OF ARTHUR T. SUSMAN IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, Arthur T. Susman, DECLARE AS FOLLOWS:

I am a partner with the firm of Susman Heffner & Hurst LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

My firm is one of the Plaintiffs' Counsel in this matter.

From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

The type of work performed by my firm throughout the litigation included drafting and filing of the complaint, review discovery requests, draft discovery responses, document review in Philadelphia, research, draft and finalize motion to compel Regal Lager, hot documents review, review, draft and research consolidated amended complaint.

The total number of hours spent on this litigation by my firm is 590.50.  The total lodestar amount for attorney/professional time based on the firm's current rates is $281,332.50.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Arthur T. Susman (P) | 20.25 | 750 | 15,187.50 |
| Matthew T. Heffner (P) | 153.75 | 500 | 76,875.00 |
| Matthew T. Hurst (P) | 114.75 | 500 | 57,375.00 |
| William T. Gotfryd (OC) | 68 | 650 | 44,200.00 |
| Glenn L. Hara (A) | 215.50 | 390 | 84,045.00 |
| Sandra L. Pavlat (PL) | 18.25 | 200 | 3,650.00 |
| | | | |
| TOTAL: | 590.50 | | $ 281,332.50 |

My firm incurred a total of $27,127.75 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | 5,160.56 |
| Photocopies | 178.46 |
| Postage | 50.43 |
| Telephone, Facsimile | 1,046.66 |
| Litigation Fund | 20,000.00 |
| Lexis, Westlaw, Online Library Research | 691.64 |
|  |  |
| TOTAL | $27,127.75 |

The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed this 4th day of May, 2011, at Chicago, Illinois.

_____
Arthur T. Susman

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al*., | |
| Plaintiffs, | |
| v. | No. 2:06-cv-0242-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al*., | |
| Defendants. | |
| ARIEL ELLIOTT, *et al.,* | |
| Plaintiffs, | |
| v. | No. 2:09-cv-06151-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al*., | |
| Defendants. | |

**DECLARATION OF RALPH M. STONE IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, RALPH M. STONE, DECLARE AS FOLLOWS:

1.      I am a Partner with the firm of Stone Bonner & Rocco LLP, successor firm to Shalov Stone Bonner & Rocco LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I respectfully submit this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      During the course of this litigation, our firm was heavily involved in several aspects of the case.  Our firm was among the earliest filers of a complaint in this case, and we participated in early organizational meetings among plaintiffs' counsel.  Our client, Jennifer Sullivan, was deposed, and actively participated in discovery, which involved extensive interaction with her.  In addition to drafting an initial complaint that was filed in the District of New Jersey, and performing preliminary background work in connection therewith, we reviewed drafts of amended complaints.  We reviewed drafts of briefing on motions to dismiss and the motion for class certification.  In addition, one of our associates was devoted to a large document review for a period of many weeks.

5.      The total number of hours spent on this litigation by my firm is 377.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $143,752.50.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Ralph M. Stone | 65.75 | 495-600 | $33,307.50 |
| Patrick L. Rocco | 0.75 | 475 | $356.25 |
| Thomas G. Ciarlone | 2.25 | 395-425 | $903.75 |
| Amanda C. Scuder | 279.25 | 345-375 | $103,796.25 |
| Paralegal I | 21.50 | 195 | $4,192.50 |

| Paralegal II | 6.5 | 145 | $942.50 |
|---|---|---|---|
| Paralegal III | 1.75 | 145 | $253.75 |
| Document Clerks | | | |
| | | | |
| TOTAL: | | | $143,752.50 |

6.     My firm incurred a total of $39,495.30 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $1,745.30 |
| Photocopies | |
| Postage | |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | $250.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessments | $37,500.00 |
| TOTAL | $39,495.30 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2011, at New York, New York.

Ralph M. Stone

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>   Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>   Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF STEPHEN A. SHELLER, ESQ. IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, STEPHEN A. SHELLER, ESQ., DECLARE AS FOLLOWS:

1.     I am the Managing Partner of the firm of Sheller, P.C. (f/k/a Sheller, Ludwig &

Badey, P.C.). I am submitting this declaration in support of my firm's application for an award

of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm is one of the Plaintiffs' Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively

prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     Sheller attorneys filed a Complaint in the *Cory Rupe v. Babies R Us* action in

January 2006, then were very actively involved in discovery through the end of December 2006,

including numerous meet and confers with other counsel and evaluating and reviewing documents produced by Defendants.

5.      The total number of hours spent on this litigation by my firm is **94.50**. The total lodestar amount for attorney/professional time based on the firm's historical rates is **$34,345.00**. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| S. George (Atty) | 10 | $345 | $3,450 |
| T. Benedetto (Atty) | 33.50 | $420 | $14.070.00 |
| S. Johnson (Atty) | 47.50 | $345 | $16,387.50 |
| | | | |
| H. Valdez (Paralegal) | 3.5 | $125 | $437.50 |
| | | | |
| TOTAL: | | | **$34,345.00** |

6.      My firm incurred a total of $2,826.69 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Meals, Hotels & Transportation | |
| Photocopies | |
| Postage | |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | $58.29 |
| Filing, Witness & Other Fees | $250.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | $18.40 |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Payment to Plaintiffs' Common Fund | $2,500.00 |
| | |
| TOTAL | $2,826.69 |

7.      The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this _____ day of May, 2011, at Philadelphia, Pennsylvania.

5/5/2011

_____
STEPHEN A. SHELLER, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br>        Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*, <br><br>        Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, <br>        Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF ANN D. WHITE IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

1

I, Ann D. White, DECLARE AS FOLLOWS:

1.      I am a partner with the firm of Ann D. White Law Offices, P.C.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      My firm drafted a complaint, participated in conference calls, negotiated with Defendant Kids Line as part of discovery and worked extensively reviewing documents as part of the discovery phase.

5.      The total number of hours spent on this litigation by my firm is 427.50.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $152,702.50.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Ann D. White (P) | 54.75 | $530.00 | $29,017.50 |
| Ann D. White (P) | 10.75 | $560.00 | $6,020.00 |
| Mandy Roth (A) | 1.00 | $340.00 | $340.00 |
| Steve Tyson (A) | 361.00 | $325.00 | $117,325.00 |
| Paralegal I | | | |
| Paralegal II | | | |
| Paralegal III | | | |
| Document Clerks | | | |
| | | | |
| TOTAL: | 427.50 | | $152,702.50 |

6.      My firm incurred a total of $45.07 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | |
| Photocopies | $36.79 |
| Postage | |
| Telephone, Facsimile | $8.28 |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| | |
| TOTAL | $45.07 |

7.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 27 day of April, 2011, at 101 Greenwood Avenue, Fifth Floor, JENKINTOWN.

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al*., <br> Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> TOYS "R" US, INC., d/b/a Babies "R" Us, *et al*., <br> Defendants. | No. 2:09-cv-06151-AB |

## DECLARATION OF KRISHNA B. NARINE IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS

I, KRISHNA B. NARINE, DECLARE AS FOLLOWS:

1.     I am the principal attorney of the Law Office of Krishna B. Narine, P.C.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm is one of the Plaintiffs' Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     During the course of this litigation, this firm engaged in pre-complaint investigation and discovery.

5.     The total number of hours spent on this litigation by my firm is 167.75.  The total lodestar amount for attorney/professional time based on the firm's current rates is $81,945.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Krishna B. Narine | 167.75 | $485 | $81,945 |

6.     My firm incurred a total of $2,586.25 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------|-------|
| Meals, Hotels & Transportation | $86.25 |
| Photocopies | |
| Postage | |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |

| Experts/Consultants/Investigators | |
|---|---|
| Assessment | $2,500 |
| TOTAL | $2,586.25 |

7.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 28th day of April, 2011, at Jenkintown, Pennsylvania.

Krishna B. Narine

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>Defendants. | No. 2:09-cv-06151-AB |

## DECLARATION OF STEPHEN M. SOHMER IN SUPPORT OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS

I, STEPHEN M. SOHMER, DECLARE AS FOLLOWS:

1.      I am a Partner with the firm of Sohmer & Stark, LLC.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      Sohmer & Stark investigated Plaintiffs' claims, examined documents and conducted other discovery, reviewed pleadings and conferred with co-counsel regarding litigation strategy and case management.

5.      The total number of hours spent on this litigation by my firm is 443.25.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $165,558.75.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Stephen M. Sohmer | 297.75 | $385 | $114,633.75 |
| Amir Stark | 145.50 | $350 | 50,925.00 |
| | | | |
| | | | |
| Paralegal I | | | |
| Paralegal II | | | |
| Paralegal III | | | |
| Document Clerks | | | |
| | | | |
| TOTAL: | 443.25 | | $165,558.75 |

6.      My firm incurred a total of $3,726.80 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $3,408.17 |
| Photocopies | 34.00 |
| Postage | 34.63 |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | 250.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| | |
| TOTAL | $3,726.80 |

7.      The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of New Jersey that the foregoing is true and correct.

Executed this 16th day of May, 2011, at Bloomfield, New Jersey.

_____
STEPHEN M. SOHMER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>             Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>             Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF RONEN SARRAF IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, RONEN SARRAF, DECLARE AS FOLLOWS:

1.      I am a Partner with the firm of Sarraf Gentile LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      The members of this firm conducted the following activities in connection with this litigation: reviewed, researched and edited numerous pleadings, motions and decisions; reviewed documents produced by defendants; met and conferred with counsel for certain defendants regarding discovery matters; prepared for, attended and participated in witness depositions; and, discussed case strategy with Plaintiffs' co-counsel.

5.      The total number of hours spent on this litigation by my firm is 1,056.35.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $465,104.25.  The hourly rates shown below were the usual and customary rates charged for each individual in all of our cases at the time such work was performed.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATES | LODESTAR |
|------|-------|-------|----------|
| Ronen Sarraf | 92.60 | $495 to $525 | $45,873.00 |
| Joseph Gentile | 963.75 | $435 | $419,231.25 |
| TOTAL | 1,056.35 | | $465,104.25 |

6.      My firm incurred a total of $4,830.83 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Meals, Hotels & Transportation | $2,315.93 |
| Photocopies | |
| Postage | |

2

| | |
|---|---|
| Telephone, Facsimile | $14.90 |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessment Payment to Plaintiffs' Common Fund | $2,500.00 |
| **TOTAL** | **$4,830.83** |

7.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 26 day of April, 2011, at New York, New York.

_____
Ronen Sarraf

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:06-cv-0242-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |
| ARIEL ELLIOTT, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:09-cv-06151-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |

**DECLARATION OF MICHAEL S. TARRINGER IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, MICHAEL S. TARRINGER, DECLARE AS FOLLOWS:

1.     I am a partner with the firm of Cafferty Faucher LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm is one of the Plaintiffs' Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     Throughout this case, my firm provided various types of legal services, including work on factual research and drafting of the amended complaints, legal research and writing assistance for pleadings in response to dismissal motions and in support of class certification, review, coding and analysis of discovery documents, participation in discovery conferences with defense counsel, taking depositions, attending court conferences and hearings, and acting as Allocation Counsel on behalf of the McDonough Class case at the settlement phase of the litigation.

5.     The total number of hours spent on this litigation by my firm is 4,875.9.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $2,153,950.50.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Patrick E. Cafferty (P) | .8 | 575.00 | 460.00 |
| Patrick E. Cafferty (P) | 32.8 | 595.00 | 19,516.00 |
| Patrick E. Cafferty (P) | 2.7 | 625.00 | 1,687.50 |
| Patrick E. Cafferty (P) | 1.2 | 650.00 | 780.00 |
| Ellen Meriwether (P) | 4.8 | 525.00 | 2,520.00 |
| Ellen Meriwether (P) | 23.7 | 575.00 | 13,627.60 |
| Ellen Meriwether (P) | 3 | 585.00 | 1,755.00 |
| Ellen Meriwether (P) | 25.7 | 600.00 | 15,420.00 |
| Ellen Meriwether (P) | 4.8 | 625.00 | 3,000.00 |
| Bryan L. Clobes (P) | .8 | 510.00 | 408.00 |

| | | | |
|---|---|---|---|
| Bryan L. Clobes (P) | 5.1 | 575.00 | 2,932.50 |
| Bryan L. Clobes (P) | 4.1 | 585.00 | 2,398.50 |
| Bryan L. Clobes (P) | 5.6 | 600.00 | 3,360.00 |
| Bryan L. Clobes (P) | 1.6 | 625.00 | 1,000.00 |
| Bryan L. Clobes (P) | .4 | 650.00 | 260.00 |
| William R. Kane (P) | 52.5 | 510.00 | 26,775.00 |
| William R. Kane (P) | 10.1 | 575.00 | 5,807.50 |
| Michael J. Willner (P) | 12.9 | 575.00 | 7,417.50 |
| Michael J. Willner (P) | 1.3 | 600.00 | 780.00 |
| Jennifer W. Sprengel (P) | .8 | 585.00 | 468.00 |
| Jennifer W. Sprengel (P) | .6 | 600.00 | 360.00 |
| Jennifer W. Sprengel (P) | .9 | 625.00 | 562.50 |
| Jennifer W. Sprengel (P) | .3 | 650.00 | 195.00 |
| Michael S. Tarringer (P) | 221.8 | 430.00 | 95,374.00 |
| Michael S. Tarringer (P) | 468.1 | 475.00 | 222,347.50 |
| Michael S. Tarringer (P) | 584.3 | 495.00 | 289,228.50 |
| Michael S. Tarringer (P) | 526.5 | 550.00 | 289,575.00 |
| Michael S. Tarringer (P) | 47.3 | 575.00 | 27,197.50 |
| Michael S. Tarringer (P) | 5.4 | 600.00 | 3,240.00 |
| Melody Forrester (A) | 460.4 | 390.00 | 179,556.00 |
| Melody Forrester (A) | 761.2 | 450.00 | 342,540.00 |
| Melody Forrester (A) | 370.4 | 495.00 | 183,348.00 |
| Christopher B. Sanchez (P) | 3.5 | 425.00 | 1,487.50 |
| Christopher B. Sanchez (P) | .5 | 495.00 | 247.50 |
| Timothy Fraser (A) | 65.3 | 300.00 | 19,590.00 |
| Timothy Fraser (A) | 307.9 | 350.00 | 107,765.00 |
| Timothy Fraser (A) | 566.4 | 425.00 | 240,720.00 |
| Emily Mirsky (A) | .2 | 475.00 | 95.00 |
| Ashleigh Latonick (PL) | 1 | 240.00 | 240.00 |
| Kay Pulido (PL) | 3 | 190.00 | 570.00 |
| Daniel Leptuck (PL) | 39.9 | 130.00 | 5,187.00 |
| Daniel Leptuck (PL) | 100.9 | 135.00 | 13,621.50 |
| Daniel Leptuck (PL) | 1.7 | 200.00 | 340.00 |
| Daniel Leptuck (PL) | 28.1 | 235.00 | 6,603.50 |
| Daniel Leptuck (PL) | .2 | 240.00 | 48.00 |
| Sharon Nyland (PL) | 1 | 155.00 | 155.00 |
| Sharon Nyland (PL) | 3.1 | 170.00 | 527.00 |
| Sharon Nyland (PL) | .5 | 210.00 | 105.00 |
| Kathy Hollenstine (PL) | .1 | 210.00 | 21.00 |
| Cathryn King (PL) | 7.5 | 115.00 | 862.5 |
| Cathryn King (PL) | 103.2 | 115.00 | 11,868.00 |
| | | | |
| TOTAL: | 4,875.9 | | 2,153,950.50 |

6.     My firm incurred a total of $87,862.73 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | 3,437.48 |
| Photocopies | 419.25 |
| Postage | 1.95 |
| Telephone, Facsimile | 183.26 |
| Messenger, Overnight Delivery | 83.14 |
| Filing, Witness & Other Fees | 327.11 |
| Lexis, Westlaw, Online Library Research | 910.54 |
| Litigation Fund | 82,500.00 |
|  |  |
| TOTAL | 87,862.73 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 29th day of April, 2011, in Philadelphia.

_Michael S. Tarringer_
Michael S. Tarringer

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF LEE ALBERT ON BEHALF OF
MURRAY, FRANK & SAILER LLP IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, LEE ALBERT, DECLARE AS FOLLOWS:

1.     I am a partner with the firm of Murray, Frank & Sailer LLP.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm is one of the Plaintiffs' Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     During the course of the litigation, my firm has been involved in the following activities on behalf of the plaintiff class: participating in document review and analysis; meeting with co-counsel; deposition preparation; taking depositions; court appearances; meetings and telephone calls with client, and general discovery issues.

5.     The total number of hours spent on this litigation by my firm is 6,976.5.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $2,910,669. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Brian P. Murray | 3.5 | $595 | $2.083 |
|  | 0.5 | $710 | $355 |
|  | 4.1 | $750 | $3,075 |
| Marvin L. Frank | 0.5 | $595 | $298 |
|  | 16.6 | $710 | $11,786 |
|  | 14.8 | $750 | $11,100 |
| Jacqueline Sailer | 1.0 | $750 | $750 |
| Lee Albert | 237.2 | $700 | $166,040 |
| Brian D. Brooks | 125.3 | $425 | $53,253 |
|  | 13.1 | $475 | $6,223 |
| Bridget V. Hamill | 525.7 | $425 | $223,423 |
| Angela Finlay | 2,437.0 | $425 | $1,035,725 |
| Thomas J. Kennedy | 1,847.3 | $425 | $785,103 |
| Neil Gandhi | 1,185.7 | $350 | $414,995 |
| Eva Hromadkova | 557.0 | $350 | $194,950 |
| Jane Le Claire | 1.4 | $160 | $224 |
|  | 0.5 | $225 | $113 |
| Matthew McManus | 5.0 | $225 | $1,125 |
| Molly Gottshall | 0.3 | $160 | $48 |
| TOTAL: | 6,976.5 |  | $2,910,669 |

2

6.    My firm incurred a total of $101,467.25 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Litigation Fund | $82,500.00 |
| Meals, Hotels & Transportation | $18,040.96 |
| Photocopies | $45.00 |
| Postage | $3.78 |
| Telephone, Facsimile | $502.13 |
| Messenger, Overnight Delivery | $331.06 |
| Lexis, Westlaw, Online Library Research | $44.32 |
| TOTAL | $101,467.25 |

7.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this May 5, 2011, at New York, New York.

_____
**LEE ALBERT**

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>        Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>        Defendants. | No. 2:09-cv-06151-AB |

**DECLARATION OF RICHARD A. LOCKRIDGE IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,**
**REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

1

I, Richard A. Lockridge, DECLARE AS FOLLOWS:

1.     I am a partner with the firm of Lockridge Grindal Nauen P.L.L.P ("LGN").  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.     My firm is one of the Plaintiffs' Counsel in this matter.

3.     From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.     LGN's primary role in the litigation was document review and coding, including extensive quality control of the coding done by all reviewers which was performed at the request of Lead Counsel.  LGN was also a part of the initial investigation of this action and conducted extensive legal research and participated in drafting several of the motions brought and opposed in the litigation.

5.     The total number of hours spent on this litigation by my firm is **2,670.75**.  The total lodestar amount for attorney/professional time based on the firm's historical rates is **$843,401.25**.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| W. Joseph Bruckner (P) | 14.00 | $550-$625 | $7,700.00 |
| Gregg M. Fishbein (P) | 148.50 | $450 | $67,050.00 |
| Richard A. Lockridge (P) | 29.00 | $575-$650 | $17,137.50 |
| Karen H. Riebel (P) | 32.00 | $450-$575 | $15,200.00 |
| Robert J. Schmit (P) | 4.75 | $525-$575 | $2,493.75 |
| J. Michael Schwartz (P) | 10.75 | $500 | $5,375.00 |
| Robert K. Shelquist (P) | 2.00 | $475 | $968.75 |

2

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Craig S. Davis (A) | 94.75 | $300 | $28,425.00 |
| Constance L. Hartel (A) | 292.75 | $300 | $87,825.00 |
| Matthew S. Krohn (A) | 1,424.50 | $300 | $427,350.00 |
| Nathan D. Prosser (A) | 563.50 | $325 | $175,637.50 |
| Jesse J. Klick (LC) | 6.75 | $160 | $1,080.00 |
| Katherine S. Rodenwald (LC) | 33.00 | $160 | $5,280.00 |
| Heather N. Potteiger (PL) | 14.50 | $125-$175 | $1,878.75 |
| **TOTAL:** | **2,670.75** | | **$843,401.25** |

6.　　My firm incurred a total of **$104,371.68** in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $21,238.18 |
| Photocopies | $142.35 |
| Postage | $1.69 |
| Telephone, Facsimile | $3.21 |
| Messenger, Overnight Delivery | $15.38 |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | $470.87 |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessments | $82,500.00 |

3

| TOTAL | $104,371.68 |
| --- | --- |

7.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct.

Executed this 5th day of May, 2011, at Minneapolis, Minnesota.

Richard A. Lockridge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:06-cv-0242-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |
| ARIEL ELLIOTT, *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:09-cv-06151-AB |
| TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*, | |
| Defendants. | |

**DECLARATION OF MARC H. EDELSON IN SUPPORT OF
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

1

I, Marc H. Edelson, DECLARE AS FOLLOWS:

1.      I am a partner with the firm of Edelson & Associates, LLC.  I am one of the attorneys representing the Plaintiffs and Class Members in the above-entitled action.  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm is one of the Plaintiffs' Counsel in this matter.

3.      From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      Throughout the course of this litigation Edelson & Associates, LLC participated extensively in discovery committing extensive resources to document review.

5.      The total number of hours spent on this litigation by my firm is 3,121.70.  The total lodestar amount for attorney/professional time based on the firm's historical rates is $1,232,130.50.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| Marc H. Edelson | 132.90 | $625.00 | $71,410.50 |
| Lin A. Johnson | 695.80 | $350.00 | $243,530.00 |
| Lillian Benedict | 763.90 | $350.00 | $267,365.00 |
| Liberato P. Verderame | 5.00 | $450.00 | $2,125.00 |
| George Brinkeroff | 1,524.10 | | $647,700.00 |
| | | | |
| | | | |
| | | | |
| TOTAL: | 3,121.70 | | $1,232,130.50 |

6.      My firm incurred a total of $82,556.80 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Meals, Hotels & Transportation | |

2

| Photocopies | $6.80 |
|---|---|
| Postage | |
| Telephone, Facsimile | $6.50 |
| Messenger, Overnight Delivery | $43.50 |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees (Eric Green) | |
| Experts/Consultants/Investigators | |
| Assessments | $82,500.00 |
| TOTAL | $82,556.80 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the Commonwealth of Pennsylvania that the foregoing is true and correct.

Executed this 4th day of May, 2011, at Doylestown, Pennsylvania.

Marc H. Edelson

3