# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*,<br><br>*Defendants*. | No. 2:06-cv-00242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*,<br><br>*Defendants*. | No. 2:09-cv-06151-AB |

### JOINDER AND ADOPTION OF CO-OBJECTOR KEVIN YOUNG'S MOTION FOR ATTORNEYS' FEES

NOW INTO COURT comes Objector Allison Lederer, pursuant to Fed. R. Civ. P. 23(h) and Rule 10(c) and joins in and adopts by reference the motion for attorney's fees and incorporated brief filed in this matter by Co-Objector Kevin Young [Doc. 862]. Attached hereto as Exhibit 1 is the Declaration of W. Allen McDonald, which is filed in support of the joinder and adoption of Kevin Young's Motion for Attorneys' Fees.

Respectfully submitted this 15th day of August 2014.

                         LACY, PRICE & WAGNER, PC

                         By:  s/ James H. Price
                         James H. Price, (BPR #016254)
                         249 North Peters Road, Suite 101
                         Knoxville, Tennessee  37923
                         (865) 246-0800
                         Attorney for Appellant, Allison Lederer

## CERTIFICATE OF SERVICE

I certify that on August 15, 2014 I filed the foregoing with the Clerk of the Court via ECF. Additionally, I served true and correct copies upon the following via U.S. mail at the addresses below:

| | |
|---|---|
| ALEXANDER MALTAS<br>LATHAM & WATKINS LLP<br>555 11TH STREET N.W.<br>SUITE 1000<br>WASHINGTON, DC 20004 | MARISA J. STEEL<br>ANDERSON, KILL, OLICK , P.C.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| JENNIFER A. BAGNATO<br>CURTIS MALLET-PREVOST COLT & MOSLE LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | SARAH BLAINE<br>LOWENSTEIN SANDLER PC<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 |
| TIFFANY L. GOODEN<br>BARNES & THORNBURG, LLP<br>600 ONE SUMMIT SQUARE<br>FORT WAYNE, IN 46802 | DANIEL R. GRAVELYN<br>BARNES & THORNBERG<br>300 OTTAWA AVE NW<br>SUITE 500<br>GRAND RAPIDS, MI 49503 |
| HARRY H. RIMM<br>LAWRENCE KILL<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | |

                         s/ James H. Price