IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br><br>　　　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*,<br><br>　　　　　　　　　　　　*Defendants*. | No. 2:06-cv-00242-AB |
| ARIEL ELLIOTT, *et al.*,<br><br>　　　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>TOYS "R" US, INC., d/b/a BABIES "R" US, *et al.*,<br><br>　　　　　　　　　　　　*Defendants*. | No. 2:09-cv-06151-AB |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF KEVIN YOUNG'S MOTION FOR ATTORNEYS' FEES**

Objecting class member Kevin Young files this motion for leave to file a reply in support of his previously-filed motion for attorneys' fees (Dkt. 862), and in support thereof would respectfully show the Court as follows:

This Court and Your Honor have adopted policies and procedures for civil cases that require a motion for permission before a party files a reply to a response to a non-dispositive motion. Kevin Young seeks leave to file a short reply in support of this particular motion, in

1

order to address certain specific arguments raised by plaintiffs in their opposition to the original motion (Dkt. 872).

Permitting Mr. Young to file a written reply will help ensure that the Court has a complete record on which to decide the motion. A written reply will also promote efficient use of time at the October 6, 2014 fairness hearing.

The reply is attached as an exhibit to this motion, and totals just over 5 pages of substantive argument, exclusive of the table of contents, signature block, certificate of service, and proposed order.  A proposed order is also attached

## CONCLUSION

Kevin Young respectfully requests that this Court grant his Motion for Leave to File Reply in Support of Kevin Young's Motion for Attorneys' Fees.


Dated: August 29, 2014

          Respectfully submitted,
          */s/ Adam E. Schulman*
          Adam E. Schulman
          CENTER FOR CLASS ACTION FAIRNESS
          1718 M Street NW, No. 236
          Washington, DC 20036
          shuyande24@gmail.com
          (610) 457-0856

          *Attorney for Objector Kevin Young*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case. Additionally, I served true and correct copies upon the following non-registered attorneys via U.S. mail at the addresses below:

| | |
|---|---|
| ALEXANDER MALTAS<br>LATHAM & WATKINS LLP<br>555 11TH STREET N.W.<br>SUITE 1000<br>WASHINGTON, DC 20004 | MARISA J. STEEL<br>ANDERSON, KILL, OLICK , P.C.<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| JENNIFER A. BAGNATO<br>CURTIS MALLET-PREVOST COLT &<br>MOSLE LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | WILLIAM R. KANE<br>DAVID B. SMITH LAW GROUP, LLC<br>270 W. LANCASTER AVENUE<br>BUILDING I<br>MALVERN, PA 19372 |
| HARRY H. RIMM<br>LAWRENCE KILL<br>REED SMITH LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | |

DATED: August 29, 2014

*(s) Adam Schulman*

Adam Schulman

3