IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, et al.,<br><br>                    *Plaintiffs,*<br><br>v.<br><br>TOYS "R" US, INC., d/b/a BABIES "R" US, et al.,<br><br>                    *Defendants.* | No. 2:06-cv-00242-AB |
| ARIEL ELLIOTT, et al.,<br><br>                    *Plaintiffs,*<br><br>v.<br><br>TOYS "R" US, INC., d/b/a BABIES "R" US, et al.,<br><br>                  *Defendants.* | No. 2:09-cv-06151-AB |

## [~~PROPOSED~~] ORDER

This 2nd day of September, 2014, upon review and consideration of Kevin Young's Motion for Leave to File Reply in Support of Kevin Young's Motion for Attorneys' Fees:

It is hereby ORDERED that the motion is GRANTED, and that the Reply attached to the motion for leave to file will be filed with the docket in this case.

IT IS SO ORDERED in Philadelphia, Pennsylvania, this 2nd day of September, 2014.

                                              BY THE COURT:

                                              _____
                                              ANITA B. BRODY, U.S.D.J.

*Copies via ECF on ___*