IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL M. MCDONOUGH, *et al.*,<br>Plaintiffs,<br>v.<br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>Defendants. | No. 2:06-cv-0242-AB |
| ARIEL ELLIOTT, *et al.*,<br>Plaintiffs,<br>v.<br>TOYS "R" US, INC., d/b/a Babies "R" Us, *et al.*,<br>Defendants. | No. 2:09-cv-06151-AB |

**ORDER**

**AND NOW,** this __4TH___ day of November, 2014, it is **ORDERED** that Plaintiffs provide legal bills and other documentation in support of their pending Motion for Attorneys' Fees, Expenses, and Incentive Awards (ECF No. 863) to account for hours worked following final approval of the Initial Settlement for in camera review by **November 18, 2014**.[1]  It is also **ORDERED** that Objectors Kevin Young and Allison Lederer provide legal bills and other documentation in support of their pending Motions for Attorneys' Fees (ECF Nos. 862, 866) for in camera review by **November 18, 2014**.[2]

                                                              s/Anita B. Brody

                                                  _____
                                                  ANITA B. BRODY, J.

---

[1] On July 6, 2011, I ordered class counsel to provide legal bills and other documentation in support of their motion for attorneys' fees for the Initial Settlement (ECF No. 738).  ECF No. 775.

[2] I am not ordering that Objector Clark Hampe provide supporting documentation, as his attorney represented to the Court that he kept no time records.  ECF No. 875 at 2-3 (Bandas Decl.).

Copies **VIA ECF** on _____ to:                Copies **MAILED** on _____ to: